**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant John O'Rourke*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf Of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | Case No. 3:20-cv-07625-EMC <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF JOHN O'ROURKE'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL** <br><br> Date:　　　February 4, 2020 <br> Time:　　　1:30 p.m. <br> Courtroom:　5-17th Floor <br> Judge:　　　Hon. Edward M. Chen |
| ROB BECERRA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | Case No. 3:20-cv-07850-CRB |

DECLARATION OF ADAM M. APTON IN SUPPORT OF JOHN O'ROURKE'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.       I am a partner of the law firm of Levi & Korsinsky, LLP, counsel for John O'Rourke ("Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the above captioned actions (the "Actions").  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto collectively as **Exhibit A** are true and correct copy of the sworn certification signed by Movant.

3.       Attached hereto as collectively as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in Zosano Pharma Corporation.

4.       Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on October 29, 2020 on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

6.       Attached hereto as **Exhibit D** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 28th day of December, 2020.


                              */s/ Adam M. Apton*
                              Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF JOHN O'ROURKE'S MOTION FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL