# EXHIBIT B

| | |
|---|---|
| **Client Name** | John O'Rourke |
| **Company Name** | Zosano Pharma Corporation |
| **Ticker Symbol** | ZSAN |
| **Security Type** | |
| **Class Period Start** | 02-13-2017 |
| **Class Period End** | 09-30-2020 |
| **90-DAY Lookback Period Start** | 10-01-2020 |
| **90-DAY Lookback Period End** | 12-28-2020 |
| **90-DAY Lookback Average** | $ 00.56 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $81,747.05 |
| *DURA  LIFO* Total* | $81,747.05 |
| **Gross Shares Purchased** | 101,950.00 |
| **Net Shares Retained** | 101,950.00 |
| **Net Funds Expended** | $138,743.62 |

| John O'Rourke | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 10-01-2019 | 1400 | 1.566 | $ 2,192.40 | | | | | | - | 1400 | 1400 | $ 00.56 | $ 782.69 | $ 1,409.71 | $ 1,409.71 |
| 05-06-2020 | 1500 | 0.704 | $ 1,056.00 | | | | | | - | 1500 | 1500 | $ 00.56 | $ 838.60 | $ 217.40 | $ 217.40 |
| 05-07-2020 | 750 | 0.7326 | $ 549.45 | | | | | | - | 750 | 750 | $ 00.56 | $ 419.30 | $ 130.15 | $ 130.15 |
| 05-08-2020 | 20000 | 0.7958 | $ 15,916.00 | | | | | | - | 20000 | 20000 | $ 00.56 | $ 11,181.28 | $ 4,734.72 | $ 4,734.72 |
| 08-12-2020 | 20000 | 1.3271 | $ 26,542.00 | | | | | | - | 20000 | 20000 | $ 00.56 | $ 11,181.28 | $ 15,360.72 | $ 15,360.72 |
| 08-12-2020 | 2300 | 1.3499 | $ 3,104.77 | | | | | | - | 2300 | 2300 | $ 00.56 | $ 1,285.85 | $ 1,818.92 | $ 1,818.92 |
| 08-24-2020 | 5000 | 1.7399 | $ 8,699.50 | | | | | | - | 5000 | 5000 | $ 00.56 | $ 2,795.32 | $ 5,904.18 | $ 5,904.18 |
| 08-24-2020 | 1500 | 1.635 | $ 2,452.50 | | | | | | - | 1500 | 1500 | $ 00.56 | $ 838.60 | $ 1,613.90 | $ 1,613.90 |
| 08-27-2020 | 22500 | 1.6698 | $ 37,570.50 | | | | | | - | 22500 | 22500 | $ 00.56 | $ 12,578.94 | $ 24,991.56 | $ 24,991.56 |
| 08-28-2020 | 2000 | 1.599 | $ 3,198.00 | | | | | | - | 2000 | 2000 | $ 00.56 | $ 1,118.13 | $ 2,079.87 | $ 2,079.87 |
| 09-10-2020 | 25000 | 1.4985 | $ 37,462.50 | | | | | | - | 25000 | 25000 | $ 00.56 | $ 13,976.60 | $ 23,485.90 | $ 23,485.90 |
| **Total:** | **101,950.00** | | **$ 138,743.62** | | | | | | | **101,950.00** | **101,950.00** | | **$ 56,996.57** | **$ 81,747.05** | **$ 81,747.05** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to corrective disclosure(s) matched to intra-class period purchases.