Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Attorney for Movant Robert L. Baker

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | No. 3:20-cv-07625-EMC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | No. 3:20-cv-07850-CRB |

I, Jacob A. Walker, declare as follows:

1.    I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Robert L. Baker in the above-captioned action. I make this Declaration in support of Mr. Baker's Motion for Consolidation of PSLRA Cases, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

**Exhibit A**: the October 29, 2020 press release issued by Glancy Prongay & Murray LLP announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is December 28, 2020;

**Exhibit B**: Mr. Baker's PSLRA Certification;

**Exhibit C**: Mr. Baker's Loss Chart (prepared by counsel); and

**Exhibit D**: Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2020, at Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


/s/ Jacob A. Walker