# EXHIBIT B

**PLAINTIFF'S CERTIFICATION**

I, Robert L. Baker, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint on file in this action against **Zosano Pharma Corp.** (the "Company"), and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on my behalf.

2. I did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

3. My transactions in the Company's common stock during the Class Period are as follows:

**Account #1**

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share (USD) |
|---|---|---|---|
| March 26, 2019 | Buy | 2,500 | $4.75 |
| April 8, 2019 | Sell | 746 | $5.09 |
| April 8, 2019 | Sell | 1,754 | $5.09 |
| April 9, 2019 | Buy | 100 | $3.81 |
| April 9, 2019 | Buy | 100 | $3.81 |
| April 9, 2019 | Buy | 100 | $3.81 |
| April 9, 2019 | Buy | 1,100 | $3.81 |
| April 9, 2019 | Buy | 500 | $3.81 |
| April 9, 2019 | Buy | 1,400 | $3.81 |
| April 9, 2019 | Buy | 35 | $3.81 |
| April 22, 2019 | Buy | 2,910 | $3.58 |
| April 29, 2019 | Buy | 2,550 | $3.91 |
| October 25, 2019 | Sell | 100 | $2.30 |
| October 25, 2019 | Sell | 3,900 | $2.30 |
| November 27, 2019 | Sell | 3,628 | $1.88 |
| November 27, 2019 | Sell | 350 | $1.87 |
| November 27, 2019 | Sell | 817 | $1.84 |
| December 23, 2019 | Buy | 1,000 | $1.44 |
| January 17, 2020 | Buy | 6,210 | $1.47 |
| January 21, 2020 | Buy | 2,790 | $1.46 |
| February 10, 2020 | Buy | 3,800 | $0.92 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| February 10, 2020 | Buy | 2,100 | $0.92 |
|---|---|---|---|
| February 12, 2020 | Buy | 500 | $0.54 |
| February 12, 2020 | Buy | 2,000 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 3,000 | $0.54 |
| February 12, 2020 | Buy | 700 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 2,050 | $0.54 |
| February 12, 2020 | Buy | 200 | $0.54 |
| February 12, 2020 | Buy | 400 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 500 | $0.54 |
| February 12, 2020 | Buy | 300 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 200 | $0.54 |
| February 12, 2020 | Buy | 1,800 | $0.54 |
| February 12, 2020 | Buy | 300 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 2,900 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 1,300 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 200 | $0.54 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 3,500 | $0.55 |
| February 12, 2020 | Buy | 200 | $0.55 |
| February 12, 2020 | Buy | 100 | $0.54 |
| February 12, 2020 | Buy | 21,500 | $0.55 |
| February 13, 2020 | Buy | 2,100 | $0.56 |
| February 13, 2020 | Buy | 350 | $0.56 |
| February 13, 2020 | Buy | 1,650 | $0.56 |
| February 13, 2020 | Buy | 500 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 300 | $0.56 |
| February 13, 2020 | Buy | 200 | $0.56 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| February 13, 2020 | Buy | 100 | $0.56 |
|---|---|---|---|
| February 13, 2020 | Buy | 1,500 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 400 | $0.56 |
| February 13, 2020 | Buy | 200 | $0.56 |
| February 13, 2020 | Buy | 400 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 300 | $0.56 |
| February 13, 2020 | Buy | 200 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 200 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 500 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 100 | $0.56 |
| February 13, 2020 | Buy | 26 | $0.56 |
| February 13, 2020 | Buy | 23,224 | $0.56 |
| February 18, 2020 | Buy | 425 | $0.88 |
| February 21, 2020 | Buy | 5,900 | $0.76 |
| February 21, 2020 | Buy | 3.375 | $0.76 |
| March 4, 2020 | Sell | 102,000 | $1.24 |
| March 4, 2020 | Buy | 4,150 | $0.91 |
| March 4, 2020 | Buy | 3,790 | $0.91 |
| March 4, 2020 | Buy | 115 | $0.91 |
| March 4, 2020 | Buy | 2,900 | $0.92 |
| March 4, 2020 | Buy | 100,545 | $0.92 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| | | | |
|---|---|---|---|
| March 4, 2020 | Buy | 2,519 | $0.85 |
| March 4, 2020 | Buy | 1,085 | $0.87 |
| March 4, 2020 | Buy | 300 | $0.87 |
| March 4, 2020 | Buy | 1 | $0.87 |
| March 4, 2020 | Buy | 18,614 | $0.87 |
| March 4, 2020 | Buy | 5,216 | $0.88 |
| March 6, 2020 | Buy | 415 | $0.67 |
| March 6, 2020 | Buy | 100 | $0.67 |
| March 6, 2020 | Buy | 14,485 | $0.68 |
| March 10, 2020 | Buy | 160 | $0.56 |
| March 20, 2020 | Sell | 5,101 | $0.50 |
| March 20, 2020 | Sell | 200 | $0.50 |
| March 20, 2020 | Sell | 100 | $0.50 |
| March 20, 2020 | Sell | 3,300 | $0.50 |
| March 20, 2020 | Sell | 400 | $0.50 |
| March 20, 2020 | Sell | 8,400 | $0.50 |
| March 20, 2020 | Sell | 100 | $0.50 |
| March 20, 2020 | Sell | 100 | $0.50 |
| March 20, 2020 | Sell | 200 | $0.50 |
| March 20, 2020 | Sell | 1,200 | $0.50 |
| March 20, 2020 | Sell | 30,899 | $0.49 |
| April 9, 2020 | Sell | 1,000 | $0.62 |
| April 9, 2020 | Sell | 3,438 | $0.61 |
| April 9, 2020 | Sell | 300 | $0.61 |
| April 9, 2020 | Sell | 50 | $0.61 |
| April 9, 2020 | Sell | 500 | $0.61 |
| April 9, 2020 | Sell | 5,611 | $0.61 |
| April 9, 2020 | Sell | 50 | $0.61 |
| April 9, 2020 | Sell | 7,800 | $0.60 |
| April 9, 2020 | Sell | 200 | $0.60 |
| April 9, 2020 | Sell | 7,900 | $0.60 |
| April 9, 2020 | Sell | 100 | $0.61 |
| April 9, 2020 | Sell | 800 | $0.60 |
| April 9, 2020 | Sell | 100 | $0.61 |
| April 9, 2020 | Sell | 3,251 | $0.60 |
| April 9, 2020 | Sell | 100 | $0.61 |

