# EXHIBIT C

**Robert L. Baker**
**Zosano Pharma Corp. Class Period Transactions**
**LIFO Losses**

| Date | Transaction | Shares | Price per Share | Net |
|---|---|---|---|---|
| 2/22/19 | Buy | 105.000 | $ 4.73 | $ (497.13) |
| 3/7/19 | Buy | 949.000 | $ 4.77 | $ (4,526.73) |
| 3/12/19 | Buy | 345.000 | $ 5.27 | $ (1,818.15) |
| 3/15/19 | Buy | 173.000 | $ 4.74 | $ (819.22) |
| 3/26/19 | Buy | 2,500.000 | $ 4.75 | $ (11,875.00) |
| 4/8/19 | Sell | (746.000) | $ 5.09 | $ 3,797.14 |
| 4/8/19 | Sell | (1,754.000) | $ 5.09 | $ 8,927.86 |
| 4/9/19 | Buy | 100.000 | $ 3.81 | $ (381.00) |
| 4/9/19 | Buy | 100.000 | $ 3.81 | $ (381.00) |
| 4/9/19 | Buy | 100.000 | $ 3.81 | $ (381.00) |
| 4/9/19 | Buy | 1,100.000 | $ 3.81 | $ (4,191.00) |
| 4/9/19 | Buy | 500.000 | $ 3.81 | $ (1,905.00) |
| 4/9/19 | Buy | 1,400.000 | $ 3.81 | $ (5,334.00) |
| 4/9/19 | Buy | 35.000 | $ 3.81 | $ (133.35) |
| 4/22/19 | Buy | 2,910.000 | $ 3.58 | $ (10,417.80) |
| 4/22/19 | Buy | 314.000 | $ 3.58 | $ (1,123.30) |
| 4/29/19 | Buy | 2,550.000 | $ 3.91 | $ (9,970.50) |
| 5/20/19 | Buy | 432.000 | $ 2.88 | $ (1,243.30) |
| 8/21/19 | Buy | 311.000 | $ 2.08 | $ (646.23) |
| 8/27/19 | Buy | 110.000 | $ 2.08 | $ (228.75) |
| 10/25/19 | Sell | (100.000) | $ 2.30 | $ 230.00 |
| 10/25/19 | Sell | (3,900.000) | $ 2.30 | $ 8,970.00 |
| 11/18/19 | Buy | 1,660.000 | $ 1.93 | $ (3,203.80) |
| 11/27/19 | Sell | (3,628.000) | $ 1.88 | $ 6,820.64 |
| 11/27/19 | Sell | (350.000) | $ 1.87 | $ 654.50 |
| 11/27/19 | Sell | (817.000) | $ 1.84 | $ 1,503.28 |
| 11/27/19 | Sell | (1,099.000) | $ 1.87 | $ 2,055.13 |
| 11/27/19 | Sell | (3,300.000) | $ 1.88 | $ 6,187.50 |
| 12/23/19 | Buy | 1,000.000 | $ 1.44 | $ (1,440.00) |
| 1/17/20 | Buy | 6,210.000 | $ 1.47 | $ (9,128.70) |
| 1/21/20 | Buy | 2,790.000 | $ 1.46 | $ (4,073.40) |
| 2/10/20 | Buy | 3,800.000 | $ 0.92 | $ (3,496.00) |
| 2/10/20 | Buy | 2,100.000 | $ 0.92 | $ (1,932.00) |
| 2/12/20 | Buy | 500.000 | $ 0.54 | $ (270.00) |
| 2/12/20 | Buy | 2,000.000 | $ 0.54 | $ (1,080.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 3,000.000 | $ 0.54 | $ (1,620.00) |
| 2/12/20 | Buy | 700.000 | $ 0.54 | $ (378.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 2,050.000 | $ 0.54 | $ (1,107.00) |
| 2/12/20 | Buy | 200.000 | $ 0.54 | $ (108.00) |
| 2/12/20 | Buy | 400.000 | $ 0.54 | $ (216.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 500.000 | $ 0.54 | $ (270.00) |
| 2/12/20 | Buy | 300.000 | $ 0.54 | $ (162.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 200.000 | $ 0.54 | $ (108.00) |
| 2/12/20 | Buy | 1,800.000 | $ 0.54 | $ (972.00) |
