# EXHIBIT 3

**Zosano Pharma Corporation Loss Chart**
**Class Period: February 13, 2017 through September 30, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.56 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gensemer, Michael | 3/16/2018 | 1,000 | ($18.59) | ($18,590.00) | | | | | | | | |
| | 1/31/2019 | 1,000 | ($2.69) | ($2,690.00) | | | | | | | | |
| | 4/9/2019 | 1,000 | ($3.91) | ($3,910.00) | | | | | | | | |
| | 7/15/2019 | 2,000 | ($3.45) | ($6,900.00) | | | | | | | | |
| | | 5,000 | | ($32,090.00) | | | | | 5,000 | $2,794.08 | ($29,295.93) | |