**ROCHE CYRULNIK FREEDMAN LLP**
Ivy T. Ngo (249860)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Facsimile: (646) 392-8842
Email: ingo@rcfllp.com

*Counsel for Lead Plaintiff Movant William Kamer and Proposed*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No.: 3:20-cv-07850-CRB<br><br>Hon. Charles R. Breyer |
| DANIELLE CARR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No.: 3:20-cv-07625-EMC<br><br>Hon. Edward M. Chen<br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTION, APPOINTMENT OF WILLIAM KAMER AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: February 4, 2021<br>Time: 1:30 PM<br>Courtroom 5 |

I, IVY T. NGO, hereby declare as follows:

1. I am Of Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of movant William Kamer ("Movant"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Movant's motion for consolidation of the Related Actions, appointment as Lead Plaintiff for the Class and approval of his selection of RCF as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A: Shareholder Certification executed by Movant;

Exhibit B: Loss chart of Movant;

Exhibit C: Declaration executed by Movant;

Exhibit D: Firm resume of RCF; and

Exhibit E: Press release published over *Business Wire*, announcing the pendency of the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts and true and correct.

Executed this 28th day of December, 2020 at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

DECLARATION OF IVY T. NGO ISO MTN. FOR CONSOL. OF RELATED ACTIONS, APPOINTMENT OF WILLIAM KAMER AS LEAD PLTF. AND APPRL. OF LEAD COUNSEL
CASE NO. 3:20-cv-07625-EMC

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of December, 2020.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

DECLARATION OF IVY T. NGO ISO MTN. FOR CONSOL. OF RELATED ACTIONS, APPOINTMENT OF WILLIAM KAMER AS LEAD PLTF. AND APPRL. OF LEAD COUNSEL
CASE NO.  3:20-cv-07625-EMC