# EXHIBIT B

Zosano Pharma Corporation ("ZSAN")
Class Period: February 13, 2017 through September 30, 2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price Purchased | Amount | Sales Date | Shares Sold | Price Sold | Amount | Shares Retained | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Kamer, William | 4/30/2020 | 2,000 | $ 0.7500 | $ (1,500.00) | 5/5/2020 | (2,000) | $ 0.6900 | $ 1,380.00 | | |
| | 8/19/2020 | 6,500 | $ 1.7800 | $ (11,570.00) | 8/31/2020 | (200) | $ 1.5900 | $ 318.00 | | |
| | 8/19/2020 | 3,500 | $ 1.7799 | $ (6,229.65) | 8/31/2020 | (14,800) | $ 1.5901 | $ 23,533.48 | | |
| | 8/19/2020 | 2,000 | $ 1.7897 | $ (3,579.40) | 10/1/2020 | (24,300) | $ 0.6845 | $ 16,633.35 | | |
| | 8/20/2020 | 9,000 | $ 1.8200 | $ (16,380.00) | 10/1/2020 | (50,700) | $ 0.6836 | $ 34,658.52 | | |
| | 8/20/2020 | 5,000 | $ 1.8994 | $ (9,497.00) | 10/1/2020 | (75,000) | $ 0.6849 | $ 51,367.50 | | |
| | 8/26/2020 | 3,800 | $ 1.7299 | $ (6,573.62) | 10/1/2020 | (5,839) | $ 0.6710 | $ 3,917.97 | | |
| | 8/26/2020 | 7,200 | $ 1.7400 | $ (12,528.00) | 10/1/2020 | (18,161) | $ 0.67 | $ 12,167.87 | | |
| | 8/31/2020 | 600 | $ 1.5885 | $ (953.10) | 10/2/2020 | (1,000) | $ 0.66 | $ 660.40 | | |
| | 9/1/2020 | 30,000 | $ 1.5200 | $ (45,600.00) | | | | | | |
| | 9/2/2020 | 10 | $ 1.4500 | $ (14.50) | | | | | | |
| | 9/2/2020 | 3,390 | $ 1.4650 | $ (4,966.35) | | | | | | |
| | 9/3/2020 | 154 | $ 1.3800 | $ (212.52) | | | | | | |
| | 9/3/2020 | 4 | $ 1.3800 | $ (5.52) | | | | | | |
| | 9/3/2020 | 93 | $ 1.3800 | $ (128.34) | | | | | | |
| | 9/3/2020 | 2,000 | $ 1.3800 | $ (2,760.00) | | | | | | |
| | 9/3/2020 | 549 | $ 1.3800 | $ (757.62) | | | | | | |
| | 9/4/2020 | 600 | $ 1.3900 | $ (834.00) | | | | | | |
| | 9/8/2020 | 150 | $ 1.3600 | $ (204.00) | | | | | | |
| | 9/8/2020 | 5,469 | $ 1.3600 | $ (7,437.84) | | | | | | |
| | 9/8/2020 | 5,381 | $ 1.3600 | $ (7,318.16) | | | | | | |
| | 9/8/2020 | 4,600 | $ 1.4099 | $ (6,485.54) | | | | | | |
| | 9/10/2020 | 400 | $ 1.5581 | $ (623.24) | | | | | | |
| | 9/10/2020 | 3,100 | $ 1.5077 | $ (4,673.87) | | | | | | |
| | 9/11/2020 | 7,000 | $ 1.5300 | $ (10,710.00) | | | | | | |
| | 9/11/2020 | 4,500 | $ 1.5577 | $ (7,009.65) | | | | | | |
| | 9/14/2020 | 1,088 | $ 1.7000 | $ (1,849.60) | | | | | | |
| | 9/14/2020 | 200 | $ 1.7000 | $ (340.00) | | | | | | |
| | 9/14/2020 | 13,212 | $ 1.7000 | $ (22,460.40) | | | | | | |
| | 9/15/2020 | 10,500 | $ 1.7099 | $ (17,953.95) | | | | | | |
| | 9/15/2020 | 250 | $ 1.7100 | $ (427.50) | | | | | | |
| | 9/15/2020 | 750 | $ 1.7302 | $ (1,297.65) | | | | | | |
| | 9/18/2020 | 4,500 | $ 1.7900 | $ (8,055.00) | | | | | | |
| | 9/18/2020 | 7,500 | $ 1.8000 | $ (13,500.00) | | | | | | |
| | 9/23/2020 | 100 | $ 1.7350 | $ (173.50) | | | | | | |
| | 9/23/2020 | 11,500 | $ 1.7399 | $ (20,008.85) | | | | | | |
| | 9/23/2020 | 7,400 | $ 1.7343 | $ (12,833.82) | | | | | | |
| | 9/23/2020 | 500 | $ 1.7490 | $ (874.50) | | | | | | |
| | 9/24/2020 | 11,000 | $ 1.5699 | $ (17,268.90) | | | | | | |
| | 9/25/2020 | 12,800 | $ 1.7000 | $ (21,760.00) | | | | | | |
| | 9/25/2020 | 3,700 | $ 1.7100 | $ (6,327.00) | | | | | | |
| | | | | $ - | | | | | | |
| **TOTAL** | | 192,000 | | $ (313,682.59) | | (192,000) | | $ 144,637.09 | 175,000 | $ (169,046) |