Melissa A. Fortunato (#319767)
Marion C. Passmore (#228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Email: fortunato@bespc.com
        passmore@bespc.com

*Attorneys for Gary Bala and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07625-EMC<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF GARY BALA FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:          February 4, 2021<br>Time:         1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:        Honorable Edward M. Chen |
| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07850-CRB |

Case No. 3:20-cv-07625-EMC
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF GARY BALA
FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF SELECTION OF LEAD COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movant Gary Bala ("Bala" or "Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Bala's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel in the above-captioned actions.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Private Securities Litigation Reform Act of 1995 Certification signed by Movant attaching his transactions in Zosano Pharma Corporation ("Zosano") securities.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the loss chart detailing Movant's approximate losses as a result of his investments in Zosano.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the press release originally published on October 29, 2020, on *Business Wire* announcing the pendency of the securities lawsuit.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 28th day of December, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF GARY BALA FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL