# Exhibit 2

| Client Name | Gary Bala |
|---|---|
| Company Name | Zosano Pharma Corporation |
| Ticker Symbol | ZSAN |
| Security Type | Common Stock |
| Class Period Start | 02/13/2017 |
| Class Period End | 09/30/2020 |
| 90-DAY Lookback Period Start | 10/01/2020 |
| 90-DAY Lookback Period End | 12/28/2020 |
| 90-DAY Lookback Average | $0.5592 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($94,154.60) |
| Net Shares Retained | 1,338.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/9/2018 | 5,408 | $18.50 | ($100,048.00) | | | ($100,048.00) |
| 12/31/2018 | -1,820 | | | $2.11 | $3,840.20 | ($96,207.80) |
| 12/21/2020 | -2,250 | | | $0.58* | $1,305.00 | ($94,902.80) |
| | | | | | Subtotal | ($94,902.80) |
| | | | | | Retained Share Value | $748.20 |
| | | | | | Total | ($94,154.60) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.