Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movant Tuk Doss and
Proposed Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-CV-07625-EMC<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF TUK DOSS'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL** |
| ROB BECERRA, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07850-CRB |

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:20-CV-07625-EMC

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Tuk Doss ("Movant") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on October 29, 2020, announcing the pendency of the action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Zosano Pharma Corporation securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Kehoe Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of December 2020, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:20-CV-07625-EMC

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On December 28, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2020, at Los Angeles, California.

/s/ Charles H. Linehan
Charles H. Linehan