# EXHIBIT C

Loss Chart

**Company Name:** Zosano Pharma Corporation
**Ticker:** ZSAN
**Class Period:** February 13, 2017 to September 30, 2020
**Name:** Tuk Doss

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/20/2020 | 900 | $0.8800 | -$792.0000 | | $0.0000 | -$792.00 |
| 7/20/2020 | 1,265 | $0.9100 | -$1,151.1500 | | $0.0000 | -$1,151.15 |
| 8/28/2020 | -2,165 | | $0.0000 | $1.6300 | $3,528.9500 | $3,528.95 |
| 8/31/2020 | 2,524 | $1.4300 | -$3,609.3200 | | $0.0000 | -$3,609.32 |
| 10/23/2020 | -2,524 | | $0.0000 | $0.6356 | $1,604.3732 | $1,604.37 |

| Shares Retained: | 0 | | | | Subtotal: | -$419.15 |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $0.00 |
| | | $0.5588 | 0 | | **Total:** | -$419.15 |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/10/2020 | 300 | $0.6200 | -$186.0000 | | $0.0000 | -$186.00 |
| 3/10/2020 | 3,114 | $0.5500 | -$1,712.7000 | | $0.0000 | -$1,712.70 |
| 3/10/2020 | 5,000 | $0.6200 | -$3,100.0000 | | $0.0000 | -$3,100.00 |
| 3/10/2020 | 15,505 | $0.6200 | -$9,613.1000 | | $0.0000 | -$9,613.10 |
| 3/12/2020 | -22,819 | | $0.0000 | $0.4800 | $10,953.1200 | $10,953.12 |
| 3/12/2020 | -900 | | $0.0000 | $0.4800 | $432.0000 | $432.00 |
| 3/12/2020 | -200 | | $0.0000 | $0.4800 | $96.0000 | $96.00 |
| 3/27/2020 | 1,538 | $0.5200 | -$799.7600 | | $0.0000 | -$799.76 |
| 5/21/2020 | 117 | $0.8500 | -$99.4500 | | $0.0000 | -$99.45 |
| 5/21/2020 | 239 | $0.8600 | -$205.5400 | | $0.0000 | -$205.54 |
| 6/5/2020 | 5 | $0.9400 | -$4.7000 | | $0.0000 | -$4.70 |
| 6/5/2020 | 4,220 | $0.9400 | -$3,966.8000 | | $0.0000 | -$3,966.80 |
| 6/9/2020 | 101 | $0.9900 | -$99.9900 | | $0.0000 | -$99.99 |
| 6/11/2020 | 358 | $0.8700 | -$311.4600 | | $0.0000 | -$311.46 |
| 6/11/2020 | 796 | $0.8700 | -$692.5200 | | $0.0000 | -$692.52 |
| 6/11/2020 | 800 | $0.8700 | -$696.0000 | | $0.0000 | -$696.00 |
| 6/18/2020 | -3,995 | | $0.0000 | $0.8800 | $3,515.6000 | $3,515.60 |
| 6/18/2020 | -1,806 | | $0.0000 | $0.8800 | $1,589.2800 | $1,589.28 |
| 6/18/2020 | -1,400 | | $0.0000 | $0.8800 | $1,232.0000 | $1,232.00 |
| 6/18/2020 | -300 | | $0.0000 | $0.8800 | $264.0000 | $264.00 |
| 6/18/2020 | -200 | | $0.0000 | $0.8800 | $176.0000 | $176.00 |
| 6/18/2020 | -200 | | $0.0000 | $0.8800 | $176.0000 | $176.00 |
| 6/18/2020 | -138 | | $0.0000 | $0.8800 | $121.4400 | $121.44 |
| 6/18/2020 | -100 | | $0.0000 | $0.8800 | $88.0000 | $88.00 |
| 6/18/2020 | -35 | | $0.0000 | $0.8900 | $31.1500 | $31.15 |
| 8/6/2020 | 21 | $1.2600 | -$26.4600 | | $0.0000 | -$26.46 |
| 8/6/2020 | 900 | $1.2700 | -$1,143.0000 | | $0.0000 | -$1,143.00 |
| 8/6/2020 | 1,750 | $1.2600 | -$2,205.0000 | | $0.0000 | -$2,205.00 |
| 8/6/2020 | 16,550 | $1.2700 | -$21,018.5000 | | $0.0000 | -$21,018.50 |
| 8/10/2020 | -1,000 | | $0.0000 | $1.6000 | $1,600.0000 | $1,600.00 |
| 8/10/2020 | -1,005 | | $0.0000 | $1.5900 | $1,597.9500 | $1,597.95 |
| 8/10/2020 | -1,000 | | $0.0000 | $1.5600 | $1,560.0000 | $1,560.00 |
| 8/10/2020 | -295 | | $0.0000 | $1.5800 | $466.1000 | $466.10 |
| 8/12/2020 | 2,432 | $1.3200 | -$3,210.2400 | | $0.0000 | -$3,210.24 |
| 8/13/2020 | 315 | $1.3300 | -$418.9500 | | $0.0000 | -$418.95 |
| 8/28/2020 | -3,000 | | $0.0000 | $1.6300 | $4,890.0000 | $4,890.00 |
| 8/28/2020 | -2,000 | | $0.0000 | $1.6300 | $3,260.0000 | $3,260.00 |
| 8/31/2020 | 26 | $1.4700 | -$38.2200 | | $0.0000 | -$38.22 |
| 8/31/2020 | 5,250 | $1.6500 | -$8,662.5000 | | $0.0000 | -$8,662.50 |
| 9/2/2020 | 108 | $1.5300 | -$165.2400 | | $0.0000 | -$165.24 |
| 9/3/2020 | 138 | $1.4600 | -$201.4800 | | $0.0000 | -$201.48 |
| 9/8/2020 | 444 | $1.3600 | -$603.8400 | | $0.0000 | -$603.84 |

## Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/24/2020 | 303 | $1.6400 | -$496.9200 | | $0.0000 | -$496.92 |
| 10/23/2020 | -9,937 | | $0.0000 | $0.6356 | $6,316.4248 | $6,316.42 |
| 10/23/2020 | -8,000 | | $0.0000 | $0.6356 | $5,085.1765 | $5,085.18 |
| 10/23/2020 | -2,000 | | $0.0000 | $0.6356 | $1,271.2941 | $1,271.29 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$14,956.83** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $0.5588 | 0 | **Total:** | **-$14,956.83** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/10/2020 | 100 | $0.5500 | -$55.0000 | | $0.0000 | -$55.00 |
| 3/10/2020 | 1,300 | $0.6400 | -$832.0000 | | $0.0000 | -$832.00 |
| 3/10/2020 | 12,900 | $0.5500 | -$7,095.0000 | | $0.0000 | -$7,095.00 |
| 3/16/2020 | -14,300 | | $0.0000 | $0.4200 | $6,006.0000 | $6,006.00 |
| 3/25/2020 | 6,600 | $0.5900 | -$3,894.0000 | | $0.0000 | -$3,894.00 |
| 3/27/2020 | 200 | $0.5400 | -$108.0000 | | $0.0000 | -$108.00 |
| 3/27/2020 | 400 | $0.5400 | -$216.0000 | | $0.0000 | -$216.00 |
| 3/27/2020 | 475 | $0.5500 | -$261.2500 | | $0.0000 | -$261.25 |
| 3/27/2020 | 900 | $0.5400 | -$486.0000 | | $0.0000 | -$486.00 |
| 3/27/2020 | 1,600 | $0.5400 | -$864.0000 | | $0.0000 | -$864.00 |
| 3/27/2020 | 13,500 | $0.5400 | -$7,290.0000 | | $0.0000 | -$7,290.00 |
| 3/27/2020 | 40,607 | $0.5400 | -$21,927.7800 | | $0.0000 | -$21,927.78 |
| 3/30/2020 | 40,000 | $0.5400 | -$21,600.0000 | | $0.0000 | -$21,600.00 |
| 4/2/2020 | 100 | $0.5200 | -$52.0000 | | $0.0000 | -$52.00 |
| 4/2/2020 | 200 | $0.5200 | -$104.0000 | | $0.0000 | -$104.00 |
| 4/2/2020 | 2,500 | $0.5200 | -$1,300.0000 | | $0.0000 | -$1,300.00 |
| 4/16/2020 | 3,727 | $0.6800 | -$2,534.3600 | | $0.0000 | -$2,534.36 |
| 5/4/2020 | 140 | $0.6900 | -$96.6000 | | $0.0000 | -$96.60 |
| 5/4/2020 | 867 | $0.6900 | -$598.2300 | | $0.0000 | -$598.23 |
| 5/5/2020 | 100 | $0.6900 | -$69.0000 | | $0.0000 | -$69.00 |
| 5/5/2020 | 200 | $0.7000 | -$140.0000 | | $0.0000 | -$140.00 |
| 5/5/2020 | 770 | $0.6900 | -$531.3000 | | $0.0000 | -$531.30 |
| 5/5/2020 | 5,050 | $0.7000 | -$3,535.0000 | | $0.0000 | -$3,535.00 |
| 5/11/2020 | 87 | $0.8100 | -$70.4700 | | $0.0000 | -$70.47 |
| 5/11/2020 | 2,500 | $0.8100 | -$2,025.0000 | | $0.0000 | -$2,025.00 |
