POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Hosam Alqurashi and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No.: 3:20-cv-07625-EMC<br><br>DECLARATION OF JENNIFER PAFITI, ESQ.: (1) IN FURTHER SUPPORT OF MOTION OF HOSAM ALQURASHI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS<br><br><u>CLASS ACTION</u><br><br>Date:  February 4, 2021<br>Time:  1:30 p.m.<br>Judge:  Hon. Edward M. Chen<br>Courtroom:  5 – 17th Floor |

DECLARATION: (1) IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS - 3:20-cv-07625-EMC; 3:20-cv-07850-CRB

| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>            v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>              Defendants. | Case No.: 3:20-cv-07850-CRB<br><br>CLASS ACTION |
| --- | --- |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Hosam Alqurashi ("Alqurashi"), and have personal knowledge of the facts set forth herein.  I make this Declaration: (a) in further support of Alqurashi's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of Alqurashi's selection of Pomerantz as Lead Counsel for the Class; and (b) in opposition to competing motions.

2.    Attached hereto as Exhibit A is a true and correct copy of a Declaration executed by Alqurashi.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 11, 2021, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

1

DECLARATION: (1) IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS - 3:20-cv-07625-EMC; 3:20-cv-07850-CRB

## **PROOF OF SERVICE**

I hereby certify that on January 11, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION: (1) IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS - 3:20-cv-07625-EMC; 3:20-cv-07850-CRB