# EXHIBIT A

**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Hosam Alqurashi, respectfully submit this Declaration in support of my motion for consolidation of related actions, appointment as Lead Plaintiff, and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of Zosano Pharma Corporation ("Zosano" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.  I have personal knowledge about the information in this Declaration.

2.      I, Hosam Alqurashi, live in Saudi Arabia.  I have a bachelor's degree in chemical engineering and am an advisor at the Royal Commission for Riyadh City.  I am 41 years old and have been investing in the securities markets for 15 years.  As reflected in my Certification, I purchased Zosano securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      Prior to the filing of my Lead Plaintiff motion: (a) I discussed this case with my counsel and was aware of the current status of this litigation; (b) I understood that in addition to myself, other investors in Zosano securities may file motions seeking appointment as Lead Plaintiff in this action; (c) I understood that on December 28, 2020, my counsel would file a memorandum of law in support of my Lead Plaintiff motion; (d) I understood that other supporting submissions prepared by my counsel would be filed concurrently with the memorandum of law; (e) I understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (f) I understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of

1

counsel's advice; (g) I approved Pomerantz as my designated Lead Counsel; and (h) I approved the filing of a motion on my behalf seeking appointment as Lead Plaintiff.

4.    I attest to, among other things, my belief in the merits of this action; my desire to achieve the best possible result for the Class; my interest in prosecuting this case; my understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated.  I hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of my views and intentions with respect to this litigation, and that I seek appointment as Lead Plaintiff in this action.

5.    Given my significant financial interest in the claims against the defendants, I am strongly motivated to recover the significant losses that I and the Class suffered as a result of defendants' violations of the federal securities laws.  My principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. I am committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with my duties under the PSLRA.

6.    If appointed Lead Plaintiff, I will satisfy my fiduciary obligations to the Class by, among other steps, conferring with my counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, I will ensure that the Zosano securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

7.      After reviewing the allegations pleaded in the complaint, and consulting with my counsel, I independently determined to seek appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking my appointment as Lead Plaintiff.  I agree that my resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

8.      I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors are able to establish that they are able to oversee the litigation and their proposed Lead Counsel in an independent manner.  I intend to prosecute this litigation in such an independent and vigorous manner.

9.      I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, I selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

10.     Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this _____ day of January 2021.

DocuSigned by:

*Hosam Alqurashi*

AA2E80EEE4C5415...

1/7/2021 | 10:52 AM EST

Hosam Alqurashi

4