# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 4, 2021  **Time:** 1:58-2:16 = 18 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-07625-EMC  **Case Name:** Carr v. Zosano Pharma Corporation

**Attorneys for Plaintiff:** Alexander Hood, Charles Linehan, Ivy T. Ngo
**Attorneys for Defendant:** Laurie Mims, Travis Silva

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** JoAnn Bryce

### PROCEEDINGS HELD BY ZOOM WEBINAR

[9] – Motion to Appoint Lead Plaintiff and Lead Counsel
[13] - Motion to Appoint Lead Plaintiff and Lead Counsel and to Consolidate Case
[15] - Motion to Appoint Lead Plaintiff and Lead Counsel and to Consolidate Case
[22] - Motion to Appoint Lead Plaintiff and Lead Counsel
[26] - Motion to Appoint Lead Plaintiff and Lead Counsel
[29] - Motion to Appoint Lead Plaintiff and Lead Counsel and to Consolidate Case
[33] - Motion to Appoint Lead Plaintiff and Lead Counsel and to Consolidate Case – held.

### SUMMARY

Parties stated appearances and proffered argument.

The Court grants the plaintiffs' motions to consolidate the *Carr* and *Becerra* actions at Docket Nos. 9, 13, 15, 22, 26, 29, and 33.

The Court also grants the stipulation filed by Mr. Doss and Mr. Alqurashi at Docket No. 52, seeking appointment as co-lead plaintiffs and approval of the law firms of Glancy Prongay & Murray LLP and Pomerantz LLP as co-lead counsel in the consolidated actions.

The Court reiterated its serious concerns that the co-lead counsel arrangement could lead to duplicative or otherwise inefficient case management practices. It instructed plaintiffs' counsel to submit a detailed protocol containing guidelines for limiting fees, costs and expenses, and eliminating duplication of effort similar to those the Court has approved in similar cases. *See,*

1

*e.g.*, *In re Carrier IQ Consumer Privacy Litig.*, No. 12-md-2330-EMC, Dkt. No. 100 (N.D. Cal. July 16, 2012); *In re Toyota RAV4 Hybrid Fuel Tank Litig.*, No. 20-cv-0337-EMC, Dkt. No. 53 (N.D. Cal. Aug. 13, 2020).

The Court informed counsel that the co-lead counsel arrangement is subject to further review at any time. The Court also explained that it expected the case to be staffed as it would be by a single law firm, and that any fee claim would viewed by the Court as though the case were being litigated by one firm.