**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | Case No. 3:20-cv-07625-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD COUNSEL** |
| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS, <br><br> Defendants. | Case No. 3:20-cv-07850-CRB |

WHEREAS, on October 29, 2020, plaintiff Danielle Carr commenced the first of the above-captioned actions (the "Carr Action") by filing a complaint against the above-captioned Defendants, alleging violations of the federal securities laws;

WHEREAS, On November 6, 2020, plaintiff Rob Becerra filed a complaint in the second of the above-captioned actions (the "Becerra Action") against the above-captioned Defendants, alleging violations of the federal securities laws;

WHEREAS, on December 28, 2020, Tuk Doss ("Doss") filed a motion in the Carr Action seeking consolidation of related actions, appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP ("Glancy") and the Kehoe Law Firm, P.C. ("Kehoe") as Co-Lead Counsel (Dkt. No. 29);

WHEREAS, on December 28, 2020, Hosam Alqurashi ("Alqurashi") also filed a motion in the Carr Action seeking consolidation of related actions, appointment as Lead Plaintiff and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel (Dkt. No. 33);

WHEREAS, on December 28, 2020, five other movants filed motions in the Carr Action seeking consolidation of related actions, appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel (collectively, the "Competing Movants") (Dkt. Nos. 9, 13, 15, 22, 26), each alleging a smaller financial interest in this action than Doss and Alqurashi;

WHEREAS, as of the time of this submission, four of the five Competing Movants have filed notices either withdrawing their motions or stating their non-opposition to the other pending Lead Plaintiff motions (*see* Dkt. Nos. 36-39), and the fifth Competing Movant has not filed any opposition and appears to have abandoned his motion;

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the

relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class;

WHEREAS, having reviewed one another's submissions to the Court, Doss and Alqurashi believe it is in the best interests of the class for Doss and Alqurashi to serve as Co-Lead Plaintiffs and for Glancy and Pomerantz to serve as Co-Lead Counsel with Kehoe as Additional Counsel;

WHEREAS, Doss and Alqurashi have provided signed, sworn Certifications in support of their respective motions setting forth, *inter alia*, their transactions in Zosano Pharma Corporation securities;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Doss and Alqurashi are hereby appointed Co-Lead Plaintiffs in this Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

2. Co-Lead Plaintiffs' selections of Glancy and Pomerantz as Co-Lead Counsel are hereby approved.

Respectfully submitted,

Dated:  January 19, 2021      **POMERANTZ LLP**

By: */s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor

2

New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

and

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Movant Hosam Alqurashi and Proposed Co-Lead Counsel for the Class*

DATED: January 19, 2021

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant Tuk Doss and Proposed Co-Lead Counsel for the Class*

**KEHOE LAW FIRM, P.C.**
Michael K. Yarnoff
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102

*Additional Counsel*

GRANTED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA