Robert V. Prongay (SBN 270796)
 rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
 clinehan@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Co-Lead Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07625-EMC<br><br>(Consolidated with Case No. 3:20-cv-07850)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING** |

Pursuant to the Court's Order dated January 15, 2021 (Dkt. No. 50), Co-Lead Plaintiffs Hosam Alqurashi ("Alqurashi") and Tuk Doss ("Doss") and Defendants Zosano Pharma Corporation, Steven Lo, John P. Walker, and Konstantinos Alataris (collectively, "Defendants," and together with Co-Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving the Parties' proposed schedule for the filing of a Consolidated Complaint, Defendants' response thereto, and all associated briefing:

WHEREAS, on January 15, 2021, the Court entered an Order mandating that "[w]ithin ten days of the Court's order appointing lead plaintiff and approving lead counsel in accordance with the PSLRA, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto" (*see* Dkt. No 50);

WHEREAS, on February 4, 2021, the Court consolidated *Becerra v. Zosano Pharma Corporation, et. al.*, No. 3:20-cv-07850, with the above-captioned action, appointed Alqurashi and Doss as Co-Lead Plaintiffs, and approved their selection of Pomerantz LLP and Glancy Prongay & Murray LLP as Co-Lead Counsel (*see* Dkt. Nos. 57, 58);

WHEREAS, Co-Lead Counsel have conferred with Counsel for Defendants regarding the filing of a consolidated complaint with due consideration for counsels' schedules and the complex issues involved in this action, and have agreed to the following schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, that the Court enter the following proposed schedule:

1. Co-Lead Plaintiffs shall file and serve a Consolidated Complaint within forty-five (45) days after entry of the Order approving this stipulation.

2. Defendants shall move, answer or otherwise respond to the Consolidated Complaint within forty-five (45) days after Co-Lead Plaintiffs file the Consolidated Complaint.

3. If Defendants file a motion/s directed at the Consolidated Complaint, Co-Lead Plaintiffs shall file and serve any opposition/s within thirty (30) days of Defendants' motion/s.

4.  Defendants shall file and serve any reply/ies within twenty-one (21) days of Co-Lead Plaintiffs' opposition/s.

5.  Defendants shall notice the hearing on any motions to dismiss such that at least fourteen (14) days elapse between the deadline to file a reply and the hearing date.

DATED: February 12, 2021          GLANCY PRONGAY & MURRAY LLP

By:   */s/ Charles H. Linehan*
      Robert V. Prongay
      Charles H. Linehan
      1925 Century Park East, Suite 2100
      Los Angeles, California 90067
      Telephone: (310) 201-9150
      Facsimile: (310) 201-9160
      Email: clinehan@glancylaw.com

      POMERANTZ LLP
      Jennifer Pafiti (SBN 282790)
      1100 Glendon Avenue, 15th Floor
      Los Angeles, CA 90024
      Telephone: (310) 405-7190
      jpafiti@pomlaw.com

      *Co-Lead Counsel for Co-Lead Plaintiffs*

      KEHOE LAW FIRM, P.C.
      Michael K. Yarnoff
      Two Penn Center Plaza
      1500 JFK Boulevard, Suite 1020
      Philadelphia, PA 19102

      *Additional Counsel*

| | |
|---|---|
| DATED: February 12, 2021 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ Laurie Carr Mims |
| | LAURIE CARR MIMS - # 241584 |
| | lmims@keker.com |
| | JO W. GOLUB - # 246224 |
| | jgolub@keker.com |
| | CODY S. HARRIS - # 255302 |
| | charris@keker.com |
| | TRAVIS SILVA - # 295856 |
| | tsilva@keker.com |
| | TAYLOR REEVES - # 319729 |
| | treeves@keker.com |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| | |
| | *Counsel for Defendants* |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: February 12, 2021         /s/ Charles H. Linehan
                                 Charles H. Linehan

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 12__, 2021     _____
                                 HON. EDWARD M. CHEN
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING
Case No. 3:20-cv-07625-EMC

3