| April 9, 2020 | Sell | 18,800 | $0.60 |
| April 16, 2020 | Buy | 300 | $0.69 |
| April 16, 2020 | Buy | 2,800 | $0.69 |
| April 16, 2020 | Buy | 400 | $0.70 |
| April 16, 2020 | Buy | 21,500 | $0.70 |
| April 29, 2020 | Buy | 2,500 | $0.76 |
| April 29, 2020 | Buy | 6,000 | $0.76 |
| May 15, 2020 | Buy | 600 | $0.81 |
| May 15, 2020 | Buy | 500 | $0.81 |
| May 15, 2020 | Buy | 500 | $0.82 |
| May 15, 2020 | Buy | 1,000 | $0.82 |
| May 15, 2020 | Buy | 300 | $0.82 |
| May 15, 2020 | Buy | 8,375 | $0.82 |
| May 22, 2020 | Buy | 830 | $0.87 |
| May 27, 2020 | Sell | 117 | $1.03 |
| May 27, 2020 | Sell | 500 | $1.03 |
| May 27, 2020 | Sell | 5,200 | $1.03 |
| May 27, 2020 | Sell | 6,683 | $1.03 |
| May 27, 2020 | Sell | 37,500 | $1.03 |
| June 1, 2020 | Buy | 53,000 | $0.96 |
| June 5, 2020 | Buy | 7,500 | $0.98 |
| June 9, 2020 | Sell | 60,000 | $0.99 |
| June 10, 2020 | Buy | 1,000 | $0.94 |
| June 10, 2020 | Buy | 1,300 | $0.94 |
| June 10, 2020 | Buy | 300 | $0.94 |
| June 10, 2020 | Buy | 7,269 | $0.94 |
| June 10, 2020 | Buy | 1,495 | $0.94 |
| June 10, 2020 | Buy | 2,210 | $0.94 |
| June 10, 2020 | Buy | 1,400 | $0.94 |
| June 10, 2020 | Buy | 4,100 | $0.94 |
| June 10, 2020 | Buy | 40,926 | $0.95 |
| July 13, 2020 | Buy | 4,300 | $0.81 |
| July 13, 2020 | Buy | 365 | $0.81 |
| July 13, 2020 | Buy | 335 | $0.81 |
| July 22, 2020 | Buy | 2,950 | $0.88 |
| July 23, 2020 | Buy | 1,200 | $0.87 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| August 14, 2020 | Sell | 19,650 | $1.65 |
|---|---|---|---|
| August 21, 2020 | Buy | 5,500 | $1.80 |
| August 24, 2020 | Buy | 7,500 | $1.63 |
| September 3, 2020 | Buy | 6,200 | $1.40 |
| September 4, 2020 | Buy | 800 | $1.32 |
| September 4, 2020 | Buy | 6,200 | $1.33 |
| September 11, 2020 | Buy | 70 | $1.57 |
| September 14, 2020 | Sell | 10,000 | $1.65 |
| September 21, 2020 | Buy | 600 | $1.79 |
| September 21, 2020 | Buy | 600 | $1.78 |
| September 21, 2020 | Buy | 2,900 | $1.79 |
| September 21, 2020 | Buy | 5,000 | $1.78 |
| September 21, 2020 | Buy | 40 | $1.79 |
| September 23, 2020 | Buy | 3,100 | $1.66 |
| September 24, 2020 | Buy | 2,750 | $1.53 |
| September 24, 2020 | Buy | 104 | $1.56 |
| September 30, 2020 | Buy | 250 | $1.61 |
| September 30, 2020 | Buy | 1,386 | $1.61 |
| October 1, 2020 | Buy | 12,500 | $0.70 |
| October 2, 2020 | Buy | 7,125 | $0.66 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 900 | $0.45 |
| October 21, 2020 | Buy | 2,000 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 1,000 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 82 | $0.45 |
| October 21, 2020 | Buy | 518 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 400 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 1,000 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 700 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| October 21, 2020 | Buy | 100 | $0.45 |
|---|---|---|---|
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 21, 2020 | Buy | 100 | $0.45 |
| October 30, 2020 | Buy | 100 | $0.38 |
| October 30, 2020 | Buy | 125 | $0.38 |
| October 30, 2020 | Buy | 2,025 | $0.38 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |

| November 9, 2020 | Sell | 100 | $0.42 |
|---|---|---|---|
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 200 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| November 9, 2020 | Sell | 100 | $0.42 |
|---|---|---|---|
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| November 9, 2020 | Sell | 100 | $0.42 |
|---|---|---|---|
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 100 | $0.42 |
| November 9, 2020 | Sell | 4,500 | $0.42 |

## Account #2

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share (USD) |
|---|---|---|---|
| February 22, 2019 | Buy | 105 | $4.7346 |
| March 7, 2019 | Buy | 949 | $4.77 |
| March 12, 2019 | Buy | 345 | $5.27 |
| March 15, 2019 | Buy | 173 | $4.7354 |
| April 22, 2019 | Buy | 314 | $3.5774 |
| May 20, 2019 | Buy | 432 | $2.878 |
| August 21, 2019 | Buy | 311 | $2.0779 |
| August 27, 2019 | Buy | 110 | $2.0795 |
| November 18, 2019 | Buy | 1,660 | $1.93 |
| November 27, 2019 | Sell | 1,099 | $1.87 |
| November 27, 2019 | Sell | 3,300 | $1.875 |
| May 4, 2020 | Buy | 5,125 | $0.6947 |
| August 4, 2020 | Sell | 2,500 | $1.162 |
| August 4, 2020 | Sell | 2,625 | $1.20 |
| August 12, 2020 | Buy | 1,335 | $1.30 |
| August 25, 2020 | Buy | 800 | $1.745 |
| September 4, 2020 | Buy | 100 | $1.32 |
| September 4, 2020 | Buy | 5,250 | $1.35 |

Doc ID: 2a53e0e05c2144703b6b3f7f2f4a4ec53129f4cc

| September 8, 2020 | Buy | 35 | $1.435 |

4.  I am willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6.  I will not accept any payment for serving as a representative party on behalf of the Class beyond each of our *pro rata* shares of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Executed on: 12 / 26 / 2020

Robert L. Baker