| 2/12/20 | Buy | 300.000 | $ 0.54 | $ (162.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 2,900.000 | $ 0.54 | $ (1,566.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 1,300.000 | $ 0.54 | $ (702.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 200.000 | $ 0.54 | $ (108.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 3,500.000 | $ 0.55 | $ (1,925.00) |
| 2/12/20 | Buy | 200.000 | $ 0.55 | $ (110.00) |
| 2/12/20 | Buy | 100.000 | $ 0.54 | $ (54.00) |
| 2/12/20 | Buy | 21,500.000 | $ 0.55 | $ (11,825.00) |

| Summary | |
|---|---|
| Number of Shares Purchased | 499,582.375 |
| Number of Net Shares Purchased | 137,113.375 |
| Total Net Funds Expended | $ 115,987.40 |
| LIFO Losses | $ (39,203.91) |

| Date | Transaction | Shares | Price per Share | | Net | |
|---|---|---|---|---|---|---|
| 2/13/20 | Buy | 2,100.000 | $ | 0.56 | $ | (1,176.00) |
| 2/13/20 | Buy | 350.000 | $ | 0.56 | $ | (196.00) |
| 2/13/20 | Buy | 1,650.000 | $ | 0.56 | $ | (924.00) |
| 2/13/20 | Buy | 500.000 | $ | 0.56 | $ | (280.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 300.000 | $ | 0.56 | $ | (168.00) |
| 2/13/20 | Buy | 200.000 | $ | 0.56 | $ | (112.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 1,500.000 | $ | 0.56 | $ | (840.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 400.000 | $ | 0.56 | $ | (224.00) |
| 2/13/20 | Buy | 200.000 | $ | 0.56 | $ | (112.00) |
| 2/13/20 | Buy | 400.000 | $ | 0.56 | $ | (224.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 300.000 | $ | 0.56 | $ | (168.00) |
| 2/13/20 | Buy | 200.000 | $ | 0.56 | $ | (112.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 200.000 | $ | 0.56 | $ | (112.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 500.000 | $ | 0.56 | $ | (280.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 100.000 | $ | 0.56 | $ | (56.00) |
| 2/13/20 | Buy | 26.000 | $ | 0.56 | $ | (14.56) |
| 2/13/20 | Buy | 23,224.000 | $ | 0.56 | $ | (13,005.44) |
| 2/18/20 | Buy | 425.000 | $ | 0.88 | $ | (374.00) |
| 2/21/20 | Buy | 5,900.000 | $ | 0.76 | $ | (4,484.00) |
| 2/21/20 | Buy | 3.375 | $ | 0.76 | $ | (2.57) |
| 3/4/20 | Buy | 4,150.000 | $ | 0.91 | $ | (3,776.50) |
| 3/4/20 | Buy | 3,790.000 | $ | 0.91 | $ | (3,448.90) |
| 3/4/20 | Buy | 115.000 | $ | 0.91 | $ | (104.65) |
| 3/4/20 | Buy | 2,900.000 | $ | 0.92 | $ | (2,668.00) |
| 3/4/20 | Buy | 100,545.000 | $ | 0.92 | $ | (92,501.40) |
| 3/4/20 | Buy | 2,519.000 | $ | 0.85 | $ | (2,141.15) |
| 3/4/20 | Buy | 1,085.000 | $ | 0.87 | $ | (943.95) |
| 3/4/20 | Buy | 300.000 | $ | 0.87 | $ | (261.00) |
| 3/4/20 | Buy | 1.000 | $ | 0.87 | $ | (0.87) |
| 3/4/20 | Buy | 18,614.000 | $ | 0.87 | $ | (16,194.18) |
| 3/4/20 | Buy | 5,216.000 | $ | 0.88 | $ | (4,590.08) |