| 5/14/2020 | 147 | $0.8000 | -$117.6000 | | $0.0000 | -$117.60 |
| 5/14/2020 | 7,287 | $0.8000 | -$5,829.6000 | | $0.0000 | -$5,829.60 |
| 7/6/2020 | 620 | $0.8100 | -$502.2000 | | $0.0000 | -$502.20 |
| 7/28/2020 | 352 | $0.8400 | -$295.6800 | | $0.0000 | -$295.68 |
| 8/12/2020 | 2,000 | $1.3200 | -$2,640.0000 | | $0.0000 | -$2,640.00 |
| 8/12/2020 | 2,000 | $1.3400 | -$2,680.0000 | | $0.0000 | -$2,680.00 |
| 8/14/2020 | 66,000 | $1.5000 | -$99,000.0000 | | $0.0000 | -$99,000.00 |
| 8/24/2020 | 30 | $1.6300 | -$48.9000 | | $0.0000 | -$48.90 |
| 8/24/2020 | 1,580 | $1.6200 | -$2,559.6000 | | $0.0000 | -$2,559.60 |
| 8/28/2020 | -2,000 | | $0.0000 | $1.6300 | $3,260.0000 | $3,260.00 |
| 8/28/2020 | -1,000 | | $0.0000 | $1.6300 | $1,630.0000 | $1,630.00 |
| 8/31/2020 | 360 | $1.4200 | -$511.2000 | | $0.0000 | -$511.20 |
| 8/31/2020 | 1,560 | $1.3900 | -$2,168.4000 | | $0.0000 | -$2,168.40 |
| 8/31/2020 | 7,900 | $1.3700 | -$10,823.0000 | | $0.0000 | -$10,823.00 |
| 9/1/2020 | 10 | $1.4000 | -$14.0000 | | $0.0000 | -$14.00 |
| 9/4/2020 | 425 | $1.4100 | -$599.2500 | | $0.0000 | -$599.25 |
| 10/15/2020 | -7,800 | | $0.0000 | $0.6885 | $5,370.6545 | $5,370.65 |
| 10/15/2020 | -2,749 | | $0.0000 | $0.6885 | $1,892.8115 | $1,892.81 |
| 10/15/2020 | -800 | | $0.0000 | $0.6885 | $550.8364 | $550.84 |
| 10/15/2020 | -300 | | $0.0000 | $0.6885 | $206.5636 | $206.56 |
| 10/16/2020 | -9,900 | | $0.0000 | $0.6870 | $6,801.3000 | $6,801.30 |
| 10/16/2020 | -7,510 | | $0.0000 | $0.6870 | $5,159.3700 | $5,159.37 |
| 10/16/2020 | -5,400 | | $0.0000 | $0.6870 | $3,709.8000 | $3,709.80 |
| 10/16/2020 | -4,000 | | $0.0000 | $0.6870 | $2,748.0000 | $2,748.00 |
| 10/16/2020 | -3,125 | | $0.0000 | $0.6870 | $2,146.8750 | $2,146.88 |
| 10/16/2020 | -2,826 | | $0.0000 | $0.6870 | $1,941.4620 | $1,941.46 |
| 10/16/2020 | -2,000 | | $0.0000 | $0.6870 | $1,374.0000 | $1,374.00 |
| 10/16/2020 | -1,140 | | $0.0000 | $0.6870 | $783.1800 | $783.18 |
| 10/16/2020 | -800 | | $0.0000 | $0.6870 | $549.6000 | $549.60 |
| 10/16/2020 | -700 | | $0.0000 | $0.6870 | $480.9000 | $480.90 |
| 10/16/2020 | -200 | | $0.0000 | $0.6870 | $137.4000 | $137.40 |
| 10/16/2020 | -100 | | $0.0000 | $0.6870 | $68.7000 | $68.70 |
| 10/28/2020 | -107,150 | | $0.0000 | $0.5995 | $64,236.4250 | $64,236.43 |