| 3/4/20 | Sell | (102,000.000) | $ | 1.24 | $ | 126,480.00 |
| 3/6/20 | Buy | 415.000 | $ | 0.67 | $ | (278.05) |
| 3/6/20 | Buy | 100.000 | $ | 0.67 | $ | (67.00) |
| 3/6/20 | Buy | 14,485.000 | $ | 0.68 | $ | (9,849.80) |
| 3/10/20 | Buy | 160.000 | $ | 0.56 | $ | (89.60) |
| 3/20/20 | Sell | (5,101.000) | $ | 0.50 | $ | 2,550.50 |
| 3/20/20 | Sell | (200.000) | $ | 0.50 | $ | 100.00 |
| 3/20/20 | Sell | (100.000) | $ | 0.50 | $ | 50.00 |
| 3/20/20 | Sell | (3,300.000) | $ | 0.50 | $ | 1,650.00 |
| 3/20/20 | Sell | (400.000) | $ | 0.50 | $ | 200.00 |
| 3/20/20 | Sell | (8,400.000) | $ | 0.50 | $ | 4,200.00 |
| 3/20/20 | Sell | (100.000) | $ | 0.50 | $ | 50.00 |
| 3/20/20 | Sell | (100.000) | $ | 0.50 | $ | 50.00 |
| 3/20/20 | Sell | (200.000) | $ | 0.50 | $ | 100.00 |
| 3/20/20 | Sell | (1,200.000) | $ | 0.50 | $ | 600.00 |
| 3/20/20 | Sell | (30,899.000) | $ | 0.49 | $ | 15,140.51 |
| 4/9/20 | Sell | (1,000.000) | $ | 0.62 | $ | 620.00 |
| 4/9/20 | Sell | (3,438.000) | $ | 0.61 | $ | 2,097.18 |

| Date | Transaction | Shares | Price per Share | Net |
|------|-------------|--------|-----------------|-----|
| 4/9/20 | Sell | (300.000) | $ 0.61 | $ 183.00 |
| 4/9/20 | Sell | (50.000) | $ 0.61 | $ 30.50 |
| 4/9/20 | Sell | (500.000) | $ 0.61 | $ 305.00 |
| 4/9/20 | Sell | (5,611.000) | $ 0.61 | $ 3,422.71 |
| 4/9/20 | Sell | (50.000) | $ 0.61 | $ 30.50 |
| 4/9/20 | Sell | (7,800.000) | $ 0.60 | $ 4,680.00 |
| 4/9/20 | Sell | (200.000) | $ 0.60 | $ 120.00 |
| 4/9/20 | Sell | (7,900.000) | $ 0.60 | $ 4,740.00 |
| 4/9/20 | Sell | (100.000) | $ 0.61 | $ 61.00 |
| 4/9/20 | Sell | (800.000) | $ 0.60 | $ 480.00 |
| 4/9/20 | Sell | (100.000) | $ 0.61 | $ 61.00 |
| 4/9/20 | Sell | (3,251.000) | $ 0.60 | $ 1,950.60 |
| 4/9/20 | Sell | (100.000) | $ 0.61 | $ 61.00 |
| 4/9/20 | Sell | (18,800.000) | $ 0.60 | $ 11,280.00 |
| 4/16/20 | Buy | 300.000 | $ 0.69 | $ (207.00) |
| 4/16/20 | Buy | 2,800.000 | $ 0.69 | $ (1,932.00) |
| 4/16/20 | Buy | 400.000 | $ 0.70 | $ (280.00) |
| 4/16/20 | Buy | 21,500.000 | $ 0.70 | $ (15,050.00) |
| 4/29/20 | Buy | 2,500.000 | $ 0.76 | $ (1,900.00) |
| 4/29/20 | Buy | 6,000.000 | $ 0.76 | $ (4,560.00) |
| 5/4/20 | Buy | 5,125.000 | $ 0.69 | $ (3,560.34) |
| 5/15/20 | Buy | 600.000 | $ 0.81 | $ (486.00) |
| 5/15/20 | Buy | 500.000 | $ 0.81 | $ (405.00) |
| 5/15/20 | Buy | 500.000 | $ 0.82 | $ (410.00) |
| 5/15/20 | Buy | 1,000.000 | $ 0.82 | $ (820.00) |
| 5/15/20 | Buy | 300.000 | $ 0.82 | $ (246.00) |
| 5/15/20 | Buy | 8,375.000 | $ 0.82 | $ (6,867.50) |
| 5/22/20 | Buy | 830.000 | $ 0.87 | $ (722.10) |
| 5/27/20 | Sell | (117.000) | $ 1.03 | $ 120.51 |
| 5/27/20 | Sell | (500.000) | $ 1.03 | $ 515.00 |