## Loss Chart

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/28/2020 | -33,400 | | $0.0000 | $0.5995 | $20,023.3000 | $20,023.30 |
| 10/28/2020 | -4,602 | | $0.0000 | $0.5995 | $2,758.8990 | $2,758.90 |
| 10/28/2020 | -3,500 | | $0.0000 | $0.5995 | $2,098.2500 | $2,098.25 |
| 10/28/2020 | -3,400 | | $0.0000 | $0.5995 | $2,038.3000 | $2,038.30 |
| 10/28/2020 | -2,300 | | $0.0000 | $0.5995 | $1,378.8500 | $1,378.85 |
| 10/28/2020 | -1,864 | | $0.0000 | $0.5995 | $1,117.4680 | $1,117.47 |
| 10/28/2020 | -1,000 | | $0.0000 | $0.5995 | $599.5000 | $599.50 |
| 10/28/2020 | -600 | | $0.0000 | $0.5995 | $359.7000 | $359.70 |
| 10/28/2020 | -464 | | $0.0000 | $0.5995 | $278.1680 | $278.17 |
| 10/28/2020 | -164 | | $0.0000 | $0.5995 | $98.3180 | $98.32 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$63,669.79** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $0.00 |
| | | $0.5588 | 0 | | **Total:** | **-$63,669.79** |