| 5/27/20 | Sell | (5,200.000) | $ 1.03 | $ 5,356.00 |
| 5/27/20 | Sell | (6,683.000) | $ 1.03 | $ 6,883.49 |
| 5/27/20 | Sell | (37,500.000) | $ 1.03 | $ 38,625.00 |
| 6/1/20 | Buy | 53,000.000 | $ 0.96 | $ (50,880.00) |
| 6/5/20 | Buy | 7,500.000 | $ 0.98 | $ (7,350.00) |
| 6/9/20 | Sell | (60,000.000) | $ 0.99 | $ 59,400.00 |
| 6/10/20 | Buy | 1,000.000 | $ 0.94 | $ (940.00) |
| 6/10/20 | Buy | 1,300.000 | $ 0.94 | $ (1,222.00) |
| 6/10/20 | Buy | 300.000 | $ 0.94 | $ (282.00) |
| 6/10/20 | Buy | 7,269.000 | $ 0.94 | $ (6,832.86) |
| 6/10/20 | Buy | 1,495.000 | $ 0.94 | $ (1,405.30) |
| 6/10/20 | Buy | 2,210.000 | $ 0.94 | $ (2,077.40) |
| 6/10/20 | Buy | 1,400.000 | $ 0.94 | $ (1,316.00) |
| 6/10/20 | Buy | 4,100.000 | $ 0.94 | $ (3,854.00) |
| 6/10/20 | Buy | 40,926.000 | $ 0.95 | $ (38,879.70) |
| 7/13/20 | Buy | 4,300.000 | $ 0.81 | $ (3,483.00) |
| 7/13/20 | Buy | 365.000 | $ 0.81 | $ (295.65) |
| 7/13/20 | Buy | 335.000 | $ 0.81 | $ (271.35) |
| 7/22/20 | Buy | 2,950.000 | $ 0.88 | $ (2,596.00) |
| 7/23/20 | Buy | 1,200.000 | $ 0.87 | $ (1,044.00) |
| 8/4/20 | Sell | (2,500.000) | $ 1.16 | $ 2,905.00 |
| 8/4/20 | Sell | (2,625.000) | $ 1.20 | $ 3,150.00 |
| 8/12/20 | Buy | 1,335.000 | $ 1.30 | $ (1,735.50) |
| 8/14/20 | Sell | (19,650.000) | $ 1.65 | $ 32,422.50 |
| 8/21/20 | Buy | 5,500.000 | $ 1.80 | $ (9,900.00) |
| 8/24/20 | Buy | 7,500.000 | $ 1.63 | $ (12,225.00) |
| 8/25/20 | Buy | 800.000 | $ 1.75 | $ (1,396.00) |
| 9/3/20 | Buy | 6,200.000 | $ 1.40 | $ (8,680.00) |
| 9/4/20 | Buy | 800.000 | $ 1.32 | $ (1,056.00) |
| 9/4/20 | Buy | 6,200.000 | $ 1.33 | $ (8,246.00) |
| 9/4/20 | Buy | 100.000 | $ 1.32 | $ (132.00) |
| 9/4/20 | Buy | 5,250.000 | $ 1.35 | $ (7,087.50) |
| 9/11/20 | Buy | 70.000 | $ 1.57 | $ (109.90) |
| 9/14/20 | Sell | (10,000.000) | $ 1.65 | $ 16,500.00 |
| 9/21/20 | Buy | 600.000 | $ 1.79 | $ (1,074.00) |
| 9/21/20 | Buy | 600.000 | $ 1.78 | $ (1,068.00) |

| Date | Transaction | Shares | Price per Share | | Net | |
|---|---|---|---|---|---|---|
| 9/21/20 | Buy | 2,900.000 | $ | 1.79 | $ | (5,191.00) |
| 9/21/20 | Buy | 5,000.000 | $ | 1.78 | $ | (8,900.00) |
| 9/21/20 | Buy | 40.000 | $ | 1.79 | $ | (71.60) |
| 9/23/20 | Buy | 3,100.000 | $ | 1.66 | $ | (5,146.00) |
| 9/24/20 | Buy | 2,750.000 | $ | 1.53 | $ | (4,207.50) |
| 9/24/20 | Buy | 104.000 | $ | 1.56 | $ | (162.24) |
| 9/30/20 | Buy | 250.000 | $ | 1.61 | $ | (402.50) |
| 9/30/20 | Buy | 1,386.000 | $ | 1.61 | $ | (2,231.46) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | | 137,113.375 | | | $ | (115,987.40) |
| 90 Day Lookback | | | $ | 0.56 | $ | 76,783.49 |
| **Total LIFO Loss*** | | | | | **$** | **(39,203.91)** |