**Account 4**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/9/2020 | 60 | $0.6800 | -$40.8000 | | $0.0000 | -$40.80 |
| 3/9/2020 | 115 | $0.6600 | -$75.9000 | | $0.0000 | -$75.90 |
| 3/9/2020 | 992 | $0.7000 | -$694.4000 | | $0.0000 | -$694.40 |
| 3/9/2020 | 2,503 | $0.7000 | -$1,752.1000 | | $0.0000 | -$1,752.10 |
| 3/9/2020 | 5,600 | $0.6400 | -$3,584.0000 | | $0.0000 | -$3,584.00 |
| 3/9/2020 | 6,000 | $0.6600 | -$3,960.0000 | | $0.0000 | -$3,960.00 |
| 3/9/2020 | 6,820 | $0.7000 | -$4,774.0000 | | $0.0000 | -$4,774.00 |
| 3/9/2020 | 17,585 | $0.7000 | -$12,309.5000 | | $0.0000 | -$12,309.50 |
| 3/12/2020 | -39,675 | | $0.0000 | $0.5100 | $20,234.2500 | $20,234.25 |
| 3/25/2020 | 200 | $0.6100 | -$122.0000 | | $0.0000 | -$122.00 |
| 3/25/2020 | 200 | $0.6100 | -$122.0000 | | $0.0000 | -$122.00 |
| 3/25/2020 | 798 | $0.6100 | -$486.7800 | | $0.0000 | -$486.78 |
| 3/25/2020 | 1,200 | $0.6100 | -$732.0000 | | $0.0000 | -$732.00 |
| 3/25/2020 | 1,550 | $0.6100 | -$945.5000 | | $0.0000 | -$945.50 |
| 3/25/2020 | 2,700 | $0.6100 | -$1,647.0000 | | $0.0000 | -$1,647.00 |
| 3/25/2020 | 3,492 | $0.6100 | -$2,130.1200 | | $0.0000 | -$2,130.12 |
| 3/25/2020 | 9,860 | $0.6100 | -$6,014.6000 | | $0.0000 | -$6,014.60 |
| 3/26/2020 | 700 | $0.5800 | -$406.0000 | | $0.0000 | -$406.00 |
| 3/26/2020 | 800 | $0.5800 | -$464.0000 | | $0.0000 | -$464.00 |
| 3/26/2020 | 2,450 | $0.5900 | -$1,445.5000 | | $0.0000 | -$1,445.50 |
| 3/26/2020 | 20,200 | $0.5800 | -$11,716.0000 | | $0.0000 | -$11,716.00 |
| 3/27/2020 | 7,000 | $0.5500 | -$3,850.0000 | | $0.0000 | -$3,850.00 |
| 3/30/2020 | 2,280 | $0.5400 | -$1,231.2000 | | $0.0000 | -$1,231.20 |
| 4/1/2020 | 46 | $0.5200 | -$23.9200 | | $0.0000 | -$23.92 |
| 4/8/2020 | -4,300 | | $0.0000 | $0.5400 | $2,322.0000 | $2,322.00 |
| 4/8/2020 | -1,700 | | $0.0000 | $0.5400 | $918.0000 | $918.00 |
| 4/8/2020 | -1,400 | | $0.0000 | $0.5400 | $756.0000 | $756.00 |
| 4/8/2020 | -1,035 | | $0.0000 | $0.5400 | $558.9000 | $558.90 |
| 4/8/2020 | 480 | $0.5100 | -$244.8000 | | $0.0000 | -$244.80 |
| 4/9/2020 | -45,521 | | $0.0000 | $0.6300 | $28,678.2300 | $28,678.23 |
| 4/16/2020 | 510 | $0.6900 | -$351.9000 | | $0.0000 | -$351.90 |
| 4/16/2020 | 29,000 | $0.7100 | -$20,590.0000 | | $0.0000 | -$20,590.00 |
| 4/22/2020 | -1,980 | | $0.0000 | $0.7000 | $1,386.0000 | $1,386.00 |
| 4/22/2020 | -900 | | $0.0000 | $0.6900 | $621.0000 | $621.00 |
| 4/22/2020 | -100 | | $0.0000 | $0.7000 | $70.0000 | $70.00 |
| 4/22/2020 | -20 | | $0.0000 | $0.7000 | $14.0000 | $14.00 |
| 4/30/2020 | -2,000 | | $0.0000 | $0.7500 | $1,500.0000 | $1,500.00 |
| 5/4/2020 | 3,000 | $0.6800 | -$2,040.0000 | | $0.0000 | -$2,040.00 |
| 5/6/2020 | 9,000 | $0.7000 | -$6,300.0000 | | $0.0000 | -$6,300.00 |
| 5/7/2020 | 820 | $0.7100 | -$582.2000 | | $0.0000 | -$582.20 |
| 5/7/2020 | 1,314 | $0.7100 | -$932.9400 | | $0.0000 | -$932.94 |
| 5/7/2020 | 8,686 | $0.7100 | -$6,167.0600 | | $0.0000 | -$6,167.06 |
| 5/12/2020 | 3,424 | $0.8700 | -$2,978.8800 | | $0.0000 | -$2,978.88 |
| 5/12/2020 | 10,058 | $0.8800 | -$8,851.0400 | | $0.0000 | -$8,851.04 |
| 5/14/2020 | 2,600 | $0.7900 | -$2,054.0000 | | $0.0000 | -$2,054.00 |
| 6/5/2020 | 2,150 | $0.9700 | -$2,085.5000 | | $0.0000 | -$2,085.50 |
| 6/9/2020 | 9 | $0.9900 | -$8.9100 | | $0.0000 | -$8.91 |
| 6/15/2020 | -2,000 | | $0.0000 | $0.9100 | $1,820.0000 | $1,820.00 |
| 6/15/2020 | -1,907 | | $0.0000 | $0.9100 | $1,735.3700 | $1,735.37 |
| 6/15/2020 | -1,000 | | $0.0000 | $0.9200 | $920.0000 | $920.00 |
| 6/15/2020 | -750 | | $0.0000 | $0.9100 | $682.5000 | $682.50 |
| 6/15/2020 | -250 | | $0.0000 | $0.9200 | $230.0000 | $230.00 |

Loss Chart

| Date | Shares | Buy Price | Buy Amount | Sell Price | Sell Amount | Total |
|---|---|---|---|---|---|---|
| 6/15/2020 | -93 | | $0.0000 | $0.9200 | $85.5600 | $85.56 |
| 6/16/2020 | -5,000 | | $0.0000 | $0.9100 | $4,550.0000 | $4,550.00 |
| 6/16/2020 | -3,000 | | $0.0000 | $0.9100 | $2,730.0000 | $2,730.00 |
| 6/16/2020 | -2,000 | | $0.0000 | $0.9400 | $1,880.0000 | $1,880.00 |
| 6/16/2020 | -2,000 | | $0.0000 | $0.9100 | $1,820.0000 | $1,820.00 |
| 6/16/2020 | -1,800 | | $0.0000 | $0.9300 | $1,674.0000 | $1,674.00 |
| 6/16/2020 | -100 | | $0.0000 | $0.9300 | $93.0000 | $93.00 |
| 6/16/2020 | -100 | | $0.0000 | $0.9300 | $93.0000 | $93.00 |
| 6/17/2020 | -3,000 | | $0.0000 | $0.8900 | $2,670.0000 | $2,670.00 |
| 6/17/2020 | -1,196 | | $0.0000 | $0.8800 | $1,052.4800 | $1,052.48 |
| 6/17/2020 | -795 | | $0.0000 | $0.8800 | $699.6000 | $699.60 |
| 6/17/2020 | -9 | | $0.0000 | $0.8800 | $7.9200 | $7.92 |
| 6/18/2020 | -1,900 | | $0.0000 | $0.8600 | $1,634.0000 | $1,634.00 |
| 6/18/2020 | -1,000 | | $0.0000 | $0.8700 | $870.0000 | $870.00 |
| 6/18/2020 | -800 | | $0.0000 | $0.8700 | $696.0000 | $696.00 |
| 6/18/2020 | -400 | | $0.0000 | $0.8600 | $344.0000 | $344.00 |
| 6/18/2020 | -400 | | $0.0000 | $0.8600 | $344.0000 | $344.00 |
| 6/18/2020 | -300 | | $0.0000 | $0.8600 | $258.0000 | $258.00 |
| 6/18/2020 | -200 | | $0.0000 | $0.8700 | $174.0000 | $174.00 |
| 6/19/2020 | -1,900 | | $0.0000 | $0.8600 | $1,634.0000 | $1,634.00 |
| 6/19/2020 | -1,900 | | $0.0000 | $0.8600 | $1,634.0000 | $1,634.00 |
| 6/19/2020 | -100 | | $0.0000 | $0.8600 | $86.0000 | $86.00 |
| 6/19/2020 | -100 | | $0.0000 | $0.8600 | $86.0000 | $86.00 |
| 6/25/2020 | 4,410 | $0.8300 | -$3,660.3000 | | $0.0000 | -$3,660.30 |
| 6/25/2020 | 8,700 | $0.8300 | -$7,221.0000 | | $0.0000 | -$7,221.00 |
| 7/9/2020 | -43,978 | | $0.0000 | $0.8300 | $36,501.7400 | $36,501.74 |
| 7/9/2020 | -703 | | $0.0000 | $0.8300 | $583.4900 | $583.49 |
| 7/20/2020 | 400 | $0.9100 | -$364.0000 | | $0.0000 | -$364.00 |
| 7/20/2020 | 500 | $0.9000 | -$450.0000 | | $0.0000 | -$450.00 |
| 7/20/2020 | 202,600 | $0.9000 | -$182,340.0000 | | $0.0000 | -$182,340.00 |
| 7/22/2020 | 55 | $0.9100 | -$50.0500 | | $0.0000 | -$50.05 |
| 7/22/2020 | 77 | $0.8800 | -$67.7600 | | $0.0000 | -$67.76 |
| 7/22/2020 | 1,100 | $0.8800 | -$968.0000 | | $0.0000 | -$968.00 |
| 7/22/2020 | 1,500 | $0.8900 | -$1,335.0000 | | $0.0000 | -$1,335.00 |
| 8/28/2020 | -3,000 | | $0.0000 | $1.6300 | $4,890.0000 | $4,890.00 |
| 8/28/2020 | -3,000 | | $0.0000 | $1.6300 | $4,890.0000 | $4,890.00 |
| 8/31/2020 | 110 | $1.4300 | -$157.3000 | | $0.0000 | -$157.30 |
| 8/31/2020 | 300 | $1.6400 | -$492.0000 | | $0.0000 | -$492.00 |
| 8/31/2020 | 6,000 | $1.6400 | -$9,840.0000 | | $0.0000 | -$9,840.00 |
| 9/1/2020 | 13 | $1.5300 | -$19.8900 | | $0.0000 | -$19.89 |
| 9/1/2020 | 138 | $1.4000 | -$193.2000 | | $0.0000 | -$193.20 |
| 10/19/2020 | -35,564 | | $0.0000 | $0.6837 | $24,314.8332 | $24,314.83 |
| 10/19/2020 | -24,785 | | $0.0000 | $0.6837 | $16,945.3138 | $16,945.31 |
| 10/19/2020 | -18,738 | | $0.0000 | $0.6837 | $12,811.0265 | $12,811.03 |
| 10/19/2020 | -13,382 | | $0.0000 | $0.6837 | $9,149.1705 | $9,149.17 |
| 10/19/2020 | -6,800 | | $0.0000 | $0.6837 | $4,649.1077 | $4,649.11 |
| 10/19/2020 | -3,122 | | $0.0000 | $0.6837 | $2,134.4874 | $2,134.49 |
| 10/19/2020 | -3,061 | | $0.0000 | $0.6837 | $2,092.7822 | $2,092.78 |
| 10/19/2020 | -2,450 | | $0.0000 | $0.6837 | $1,675.0462 | $1,675.05 |
| 10/19/2020 | -1,375 | | $0.0000 | $0.6837 | $940.0769 | $940.08 |
| 10/19/2020 | -1,300 | | $0.0000 | $0.6837 | $888.8000 | $888.80 |
| 10/19/2020 | -1,200 | | $0.0000 | $0.6837 | $820.4308 | $820.43 |
| 10/19/2020 | -1,005 | | $0.0000 | $0.6837 | $687.1108 | $687.11 |
| 10/19/2020 | -900 | | $0.0000 | $0.6837 | $615.3231 | $615.32 |
| 10/19/2020 | -803 | | $0.0000 | $0.6837 | $549.0049 | $549.00 |
| 10/19/2020 | -300 | | $0.0000 | $0.6837 | $205.1077 | $205.11 |
| 10/19/2020 | -200 | | $0.0000 | $0.6837 | $136.7385 | $136.74 |
| 10/19/2020 | -15 | | $0.0000 | $0.6837 | $10.2554 | $10.26 |

**Shares Retained:** 91,793

|  | **90-Day Average Price** | **Shares Retained** | **Subtotal:** | **-$105,821.39** |
|---|---|---|---|---|
|  | $0.5588 | 91,793 | **90-Day Average:** | $51,294.39 |
|  |  |  | **Total:** | **-$54,527.01** |

## Loss Chart

**Account 5**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/3/2020 | 300 | $0.5400 | -$162.0000 | | $0.0000 | -$162.00 |
| 4/3/2020 | 600 | $0.5400 | -$324.0000 | | $0.0000 | -$324.00 |
| 4/3/2020 | 800 | $0.5400 | -$432.0000 | | $0.0000 | -$432.00 |
| 4/3/2020 | 800 | $0.5400 | -$432.0000 | | $0.0000 | -$432.00 |
| 4/3/2020 | 2,000 | $0.5400 | -$1,080.0000 | | $0.0000 | -$1,080.00 |
| 4/3/2020 | 6,181 | $0.5600 | -$3,461.3600 | | $0.0000 | -$3,461.36 |
| 4/6/2020 | 36 | $0.5600 | -$20.1600 | | $0.0000 | -$20.16 |
| 4/13/2020 | 1,200 | $0.6700 | -$804.0000 | | $0.0000 | -$804.00 |
| 4/13/2020 | 5,818 | $0.6600 | -$3,839.8800 | | $0.0000 | -$3,839.88 |
| 4/13/2020 | 5,773 | $0.6700 | -$3,867.9100 | | $0.0000 | -$3,867.91 |
| 4/13/2020 | 14,740 | $0.6600 | -$9,728.4000 | | $0.0000 | -$9,728.40 |
| 4/16/2020 | 7,300 | $0.7000 | -$5,110.0000 | | $0.0000 | -$5,110.00 |
| 5/7/2020 | 654 | $0.7100 | -$464.3400 | | $0.0000 | -$464.34 |
| 6/4/2020 | -1,000 | | $0.0000 | $1.0100 | $1,010.0000 | $1,010.00 |
| 6/29/2020 | -5,000 | | $0.0000 | $0.8100 | $4,050.0000 | $4,050.00 |
| 6/29/2020 | -688 | | $0.0000 | $0.8100 | $557.2800 | $557.28 |
| 6/29/2020 | -312 | | $0.0000 | $0.8000 | $249.6000 | $249.60 |
| 7/22/2020 | 8,776 | $0.9000 | -$7,898.4000 | | $0.0000 | -$7,898.40 |
| 8/28/2020 | -2,000 | | $0.0000 | $1.6300 | $3,260.0000 | $3,260.00 |
| 9/1/2020 | 1,150 | $1.4100 | -$1,621.5000 | | $0.0000 | -$1,621.50 |
| 9/1/2020 | 1,260 | $1.4100 | -$1,776.6000 | | $0.0000 | -$1,776.60 |
| 9/4/2020 | 425 | $1.4100 | -$599.2500 | | $0.0000 | -$599.25 |
| 10/19/2020 | -15,020 | | $0.0000 | $0.6837 | $10,269.0585 | $10,269.06 |
| 10/28/2020 | -8,130 | | $0.0000 | $0.5995 | $4,873.9350 | $4,873.94 |
| 10/28/2020 | -21,192 | | $0.0000 | $0.5995 | $12,704.6040 | $12,704.60 |
| 10/28/2020 | -3,075 | | $0.0000 | $0.5995 | $1,843.4625 | $1,843.46 |
| 10/28/2020 | -1,134 | | $0.0000 | $0.5995 | $679.8330 | $679.83 |
| 10/28/2020 | -128 | | $0.0000 | $0.5995 | $76.7360 | $76.74 |
| 10/28/2020 | -99 | | $0.0000 | $0.5995 | $59.3505 | $59.35 |
| 10/28/2020 | -35 | | $0.0000 | $0.5995 | $20.9825 | $20.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$1,966.96** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $0.5588 | 0 | **Total:** | **-$1,966.96** |

| | |
|---|---|
| **Loss Total:** | **-$135,539.74** |

<u>Notes</u>
The 90-Day Average Price used in this loss chart is the average closing price between October 1, 2020 and December 24, 2020. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.