**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07625-EMC<br><br>(Consolidated with Case No. 3:20-cv-07850)<br><br>**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**CLASS ACTION** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TABLE OF CONTENTS**

NATURE OF THE ACTION ........................................................................................ 1

JURISDICTION AND VENUE ................................................................................... 6

PARTIES ...................................................................................................................... 7

SUBSTANTIVE ALLEGATIONS ............................................................................. 8

    A.    Background ..................................................................................... 8

    B.    The FDA Drug Approval Process ................................................ 10

    C.    Qtrypta's Development And NDA ............................................... 12

    D.    Zosano Announces Receipt of DRL And CRL Letters From The FDA, Delaying Qtrypta's Approval For The Foreseeable Future ........................... 19

    E.    Post-DRL And CRL, Zosano Confirms It Must Conduct An Additional Pharmacokinetic (PK) Study For Inclusion In An NDA Resubmission Package, Creating A Prolonged Delay And Jeopardizing The Company's Commercialization Agreement With Eversana ........................... 21

MATERIALLY FALSE AND/OR MISLEADING STATEMENTS AND/OR OMISSIONS ISSUED DURING THE CLASS PERIOD ......................................................................... 23

    A.    Materially False And/Or Misleading Statements And Omissions Issued In 2017 ........ 23

    B.    Materially False And/Or Misleading Statements And Omissions Issued In 2018 ........ 48

    C.    Materially False And/Or Misleading Statements And Omissions Issued In 2019, Leading Up To Zosano's NDA Filing ........................................ 66

    D.    Materially False And/Or Misleading Statements And Omissions Issued In 2019 And 2020, Following Zosano's NDA Submission. ....................... 82

THE TRUTH EMERGES/LOSS CAUSATION ........................................................ 88

ADDITIONAL SCIENTER ALLEGATIONS ........................................................... 89

CORPORATE SCIENTER ALLEGATIONS ............................................................ 92

PLAINTIFFS' CLASS ACTION ALLEGATIONS ................................................... 93

APPLICABILITY OF PRESUMPTION OF RELIANCE ......................................... 94

NO SAFE HARBOR .................................................................................................. 96

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT I ................................................................................................................................. 97

COUNT II ............................................................................................................................... 100

PRAYER FOR RELIEF ........................................................................................................ 101

JURY TRIAL DEMANDED ................................................................................................. 101

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order ........................................................................................ 103

CONSOLIDATED AMENDED CLASS ACTION COMPLAINT – 3:20-cv-07625-EMC

Co-Lead Plaintiffs Tuk Doss and Hosam Alqurashi ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through Plaintiffs' attorneys, allege the following upon information and belief, except as to those allegations concerning Plaintiffs, which are alleged upon personal knowledge. Plaintiffs' information and belief is based upon, among other things, the investigation conducted by Plaintiffs' counsel, which includes without limitation review and analysis of: (a) regulatory filings made by Zosano Pharma Corporation ("Zosano" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) conference calls and press releases made by, issued by, and disseminated by Defendants; (c) analysts' reports and advisories about the Company; and (d) other publicly available information concerning Zosano. Plaintiffs' counsel's investigation into the matters alleged herein is ongoing and many relevant facts are known only to, or are exclusively within the custody or control of, the Defendants. Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. On behalf of themselves and the class they seek to represent, Plaintiffs allege as follows:

## NATURE OF THE ACTION

1.      This is a class action on behalf of persons and entities that purchased or otherwise acquired Zosano securities between February 13, 2017 and October 20, 2020, inclusive (the "Class Period"), seeking to pursue claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").[1]

2.      Zosano is a clinical stage pharmaceutical company. The Company is focused on administering drugs to patients using its proprietary intracutaneous delivery system—the Adhesive Dermally-Applied Microarray, or ADAM—that purports to offer rapid drug absorption into the

---

[1] Unless otherwise noted, all emphasis is added.

bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms, as well as other benefits, such as consistent drug delivery, improved ease of use, and room-temperature stability. The Company's ADAM technology consists of an array of titanium microneedles, or microprojections, that is coated with a drug and abrades the skin, resulting in dissolution and absorption of the drug.

3.     Zosano's lead product candidate is Qtrypta (pronounced "kew-trip-tah"),[2] a proprietary formulation of a previously approved drug, zolmitriptan, coated onto and delivered utilizing the Company's ADAM technology. Qtrypta was developed for the treatment of migraine, which Zosano asserts is the leading cause of disability among neurological disorders in the United States and accounts for billions of dollars in drug sales worldwide each year.[3] Qtrypta's objective is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal, or GI, tract.

4.     At all relevant times, including throughout the Class Period, Zosano has generated no revenues from product sales and has been in precarious financial condition. For instance, at the start of the Class Period, the Company reported an accumulated deficit of $196.8 million, had negative cash flows from operating activities, and required substantial funds to continue the research and development, including clinical trials, of Qtrypta. 2016 10-K at 14, 16. Zosano also disclosed throughout the Class Period that "[s]ubstantial doubt exists about the Company's ability to continue as a going concern." *E.g.*, 2016 10-K at 16. FDA approval of Qtrypta was thus central to Zosano's survival. If approved, Qtrypta would give Zosano access to the enormous migraine treatment market, putting it on the path to profitability.

---

[2] During the Class Period, Qtrypta was also known as M207 and ADAM Zolmitriptan.

[3] For instance, in 2017, the Company reported that prescription drug sales for migraine in the top seven countries were estimated to be $3.3 billion in 2015, and were expected to grow to $4.4 billion in 2020.

5.     The Company's pivotal efficacy trial, called ZOTRIP, began in July 2016 following the Company's Phase 1 pharmacokinetic trials.[4] The Class Period begins on February 13, 2017, when the Company announced favorable results from its Phase 2/3 ZOTRIP trial, a key milestone setting the stage for Zosano to submit its New Drug Application ("NDA") to the U.S. Food and Drug Administration ("FDA") seeking regulatory approval for Qtrypta. Throughout the remainder of the Class Period, Defendants (defined herein) touted the results of Zosano's clinical ZOTRIP and pharmacokinetic trials, as well as the status, progress and results of the long term safety trial that was commenced following the completion of the ZOTRIP trial and completed in February 2019, as Zosano continued to move towards filing a NDA. Defendants also repeatedly represented to investors that the FDA indicated to Zosano that "one positive pivotal efficacy trial [*i.e.*, the ZOTRIP trial], in addition to the required safety trial, would be sufficient to file a New Drug Application ("NDA") for M207 as an acute treatment of migraine."

6.     In December 2019, Zosano submitted its NDA to the FDA seeking regulatory approval for Qtrypta. However, unbeknownst to the public, the NDA's approval generally, and by the October 2020 goal date touted by the Company specifically, was at risk due to issues existing in the clinical trial data for Qtrypta, and the Company's failure to provide additional product quality validation data in its NDA. Such issues, which Defendants knew of or recklessly disregarded and concealed from investors and other members of the public, were likely to prompt the FDA to delay any approval pending the submission of additional studies and data addressing these deficiencies.

---

[4] "Clinical trials" are studies of a potential treatment for a disease or condition, which are performed on people. *See* FDA, *Step 3: Clinical Research*, https://www.fda.gov/patients/drug-development-process/step-3-clinical-research (last visited Mar. 18, 2021). There are four phases of clinical trials: (i) phase 1 trials test safety and dosage of a potential drug, last for several months and are performed on 20 to 100 volunteers; (ii) phase 2 trials test efficacy and side effects, last from several months to up to two years, and are performed on up to several hundred volunteers; (iii) phase 3 trials (which can overlap with Phase 2 trials) test efficacy and monitor for adverse reactions, last from one to four years, and are performed on 300 to 3,000 volunteers; and (iv) phase 4 trials test safety and efficacy on several thousand volunteers **_after_** a drug has been approved by the FDA. *Id.*

7.    On September 30, 2020, after the market closed, Zosano disclosed receipt of a discipline review letter ("DRL")[5] from the FDA regarding its NDA for Qtrypta and stated that approval by the October 2020 goal date is not expected given the DRL. According to the Company's press release, the FDA "raised questions regarding unexpected high plasma concentrations of zolmitriptan observed in five study subjects from two pharmacokinetic studies and how the data from these subjects affect the overall clinical pharmacology section of the application." The FDA also "raised questions regarding differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's clinical trials."

8.    On this news, the Company's share[6] price fell $0.92 per share, or 56.79%, to close at $0.70 per share on October 1, 2020, on unusually heavy trading volume.

9.    On October 21, 2020, the truth continued to be revealed when Zosano disclosed before the market opened the Company's receipt of a Complete Response Letter ("CRL") from the FDA, which disclosed the FDA's formal rejection of the Qtrypta NDA, provided additional detail on the deficiencies requiring resubmission of the NDA, and addressed the path forward for Qtrypta's approval in light of the deficiencies identified in the CRL. According to the Company, the CRL "cited inconsistent zolmitriptan exposure levels observed across clinical pharmacology studies, which had been previously identified in the FDA's discipline review letter in September." More specifically, the CRL (i) "noted differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's trials and inadequate pharmacokinetic bridging between the lots that made interpretation of some safety data unclear" and (ii) "referenced unexpected high plasma concentrations

---

[5] Zosano explained in its September 30, 2020 press release that "[a] DRL is used by the FDA to convey preliminary comments on deficiencies identified during the NDA review with respect to a particular review discipline."

[6] The Company effected a 1-for-20 reverse stock split on January 25, 2018. All share prices herein reflect the post-split price.

of zolmitriptan observed in five study subjects enrolled in the company's pharmacokinetic studies." Accordingly, as a result of the previously identified deficiencies, the FDA recommended that Zosano conduct a repeat bioequivalence study between three of the lots used during development. The CRL, according the Zosano, also noted that (i) "additional product quality validation data, which were planned to be submitted following approval, if received, were required to be submitted with the application" and (ii) "due to U.S. Government and/or Agency-wide restrictions on travel, inspections of Zosano's contract manufacturing facilities were not able to be conducted but would be required before the application may be approved."

10.     On this news, the Company's share price fell $0.171 per share, or 27.8%, to close at $0.444 per share on October 21, 2020, on unusually heavy trading volume.

11.     Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects, particularly regarding the Qtrypta clinical trials and its pathway and timing for regulatory approval. More specifically, Defendants' statements describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the

FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); (v) additional product quality validation data, which Zosano had omitted from its NDA and purportedly planned on submitting following approval, if received, was required to be submitted with the NDA; and (vi) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed.

12.    Defendants were also motivated to issue misstatements regarding the Company's potential for obtaining FDA approval of Qtrypta for financial reasons. The Company has incurred significant operating losses since its inception, and it was critically low on cash throughout the Class Period. Between 2017 and 2020, the Company posted net losses totaling $135.5 million, with a loss of $29.1 million in 2017, $35.4 million in 2018, $37.6 million in 2019, and $33.4 million in 2020. In order to stem the flow of losses, boost cash on hand, and provide funding for the development and trials of Qtrypta—Zosano's only leading viable drug candidate—the Company had to regularly raise funds through selling the Company's common shares and other securities in secondary offerings, private placements, and the Company's at-the-market offering ("ATM") program. Because shares in an ATM are sold at prevailing market prices, Defendants were also motivated to issue false and misleading statements regarding the Company's potential for obtaining FDA approval of Qtrypta in order to keep Zosano's stock at artificially inflated levels throughout the Class Period and raise cash at these inflated levels to infuse much needed funds into the Company.

13.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

14.    The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

15.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

16.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this District.

17.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the U.S. mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

18.     Plaintiffs, as set forth in their previously filed certifications, incorporated by reference herein (Dkt. Nos. 32-2, 33-5), purchased or otherwise acquired Zosano securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

19.     Defendant Zosano is a Delaware corporation with principal executive offices located in Fremont, California. Zosano's common stock trades in an efficient market on the NASDAQ exchange ("NASDAQ") under the symbol "ZSAN."

20.     Defendant Steven Lo ("Lo") has been the Chief Executive Officer ("CEO") of the Company since October 2019.

21.     Defendant John P. Walker ("Walker") was the CEO of the Company from May 2017 to October 2019. According to the Company's 2020 Form 10-K, dated March 11, 2021, Walker "continued to serve as a non-executive employee providing transition services until his retirement on November 10, 2019" and thereafter "continued to serve as chairman of the board of directors."

22.     Defendant Defendant Konstantinos Alataris ("Alataris") was the CEO of the Company from 2016 to May 2017.

23.     Defendants Lo, Walker, and Alataris (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### A.     Background

24.     Zosano is a clinical stage pharmaceutical company, which has been publicly traded since its initial public offering of common stock on January 27, 2015. Its proprietary intracutaneous delivery system, Adhesive Dermally-Applied Microarray or ADAM, purports to offer rapid absorption of a drug, consistent drug delivery, improved ease of use, and room-temperature stability. The Company's intracutaneous patch consists of an array of titanium microprojections that is coated with Zosano's proprietary formulation of a previously approved drug that is attached to an adhesive patch. The patch purports to offer rapid and consistent delivery of the drug via the microneedles that penetrate the skin, resulting in dissolution and absorption of the drug.

25.     Zosano is essentially a "one-product" company. Its leading product candidate prior to

and during the Class Period was Qtrypta (M207), the Company's proprietary formulation of zolmitriptan delivered utilizing Zosano's proprietary ADAM technology, used for the treatment of migraines.

26.     By the start of the Class Period, Qtrypta, which the Company then referred to as M207 and later as ADAM-zolmitriptan, was in phase 2/3 clinical trials, and Zosano was preparing to submit Qtrypta for FDA approval. The Company's phase 2/3 pivotal efficacy trial of M207, called ZOTRIP, began in July 2016 following the Company's Phase 1 pharmacokinetic study of 20 subjects.

27.     Defendants were acutely aware that Zosano's profitability—or even its very survival—depended on the FDA's approval of Qtrypta. Indeed, the only product in Zosano's pipeline that presented any opportunity for profitability in the near term was Qtrypta. Throughout the Class Period, Defendants touted how FDA approval of Qtrypta would be a financial windfall for Zosano. For example, on May 9, 2017, Defendant Walker explained during an earning conference call that "[l]ooking at the migraine market, we see a huge unmet need that we believe [Qtrypta] M207 can fill" while adding that "[m]igraine is the leading cause of disability among neurological disorders in the United States", and "prescription drug sales for migraine in the top seven countries were estimated to be 3.3 billion in 2015, and are expected to grow to 4.4 billion in 2020", implying that Zosano would be able to access substantial revenues after Qtrypta was approved by the FDA. Later in the Class Period, on May 14, 2019, Defendant Walker also touted during a conference call that "we see an overall market potential greater than $400 million in annual sales [of Qtrypta]", and "we anticipate net revenue per dose that would be roughly in the $100 per dose level, which translates to about 72 million in net annual revenue for each 1% of the triptan prescriptions that we would be able to achieve." Just before the end of the Class Period, on August 6, 2020, Defendants announced Zosano "has partnered with EVERSANA, a leading provider of commercial services to the life science industry, to commercialize and distribute Qtrypta™ in the United States" in a deal worth $250 million over five years if Qtrypta is

approved. In the same Press Release, Zosano also added, consistent with its prior Class Period statements about the market for Qtrypta, that "[m]igraine attacks are estimated to lead to lost productivity costs as high as $36 billion annually in the United States, including both direct and indirect costs" and "Zosano believes there is a significant need for new acute treatment options since 74% of migraine patients experience inadequate treatment response."

28.    Market commentators and analysts also understood that Qtrypta would be a lucrative product for Zosano. For instance, Piper Jaffray & Co. analysts stated in a June 19, 2017 report that they "anticipate [Qtrypta M207] can generate peak gross US sales of $336M" for Zosano.

29.    Those revenues and profits, however, could not be unlocked without obtaining FDA approval. Additionally, the Company's dire financial straits required it to continually raise additional funds, such as through secondary public offerings, priced as high as possible, to cover the costs of its clinical trials, particularly the long term safety trial, necessary to submit the Qtrypta NDA. It is against that backdrop that Defendants embarked on a campaign to submit and obtain approval of the Qtrypta NDA, while raising capital necessary to fund those efforts.

## B.    The FDA Drug Approval Process

30.    Under the Federal Food, Drug, and Cosmetic Act (the "FDCA"), the FDA is tasked with ensuring that drugs and devices are safe and effective for their intended uses. 21 U.S.C. §§ 351-360.

31.    Companies seeking to begin a clinical investigation of a new drug must submit an Investigational New Drug Application ("IND") to the FDA. 21 C.F.R. § 312.20.[7] If the IND is granted, the investigative drug enters clinical trials, *i.e.*, trials on human subjects.

32.    A clinical investigation is generally divided into three phases, though there is the potential for certain phases to overlap. *See* 21 C.F.R. § 312.21. Phase 1 includes the initial introduction

---

[7] Zosano's IND on Qtrypta was submitted in the second quarter of 2016, in connection with its Phase 2/3 ZOTRIP trial, the completion and results of which the Company disclosed on February 13, 2017.

of the drug into humans, and generally involves 20 to 80 patients. 21 C.F.R. § 312.21(a). The goals of Phase 1 are to determine the most frequent side effects, and how the drug is metabolized and excreted. The latter is determined through pharmacokinetic and pharmacodynamic testing and analysis. Phase 2 includes controlled clinical studies conducted to evaluate the effectiveness of the drug for a particular indication in patients with the disease or condition under study and generally involves no more than several hundred subjects. 21 C.F.R. § 312.21(b). Phase 3 includes expanded controlled and uncontrolled trials performed after preliminary evidence suggesting effectiveness of the drug has been obtained, and usually includes several hundred to several thousand subjects. 21 C.F.R. § 312.21(c).

33.     After the three clinical trial phases are complete, but prior to filing a New Drug Application ("NDA"), a sponsoring company meets with the FDA in a "pre-NDA meeting" to exchange information about the proposed drug marketing application. 21 C.F.R. § 312.47(2). This pre-NDA meeting provides an opportunity for the sponsoring company to: [1] "uncover any major unresolved problems," [2] "identify those studies that the sponsor is relying on as adequate and well-controlled to establish the drug's effectiveness," [3] "identify the status of ongoing or needed studies adequate to assess pediatric safety and effectiveness," [4] "acquaint FDA reviewers with the general information to be submitted in the marketing application (including technical information)," [5] "discuss appropriate methods for statistical analysis of the data," and [6] "discuss the best approach to the presentation and formatting of data in the marketing application." 21 C.F.R. § 312.47(b)(2).

34.     Once a pre-NDA meeting is held, the sponsoring company may then formally request FDA approval of a drug for marketing in the United States through submission of an NDA. 21 C.F.R. § 314.50.[8] Under 21 CFR § 314.50, an NDA is required to include certain standard information in support

_____

[8] The types of NDAs that may be submitted are set forth in Section 505(b)(1) and Section 505(b)(2) of the FDCA. The former is the traditional pathway for new chemical entities when no other new drug containing the same active pharmaceutical ingredient or active molecule or ion responsible for the action of the drug substance, has been approved by the FDA. The latter provides an alternative pathway for FDA approval of new or improved formulations of previously approved drugs. As the

of the application, such as all animal and human data and analyses of the data, as well as information about how the drug behaves in the body and how it is manufactured. *Id.* The FDA has 60 days after an NDA is received to decide whether to file the NDA for review. 21 C.F.R. § 314.101(a). Where the FDA finds no basis to refuse the filing of an NDA, the FDA will file the NDA for substantive review. 21 C.F.R. § 314.101(a), (a)(2). Once the review is complete, the FDA will either approve the NDA or issue a complete response letter rejecting the application. 21 C.F.R. § 314.110(a). Approvals are not granted, however, until after the FDA "determines that the drug meets the statutory standards for safety and effectiveness, manufacturing and controls, and labeling[.]" 21 C.F.R. § 314.105(c).

35.     Once the FDA has accepted an NDA, it may refuse to approve it for a variety of substantive reasons. If the FDA determines that it will not approve an NDA in its present form, it will send the applicant a Complete Response Letter ("CRL") that describes the deficiencies in the application and, where possible, provides recommendations for achieving approval. Prior to providing the CRL, the FDA may send the applicant a Discipline Review Letter ("DRL"), which conveys the FDA's preliminary comments on deficiencies identified during the NDA review with respect to a particular review discipline.

## C.     Qtrypta's Development And NDA

36.     In March 2016, prior to the start of the Class Period, Zosano announced that it was restructuring its operations to focus on Qtrypta (M207/SP-Triptan) following positive Phase 1 data and FDA feedback on the regulatory pathway for the program indicating a single positive pivotal efficacy study and a long-term safety study could support approval of M207 under the Section 505(b)(2) approval pathway.

37.     On February 13, 2017, the first day of the Class Period, the Company issued a press

Company explained in its 2016 10-K (at 10), "Section 505(b)(2) permits the submission of an NDA where at least some of the information required for approval comes from studies not conducted by or

1

2

release announcing positive top line results from its pivotal efficacy study, the phase 2/3 ZOTRIP trial.

The press release touted the results of its ZOTRIP pivotal efficacy trial setting the stage for the filing of

3

a NDA for M207, stating:

4

5

6

7

8

9

> *Zosano . . . announces that its lead product candidate, M207, achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours in the recently completed ZOTRIP trial*. The ZOTRIP pivotal efficacy study was a multicenter, double-blind, randomized, placebo-controlled, dose-ranging trial comparing three doses (1.0mg, 1.9mg and 3.8mg) of M207, a novel transdermal therapeutic, to placebo for a single migraine attack. A total of 589 subjects were enrolled at 36 sites across the US. *The 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any Serious Adverse Events (SAEs).*

10

11

The 3.8mg dose of M207 achieved statistical significance for both co-primary endpoints at two hours[.]

12

* * *

13

14

15

Furthermore, secondary endpoints measuring pain freedom at additional time points for the 3.8mg dose of M207 showed M207 superior to placebo with a nominal p-value less than 0.05[.]

16

M207 was well-tolerated with no SAEs[.]

17

18

19

20

- Overall, 13 subjects (3.9%) reported pain at the application site; application site pain was reported as mild in all but 3 subjects;
- The most frequently reported adverse event was redness at the application site (18.3% of subjects). All cases of redness resolved;
- Additionally, 5 (1.5%) patients across M207-treated groups reported dizziness vs 0% on placebo.

21

* * *

22

23

24

Overall, higher pain freedom rates were achieved on all doses after 60 minutes over placebo. While the 1.0mg and 1.9mg doses of M207 produced p-values less than 0.05 in pain freedom at two hours, they did not produce a p-value below 0.05 for the coprimary endpoint of freedom from most bothersome symptom at two hours.

25

26

27

> "*ZOTRIP was designed to be a dose-ranging study, as well as a registration study. We are very pleased by the results for the 3.8mg dose, and look forward to continuing the development of M207 towards filing an NDA and working to bring this novel therapy*

28

for the applicant and for which the applicant has not obtained a right of reference." Zosano submitted the Qtrypta NDA under Section 505(b)(2), as further addressed below.

*to patients suffering from the incapacitating effects of migraine*s," said Konstantinos Alataris PhD, President and Chief Executive Officer of Zosano.

38.     Given the importance of the ZOTRIP trial to the Company's upcoming NDA application, the market reacted favorably to the Company's announcement—Zosano's share price soared to a Class Period high on February 17, 2017 of $62.40 per share after rising from a closing price of $24 per share on February 10, 2017 (the trading day immediately preceding the Company's positive announcement)—after suffering steep stock price declines since its IPO in 2015. For example, Endpoint News stated in an article entitled "Zosano shares soar as its pivotal migraine drug patch study comes through" published following the Company's announcement that:

> Zosano … went through a very bad year after raising $50 million in an IPO floated at the beginning of 2015….
>
> This morning, though, Zosano got a small piece of that lost market cap back after the biotech reported that its microneedle patch system for delivering an old migraine drug came through in a pivotal Phase III study, setting up a campaign to file an NDA.

https://endpts.com/zosano-shares-soar-as-its-pivotal-migraine-drug-patch-study-comes-through/     (last accessed Mar. 23, 2021).

39.     Defendants continued to tout the results of the ZOTRIP trial throughout the rest of 2017 and the remainder of the Class Period, as they sought to raise additional funds for, and purported to update the market about the status of its development, of Qtrypta, including regarding:

a. Milestones such as the commencement of its long term safety study necessary for approval;

b. The publication of studies based on Zosano's clinical trials (including its pharmacokinetic and ZOTRIP trials) and presentation of clinical trial data to medical professionals;

c. The Company's Phase 2 meeting and other communications with the FDA, its completion of its long term safety study; and

d. Qtrypta's pathway for regulatory approval, including the impact milestones such as the completion of the company's trials had on the timing of and prospects for submission and

approval of its NDA.

40.    For instance, on June 12, 2017, Zosano announced it presented additional data from the ZOTRIP trial at the American Headache Society ("AHS"), demonstrating positive results. As Piper Jaffray & Co. analysts noted in a report published following Zosano's presentation at the AHS that the "further Phase III ZOTRIP results highlight durable pain control from M207, which we view as novel among fast-acting triptan formulations as supporting a use case in the unmet need of morning migraine." A week later, on June 19, 2017, the Piper Jaffray & Co. analysts further commented on Zosano's AHC presentation, noting that "it bears repeating that the more detailed Phase III ZOTRIP results presented at AHS were a net positive" and pointing to positive clinician feedback at AHS.

41.    Shortly thereafter, on June 26, 2017, the Company issued a press release announcing the outcome of its end of phase 2 meetings with the FDA and addressing the path forward for regulatory approval. For instance, the press release began with three bullet points highlighting three key takeaways from the meetings:

- Confirmation of previously announced design of Long-term Safety Study

- Recently completed ZOTRIP study acknowledged sufficient for NDA filing

- CMC [Chemistry, Manufacturing and Controls] development strategy confirmed adequate for registration

42.    Analysts reacted favorably to the Company's June 26, 2017 announcement, as it was understood by the market to mean that Zosano's NDA filing for Qtrypta was on track and subject to less regulatory risk. For instance, in response to the announcement, on June 26, 2017, Piper Jaffray issued a report entitled "FDA Meeting – No New Headaches with the Regulatory Path", in which it stated:

> This morning Zosano announced finalized minutes from its recent FDA meetings regarding the clinical plan for M207 in acute migraine. ***The biggest positive, in our view, is regulatory confirmation of the capital-efficient development program which includes a single efficacy study (the now complete ZOTRIP trial) and a 150-patient long-term safety study (set to begin during 3Q17). We think this update … incrementally reduces***

*regulatory, execution, and financing risk for M207, and potentially the broader ADAM platform*.

43.     On July 31, 2017, Zosano issued a press release announcing the publication of positive phase 1 data of Zolmitriptan delivery in Future Medicine's Pain Journal, which addressed the Company's phase 1 pharmacokinetic trial of Qtrypta (M207) and Qtrypta's differentiated pharmacokinetic profile. At least one analyst, BTIG, identified this as a "meaningful event" for Zosano in reports it published about the Company.

44.     Then, in September 2017 Zosano announced that it presented data from the ZOTRIP study at the Intranational Headache Society Conference. At least one analyst, BTIG, identified this as a "meaningful event" for Zosano in reports it published about the Company. Prior to the presentation, Piper Jaffray & Co. analysts recognized the importance of Zosano's presentations about Qtrypta's trials and development, explaining in an August 10, 2017 report: "we believe presentation of more detailed clinical data from the Phase III ZOTRIP efficacy study, including at the International Headache Congress, should raise the profile of M207 and its differentiated pK for future prescribers as well as investors."

45.     On October 12, 2017, Zosano announced another important milestone in Qtrypta's development. On that date, the Company announced the publication of positive ZOTRIP data in Cephalalgia, which the Company's announcement referred to as a "peer-reviewed...prestigious journal."

46.     The market did not have to wait long for the Company to announce another key milestone. On November 8, 2017, the Company announced the launch of the long term safety study for Qtrypta, which the Company repeatedly claimed would, with the positive results from the ZOTRIP trial, be sufficient to support an NDA filing for Qtrypta.[9] For instance, the Company's press release

---

[9] The Company's press release referred to this long term safety study for Qtrypta as the "M207-ADAM Study."

quotes Defendant Walker as stating: "This study marks the major component of the final phase of clinical development for M207, prior to filing our NDA." Following this announcement, Piper Jaffray analysts referred to the announced launch of the long term safety study, along with the completion of the ZOTRIP trial, as the "most important progress" the Company made across 2017, explaining:

> Looking back over 2017, we see the most important progress from Zosano as the announcement of the initiation of the long-term safety study of its lead candidate, M207, utilizing proprietary Adhesive Dermally-Applied Microarray (ADAM) technology for acute migraine treatment, and completion of the ZOTRIP safety and efficacy trial (early in the year).… As Zosano's lead clinical candidate in migraine and the primary driver of stock valuation in our view, we see this stage of testing as critical to asserting the significance of the '207 program and the differentiated ADAM technology. Heading into 1H18, we see the most important upcoming catalyst as ongoing visibility of the long-term safety study.

47.     Defendants continued to tout and provide updates on the progress of their development of Qtrypta, including regarding the status of its long term safety study and pathway for regulatory approval, throughout the remainder of 2018 and early 2019.

48.     For instance, the Company provided an update regarding its positive results and milestones in its long term safety trial results on November 14, 2018 in connection with announcing its results for the third quarter of 2018. Analysts viewed these developments favorably. A BTIG analyst, for example, wrote in a report dated November 14, 2018 that "Zosano continues to advance M207, its novel robust acute migraine therapeutic, through its long-term safety study, as safety data for 50-patients for 12-month use is slotted for 1Q19. With a solid commercial manufacturing strategy for M207 now funded and in place, positive safety should serve as an additional de-risking event for M207 and ZSAN shares."

49.     On February 21, 2019, the Company announced the completion of, and favorable results from, its long term safety study. The market reacted favorably to this news. For example, in a report dated February 21, 2019, BTIG analysts increased their price target for Zosano's common stock, noting that the long term safety trial data reported by Zosano "supports a 4Q19 NDA for acute migraine" and

"should finalize the clinical requirements for a 4Q NDA filing for M207."

50.     On November 13, 2019, the Company announced the completion of pre-NDA meetings with the FDA, setting the stage for the filing of an NDA by the end of 2019. The Company provided additional updates about those meetings the next day, in connection with announcing its third quarter 2019 results. Analysts viewed these updates favorably. For instance, on November 14, 2019, BTIG published a report stated: "Zosano remains on track to file its NDA for Qtrypta, its rapid acting, injection-free program for the acute treatment of migraine in 4Q after the recent receipt of FDA minutes from pre-NDA meetings." Similarly, in a report also dated November 14, 2019, Cantor Fitzgerald analysts stated "[i]mportantly, given recent FDA feedback, Zosano is on track to submit the Qtrypta NDA in the acute migraine indication by YE19, and expects acceptance by the Agency in March 2020", adding:

> **Ready to file Qtrypta NDA**. Zosano reiterated timing guidance and will file its NDA for Qtrypta by the end of the year. The company submitted a briefing doc to the FDA in Oct. and received favorable written feedback from the Agency. Zosano has successfully completed all requirements necessary for a NDA filing – including a 12-month registrational stability study – and is in the process of finalizing the data sets prior to submission.

51.     On December 23, 2019, Zosano announced the submission of an NDA for Qtrypta to the NDA. In the Company's press release, Defendant Lo is quoted as characterizing the submission as "represent[ing] a significant milestone for Zosano" and touting the Company's clinical trial results. The release also provided an overview of the Company's FDA submission, including the clinical support for the submission, stating in pertinent part:

> The submission is supported by the results of the ZOTRIP pivotal Phase 2/3 clinical study, in which 41.5% of patients treated with the 3.8 mg dose of Qtrypta achieved pain freedom at 2 hours and 68.3% reported freedom from most bothersome symptom at 2 hours, both of which were co-primary endpoints. Additionally, 80.5% of patients reported pain relief at 2 hours, a secondary endpoint. The results of the study were published in *Cephalalgia* in October 2017.

A post-hoc analysis showing that Qtrypta reduced pain in subjects with difficult to treat migraines was published in Headache: The Journal of Head and Face Pain in February 2019.

Additionally, in the Phase 3 safety study, the most frequently reported adverse events were redness and swelling at the application site. Of these, 95% were reported as mild, and more than 80% resolved within 48 hours. Less than 2% of patients reported triptan-like neurological side effects typically found in the class, such as dizziness and paresthesia.

52.     The market reacted favorably to this news. For instance, Cantor Fitzgerald analysts issued a report dated December 23, 2019 that characterized the NDA filing as a "Good Way to End the Decade," and added that "[i]f the filing is accepted [as we expect], … we anticipate a 12-month review process, with no Ad[visory] [] Com[mittee], and a potential approval by the end of 2020."

53.     On March 4, 2020, the Company announced that the FDA accepted the filing of the NDA for Qtrypta, and the target date for the FDA's approval decision was October 2020.

54.     Defendants continued to tout the submission of the NDA, and the trial results supporting it, in the first half of 2020.

55.     The market, however, was unaware that the Qtrypta NDA was at material risk of being delayed or denied.

**D.     Zosano Announces Receipt of DRL And CRL Letters From The FDA, Delaying Qtrypta's Approval For The Foreseeable Future**

56.     On September 30, 2020, after the market closed, Zosano disclosed receipt of a DRL from the FDA regarding its NDA for Qtrypta and stated that approval was not likely due to certain concerns identified by the FDA. Specifically, the Company's press release stated, in relevant part:

The DRL described two concerns with respect to the clinical pharmacology section of the NDA. First, the FDA raised questions regarding unexpected high plasma concentrations of zolmitriptan observed in five study subjects from two pharmacokinetic studies and how the data from these subjects affect the overall clinical pharmacology section of the application. Second, the FDA raised questions regarding differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's clinical trials.

Although a DRL reflects preliminary comments that are subject to change, and does not reflect the FDA's final decision on the NDA, approval of Qtrypta by the Prescription Drug User Fee Act goal date of October 20, 2020 is not expected given the letter.

57.     On this news, the Company's share price fell $0.92 per share, or 56.79%, to close at $0.70 per share on October 1, 2020, on unusually heavy trading volume.

58.     On October 21, 2020, the truth continued to be revealed when, before the market opened, Zosano disclosed receipt of the FDA's CRL, disclosing the FDA's formal rejection of the Qtrypta NDA, providing additional detail on the deficiencies requiring resubmission of the NDA, and addressing the path forward for Qtrypta's approval in light of the deficiencies identified in the CRL. According to Zosano:

> The CRL cited inconsistent zolmitriptan exposure levels observed across clinical pharmacology studies, which had been previously identified in the FDA's discipline review letter in September. Specifically, the CRL noted differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's trials and inadequate pharmacokinetic bridging between the lots that made interpretation of some safety data unclear. The CRL referenced unexpected high plasma concentrations of zolmitriptan observed in five study subjects enrolled in the company's pharmacokinetic studies. The FDA recommended that the company conduct a repeat bioequivalence study between three of the lots used during development. The NDA included data on a total of 774 subjects across 5 trials who were administered or dosed with Qtrypta.

> The CRL noted that additional product quality validation data, which were planned to be submitted following approval, if received, were required to be submitted with the application. In addition, the CRL mentioned that due to U.S. Government and/or Agency-wide restrictions on travel, inspections of Zosano's contract manufacturing facilities were not able to be conducted but would be required before the application may be approved.

59.     As a result of the previously identified deficiencies, but as Zosano first revealed on October 21, 2020, the FDA recommended that Zosano conduct a repeat bioequivalence study between three of the lots used during development, which would further delay the approval of Qtrypta (M207). Indeed, as the Company later confirmed in its 2020 10-K, dated March 11, 2021, "[d]ue to the CRL and additional [pharmacokinetic] PK study [required by the FDA for resubmission of the NDA], we do not expect that FDA approval of the NDA will be received by July 31, 2021." 2020 10-K at 5.

60.     On this news, the Company's share price fell $0.171 per share, or 27.8%, to close at $0.444 per share on October 21, 2020, on unusually heavy trading volume. As Endpoint News explained in the wake of this news, "investors did not take too kindly to the news, with Zosano shares plunking down around 25%."[10]

**E.      Post-DRL And CRL, Zosano Confirms It Must Conduct An Additional Pharmacokinetic (PK) Study For Inclusion In An NDA Resubmission Package, Creating A Prolonged Delay And Jeopardizing The Company's Commercialization Agreement With Eversana**

61.     After the end of the Class Period, Zosano periodically announced and provided updates on its Qtrypta NDA resubmission strategy. Contrary to Defendants' prior statements indicating that the ZOTRIP and long term safety trials would be sufficient for Qtrypta's NDA, and as Defendants have since confirmed, the Company was required to conduct an additional pharmacokinetic study for inclusion in an NDA resubmission package.

62.     On January 4, 2021, Zosano announced that it has requested a Type A meeting with the FDA to review resubmission plans for Qtrypta's NDA. According to that press release, "[t]he purpose of the Type A meeting is to receive FDA input on the requirements for the resubmission of the Qtrypta™ … [NDA] following the Complete Response Letter (CRL) received on October 20, 2020."

63.     On February 1, 2021, the Company issued a press release announcing its NDA resubmission plans following the Type A meeting with the FDA. Therein, it announced that it has completed its Type A meeting with the FDA "regarding the requirements for resubmission of the [Qtrypta NDA,]" confirming the need for an additional study. The February 1, 2021 press release stated, in pertinent part:

> Based on feedback from the Type A meeting held with the Division, the company plans to conduct an additional pharmacokinetic ("PK") study for inclusion in an NDA resubmission package.

---

[10] https://endpts.com/little-zosano-takes-another-beating-as-the-fda-slaps-down-their-application-for-a-migraine-patch/ (last accessed: Mar. 20, 2021).

*** 

"We appreciate the FDA's willingness to discuss our application, and the Division providing confirmation that an additional PK study will be necessary to resubmit the NDA for Qtrypta," said Steven Lo, President and CEO of Zosano. "We are working to have a protocol for the PK study finalized this quarter. We look forward to initiating and completing the study, and ultimately resubmitting our NDA application."

64.     Then, on February 22, 2021, Zosano issued a press release announcing confirmation of its NDA resubmission strategy following receipt of Type A meeting minutes from the FDA. In addition to confirming that "the company maintains its plans to conduct an additional pharmacokinetic ("PK") study for inclusion in an NDA resubmission package", as required by the FDA. Additionally, the Company disclosed that "the FDA recommended a skin assessment on patients in the planned PK study to generate additional safety information."

65.     Thus, contrary to Defendants' Class Period statements regarding Qtrypa's clinical development, trials, and regulatory approval—including those indicating that the ZOTRIP and long term safety trials would be sufficient for Qtrypta's NDA—and as Defendants have since confirmed, the Company was required to conduct an additional pharmacokinetic study for inclusion in an NDA resubmission package, and "the FDA recommended a skin assessment on patients in the planned PK study to generate additional safety information."

66.     In addition to delaying Qtrypta's approval, the need to conduct an additional PK study jeopardized Zosano's agreement with Eversana, which was valued at $250 million and Zosano was depending on to market, sell and distribute Qtrypta upon FDA approval. As the Company confirmed in its 2020 10-K, dated March 11, 2021, Zosano disclosed that "[a]s result of our receipt of the CRL and the additional PK study, it is not likely that we will obtain FDA approval prior to July 31, 2021, which would provide Eversana with the right to terminate our agreement," and "[i]f we and Eversana…terminate our relationship, our ability to generate revenue will be limited and we will need to identify and retain an alternative organization, or develop our own sales and marketing capability[,]

[which would require a significant investment to develop internal sales, distribution and marketing capabilities and potentially involve significant delays and costs]." 2020 10-K at 42.

## MATERIALLY FALSE AND/OR MISLEADING STATEMENTS AND/OR OMISSIONS ISSUED DURING THE CLASS PERIOD

### A.    Materially False And/Or Misleading Statements And Omissions Issued In 2017

67.    The Class Period begins on February 13, 2017. On that day, Zosano announced the results of its clinical pivotal efficacy study regarding Qtrypta (M207) in a press release, also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Alataris, touted the results of its ZOTRIP pivotal efficacy trial setting the stage for the filing of a NDA for M207, stating:

> ***Zosano . . . announces that its lead product candidate, M207, achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours in the recently completed ZOTRIP trial***. The ZOTRIP pivotal efficacy study was a multicenter, double-blind, randomized, placebo-controlled, dose-ranging trial comparing three doses (1.0mg, 1.9mg and 3.8mg) of M207, a novel transdermal therapeutic, to placebo for a single migraine attack. A total of 589 subjects were enrolled at 36 sites across the US. ***The 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any Serious Adverse Events (SAEs).***

> The 3.8mg dose of M207 achieved statistical significance for both co-primary endpoints at two hours[.]

> * * *

> Furthermore, secondary endpoints measuring pain freedom at additional time points for the 3.8mg dose of M207 showed M207 superior to placebo with a nominal p-value less than 0.05[.]

> ***M207 was well-tolerated with no SAEs***[.]

> - Overall, 13 subjects (3.9%) reported pain at the application site; application site pain was reported as mild in all but 3 subjects;
> - The most frequently reported adverse event was redness at the application site (18.3% of subjects). All cases of redness resolved;
> - Additionally, 5 (1.5%) patients across M207-treated groups reported dizziness vs 0% on placebo.

> * * *

Overall, higher pain freedom rates were achieved on all doses after 60 minutes over placebo. While the 1.0mg and 1.9mg doses of M207 produced p-values less than 0.05 in pain freedom at two hours, they did not produce a p-value below 0.05 for the co-primary endpoint of freedom from most bothersome symptom at two hours.

"***ZOTRIP was designed to be a dose-ranging study, as well as a registration study. We are very pleased by the results for the 3.8mg dose, and look forward to continuing the development of M207 towards filing an NDA and working to bring this novel therapy to patients suffering from the incapacitating effects of migrain****e*s," said Konstantinos Alataris PhD, President and Chief Executive Officer of Zosano.

68.     Defendants' statements touting and describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) emphasized in the preceding paragraph—such as the statements that "[Qtrypta] M207, achieved both co-primary endpoints … in the recently completed ZOTRIP trial," "ZOTRIP was designed to be a dose-ranging study, as well as a registration study," and "[w]e are very pleased by the results for the 3.8mg dose, and look forward to continuing the development of M207 towards filing an NDA"—were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

69.     On March 1, 2017, Zosano issued a press release entitled "Zosano Pharma Reports Fourth Quarter and Fiscal 2016 Financial Results and Business Update," which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Alataris, touted the results of its ZOTRIP trial and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

> "***The past year was an important period of progress for the Company as we initiated and in the fourth quarter completed ZOTRIP, our pivotal efficacy trial in migraine***," commented Konstantinos Alataris, PhD, President and Chief Executive Officer of Zosano Pharma. "***Subsequent to the fiscal year end, we announced positive results from the ZOTRIP trial, which not only advances our lead migraine program towards FDA approval but also further validates the effectiveness of our technology platform.*** If approved, M207 could be an important new therapeutic option for migraine patients"
>
> ***The ZOTRIP trial was designed to be a registration-enabling, pivotal efficacy trial of M207 as an acute treatment for migraine.***
>                                                  * * *

> - In January 2017, and in line with previously provided guidance, the Company announced the treatment of the last patient in ZOTRIP.
>
> - In February 2017, ***the Company announced statistically significant results from the Phase 2/3 ZOTRIP trial, which demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8mg dose achieved statistical significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour, and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any Serious Adverse Events (SAEs)***.
>
> - ***The FDA has indicated that a single, positive, pivotal efficacy study, in addition to a safety study of M207, will be sufficient to file for approval under a 505(b)(2) pathway.*** The Company plans to initiate the safety study in the second half of 2017.

70.     Defendants' statements touting and describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) emphasized in the preceding paragraph—such as the statements that "positive results from the ZOTRIP trial … advances our lead migraine program towards FDA approval" and the "FDA has indicated that a single, positive, pivotal efficacy study, in addition to a safety study of M207, will be sufficient to file for approval under a 505(b)(2) pathway"—were materially false and/or misleading when made and/or omitted to state

material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

71.     Also on March 1, 2017, the Company filed its annual report on Form 10-K for the period ended December 31, 2016 (the "2016 10-K"), which was signed by Defendant Alataris. Attached to the 2016 10-K was a certification pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendant Alataris in which he attested to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud. In the 2016 10-K, the Company addressed the development and regulatory approval for M207, including by touting the ZOTRIP trial results. For example, the 2016 10-K disclosed:

> Our development efforts are focused on our product candidate, M207…. ***In February 2017, we announced the completion and results of the ZOTRIP trial, in which M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours***.
>
> ***We received encouraging data on key secondary endpoints, such as pain freedom at one hour (p<0.01), while also demonstrating a mild safety profile, with no Serious Adverse Events ("SAEs") reported in the trial***.

*We received feedback from the United States Food and Drug Administration ("FDA") on M207's regulatory path prior to initiating the ZOTRIP trial. The agency has indicated that, under Section 505(b)(2) of the Food, Drug and Cosmetic act, one positive pivotal efficacy trial, in addition to the required safety trial, would be sufficient to file a New Drug Application ("NDA") for M207 as an acute treatment of migraine.*

\* \* \*

*ZOTRIP Phase 2/3 Trial achieved statistical significance on co-primary endpoints with the 3.8mg dose*

\* \* \*

*As illustrated in the tables and figure below, the ZOTRIP trial results demonstrated that the 3.8 mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours. The 3.8mg dose also achieved statistical significance in the secondary endpoints of pain freedom at 45 minutes and 60 minutes and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any SAEs. While the 1.0mg and 1.9mg doses of M207 demonstrated statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptom at two hours.* Statistical significance is an indicator of the likelihood of an observed effect being due to the study drug rather than due to chance. The "p" value is the probability of an event occurring by chance alone. When the p value is less than 5% (0.05) the results are considered to be statistically significant.

72.     Regarding next steps for the development and approval of M207, the 2016 10-K disclosed: "Our next step in the development of M207 includes initiating the required long-term safety study, which will commence after a meeting with the FDA to review the pivotal trial data and existing development plans." The 2016 10-K further disclosed:

*The long-term safety study for M207 is an important next step in the development of M207….*

After receiving positive results from our ZOTRIP Phase 2/3 efficacy trial of M207, the next step in the regulatory approval process is to prepare, initiate, and complete a long-term safety study. We plan to initiate this study in the second half of 2017. To conduct this safety study, we will need to raise additional capital to fund the manufacture sufficient supply of M207, launch the study, and enroll subjects in the study. There are no assurances that such additional capital will be available to us on terms that are favorable to us or our existing stockholders or at all. The study will also need to produce results that satisfy FDA requirements. *Any failure or setback in completing any of these required steps could require us to delay, limit, reduce or terminate our development of M207.* Also, *even though we have discussed our development strategy with the FDA on our M207 program and received feedback from the FDA about the size and the length of*

*the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process*.

73.      Defendants' statements touting and describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) in the 2016 10-K emphasized in the two preceding paragraphs were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

74.      On May 9, 2017, Zosano issued a press release entitled "Zosano Reports First Quarter 2017 Financial Results and Announces Management Changes" which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

> "The first quarter saw our lead product candidate meet both co-primary endpoints in ZOTRIP, our pivotal efficacy study of M207 as an acute treatment for migraine. In addition, the company completed a follow-on offering that resulted in $29.3 million in gross proceeds earmarked for advancing M207 towards FDA approval. These two important accomplishments are a result of the commitment and capabilities of Zosano's

management team and gives me great confidence in our ability to continue to meet the strategic milestones established by the company."

"The pivotal study results importantly validate our technology platform, and, if approved by the FDA, point to M207's positioning as an acute treatment for migraine sufferers that is differentiated from what is currently available. I look forward to working with the team at Zosano and to bringing this exciting new drug to market," commented John P. Walker, Interim Chief Executive Officer.

* * *

**Pivotal Study Results / Status**

In February, the Company announced statistically significant results from the ZOTRIP trial, which demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8mg dose achieved a p value of <0.05 in the secondary endpoints of pain freedom at 45 minutes and 1 hour, and showed durability of effect on pain freedom to 24 and 48 hours. These results demonstrated that M207 not only provided fast onset but also a durability of effect, up to 2 days and hence freedom from recurrence of migraine. Additionally, M207 demonstrated a similar safety profile as other triptans and no Serious Adverse Events (SAEs) were reported in the trial.

The FDA has indicated that a single, positive, pivotal efficacy study, in addition to a safety study of M207, will be sufficient to file for approval under a 505(b)(2) pathway. The Company plans to initiate the safety study in the second half of 2017.

75.     Also on May 9, 2017, the Company filed its quarterly report on Form 10-Q for the quarterly period ended March 31, 2017 (the "1Q17 10-Q"), which was signed by Defendant Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 1Q17 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial and the status of the development and regulatory approval of M207, disclosing:

In February 2017, we announced the completion and results of our ZOTRIP pivotal efficacy trial for M207…. The ZOTRIP trial results demonstrated that the 3.8mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours. While the 1.0mg and 1.9mg doses of M207 demonstrated statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptoms at two hours.

We have no product sales to date, and we will not have product sales unless and until we receive approval from the United States Food and Drug Administration ("FDA") or equivalent foreign regulatory bodies, to market and sell our product candidate. Accordingly, our success depends not only on the development, but also on our ability to finance the development of the product. We will require substantial additional funding to complete development and seek regulatory approval for these products….

*M207 Clinical Trial*

***We are planning to meet with the FDA to confirm the dose and design of the study in order to start the safety study later this year.*** We will require additional financing to complete this safety study. ***Consistent with FDA feedback, the safety study is designed to include a total of 250 subjects, who historically had experienced two to eight migraines per month, with the goals of 150 subjects completing at least six months dosing and 50 subjects completing 12 months of dosing. The safety study is planned to be an open-label study with investigator visits at months one, two, three, six, nine and twelve to record adverse events. The primary objective of the safety study is to measure adverse events and local tolerability during repeated administration. Other endpoints are electrocardiography, and laboratory parameters, as well as percentage of headaches with pain-free response.***

76.    Also on May 9, 2017, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, during the call, Defendant Walker stated:

a. "In February, we announced the results of our ZOTRIP, pivotal efficacy trial of M207 as a treatment for acute migraine. The study met the co-primary end points to establish fast and durable pain relief for migraine sufferers."

b. "I believe that the pivotal study results validate our technology platform and if approved by the FDA that M207 may provide acute migraine sufferers a non-oral treatment option."

c. "I'd like now begin with a short recap on the results of our pivotal study and the status of the M207 program. In February, we announced statistically significant results from the ZOTRIP trial, which demonstrated that the 3.8 mg dose of M207 met both co-primary endpoints,

achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8 mg dose

achieved a p value of less than 0.05 in the secondary endpoints of pain freedom at 45 minutes

and 1 hour, and showed durability of effect on pain freedom to 24 and 48 hours."

d. "These [ZOTRIP trial] results demonstrated that M207, not only provided fast onset, but also a

durability of effect, up to 2 days and hence freedom from recurrence of migraine. Additionally,

M207 demonstrated a similar safety profile as other triptans and no Serious Adverse Events or

SAEs were reported in the trial"

e. "In a Phase 1 trial, M207 demonstrated markedly faster absorption kinetics compared to oral

zolmitriptan. These data were presented at the 2016 Annual Meeting of the American

Headache Society and our posted on our website."

77.    Defendant Walker also addressed the landscape for obtaining regulatory approval of

M207 following the positive results of the ZOTRIP trial, stating in relevant part:

> The path forward for Zosano is clear. The FDA has indicated that a single, positive,
> pivotal efficacy study in addition to a safety study as M207 will be sufficient to file for
> approval under our 505(b)(2) pathway. We have worked hard and now we plan to initiate
> the safety study in the second half of this year. This will be an open label safety study
> which means we will be able to update you regularly on what we are seeing. Importantly,
> we do not expect any safety surprises based on our record today, but the better part of
> valor is to be cautiously optimistic.

78.    Defendants' statements describing Zosano's clinical trial design and results and the

timeline, prospects and landscape for regulatory approval of Qtrypta (M207) in the May 9, 2017 press

release, 1Q17 10-Q, and May 9, 2017 conference call referenced and emphasized in the preceding

paragraphs (¶¶ 74-77) were materially false and/or misleading when made and/or omitted to state

material facts necessary to make the statements not misleading, because they failed to disclose to

investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures

observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be

submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients

exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing differences among patient results and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose. Further, Defendants' statements touting the FDA's confirmation regarding the sufficiency of its of its studies in paragraphs 74 and 77 were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

79. On June 12, 2017, Zosano issued a press release disclosing the presentation of new data from the ZOTRIP trial. The press release, which was entitled "Zosano Presents Additional Data from ZOTRIP Study at American Headache Society, Demonstrating Positive Results for Pain Freedom and Sustained Pain Freedom," disclosed:

> Zosano … presented additional data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 59TH Annual Scientific Meeting of the American Headache Society in Boston, MA….
>
> ***As previously reported, the 3.8mg dose of M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours***. In addition, the 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours. ***The data presented at AHS demonstrated that these results were attained with no SAEs and a favorable tolerability profile.***
>
>                                         * * *

"***The novel delivery of zolmitriptan via our ADAM technology, our M207 product candidate, results in more rapid plasma levels compared to oral zolmitriptan, which may impact receptor binding or CNS penetration and suggests the rationale for demonstrated efficacy at the pre-specified endpoints,***" said Don Kellerman, Zosano's Vice President, Clinical Development and Medical Affairs. "M207 produced statistically significant results versus placebo for our co-primary endpoints, and a nominal p value of less than 0.05 for pain freedom at all time points from 45 minutes to 48 hours post dosing. This rapid onset and sustained freedom from pain positions Zosano's M207, if approved by the FDA, as a potential important new approach to treating migraines."

***Zosano's novel delivery of zolmitriptan was confirmed by the results from the ZOTRIP study,*** where 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8% of patients achieving sustained pain freedom from 2-24 hours and 2-48 hours respectively. In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic effect in those who treated prior to and after 2 hours. Additionally, 44% of patients who awoke with their migraine headache were pain-free at 2 hours. Patients in this trial were instructed not to treat until their headache reached moderate to severe intensity and the mean time from headache onset to treatment was almost 5 hours.

\* \* \*

With the multiple doses and multiple endpoints in the trial, a sequential testing procedure was used beginning with the highest dose and the co-primary endpoints.

80.     Defendants' statements describing Zosano's clinical trial design and results referenced and emphasized in the preceding paragraph—including the statement that "[t]he novel delivery of zolmitriptan via our ADAM technology, our M207 product candidate, results in more rapid plasma levels compared to oral zolmitriptan, which … suggests the rationale for demonstrated efficacy at the pre-specified endpoints"—were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207)

unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

81.     On June 26, 2017, Zosano issued a press release announcing that it completed Phase 2 meetings with the FDA regarding M207 and the path forward for regulatory approval. The press release began with three bullet points highlighting three key takeaways from the meetings:

- ***Confirmation of previously announced design of Long-term Safety Study***

- ***Recently completed ZOTRIP study acknowledged sufficient for NDA filing***

- CMC [Chemistry, Manufacturing and Controls] development strategy confirmed adequate for registration

82.     The Company's June 26, 2017 press release also provided additional detail addressing the completion of, and upcoming, milestones key to the approval of M207, disclosing:

[. . . .] Zosano . . . today announced receipt of final minutes from recent End of Phase 2 meetings with the U.S. Food and Drug Administration (FDA). ***The focus of this meeting was to confirm three key elements to the continued development of Zosano's lead program, M207 as an acute treatment for migraine***:

- ***Confirmation of a single, positive Efficacy Study Sufficient for NDA filing — Zosano received confirmation that a single efficacy study, our recently completed ZOTRIP trial, is sufficient to support an NDA filing for M207***. Final determination of whether sufficient efficacy has been achieved remains subject to an NDA submission and formal FDA review of the data from the ZOTRIP trial.

- ***Design of Long-term Safety Study — FDA confirmed the previously announced design of the Long-term Safety Study as sufficient to support an NDA filing for M207.*** The trial will evaluate the safety of repeat dosing of M207 in migraine patients, evaluating 150 patients to six months and 50 patients to a year. It is anticipated that patients will use M207 a minimum of twice per month. The primary emphasis will be on confirming skin tolerability during a year of dosing.

- ***Chemistry, Manufacturing and Controls — In a separate, concurrent communication, Zosano presented its proposed CMC development plan to the FDA. The FDA concurred that the development strategy, which conforms to relevant regulatory guidelines, appears adequate for registration of M207. CMC approval remains** subject to NDA submission and FDA formal review and successful site inspections.*

"We are pleased with the collaborative end-of-Phase 2 meetings with FDA that enabled us to receive detailed guidance regarding the further development of M207 and advancing towards an NDA filing," said Don Kellerman, Zosano's Vice President, Clinical Development and Medical Affairs. "This meeting represents the completion of another important milestone for M207, and we look forward to initiating our Long-term Safety Study in the third quarter of 2017, as previously announced."

83.     The Company's June 26, 2017 press release also again touted the results of the ZOTRIP trial, disclosing:

> ***As previously reported, the 3.8mg dose of M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours. In addition, the 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours***. 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8% of patients achieving sustained pain freedom from 2-24 hours and 2-48 hours, respectively. ***In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic gain in those who treated prior to and after 2 hours.*** Additionally, 44% of patients who awoke with their migraine headache were pain free at 2 hours. Patients in this trial were instructed not to treat until their headache reached moderate to severe intensity, and the mean time from headache onset to treatment was almost 5 hours. M207 was well-tolerated with no SAEs. Overall, 13 subjects (3.9%) reported pain at the application site; application site pain was reported as mild in all but 3 subjects. The most frequently reported adverse event was redness at the application site (18.3% of subjects). All cases of redness resolved. Additionally, 5 (1.5%) patients across M207-treated groups reported dizziness vs 0% on placebo.

84.     Defendants' statements describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) in the June 26, 2017 press release emphasized in the three preceding paragraphs were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's

pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

85.     Further, Defendants' statements touting the FDA's confirmation regarding the sufficiency of its of its studies in the June 26, 2017 press release emphasized in the preceding paragraphs—including that the FDA confirmed "that a single efficacy study, our recently completed ZOTRIP trial, is sufficient to support an NDA filing for M207" and "the previously announced design of the Long-term Safety Study as sufficient to support an NDA filing for M207"—were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

86.     On July 31, 2017, Zosano issued a press release touting positive data from Zosano's pharmacokinetic and ZOTRIP trials, and announcing the publication of positive phase 1 data regrading the pharmacokinetics of zolmitriptan delivery. The press release, which was entitled "Zosano Announces Publication of Positive Phase 1 Data of Zolmitriptan Delivery In Future Medicine's Pain

Management Journal," and contained statements it attributed to Defendant Walker, stated in pertinent part:

> Zosano … announced today that Future Medicine's Pain Management Journal had published the Company's positive results from a Phase 1, single center, open label, ascending-dose trial demonstrating the rapid and reproducible delivery of M207, our formulation of zolmitriptan using our ADAM technology.
>
> * * *
>
> ***The pharmacokinetics of zolmitriptan delivery using this technology was evaluated in 20 healthy volunteers in a phase 1 trial and median $T_{max}$ (20 min) of M207 was shown to be similar to subcutaneous sumatriptan. Relative to oral zolmitriptan, absorption was substantially faster, with higher exposure in the first 2 hours when using M207.*** Most adverse events were consistent with those seen in previous triptan trials and no serious adverse events were observed. Application site reactions evaluated 30 minutes after application were generally mild and resolved within 24 hours. ***This study also demonstrated the feasibility of loading up to 3.8mg of zolmitriptan on the single array while maintaining the pharmacokinetic advantage described.***
>
> "***These published results clearly demonstrate the unique pharmacokinetic profile generated by delivering zolmitriptan using our ADAM technology***," stated Donald Kellerman, Zosano's Vice President of Clinical Development and Medical Affairs. "***Confirmation that this pharmacokinetic profile could translate to clinical efficacy was demonstrated in the positive ZOTRIP pivotal trial results we reported this past February***."
>
> On February 13th, 2017, ***the Company announced positive results from the ZOTRIP pivotal efficacy study…. In this study the 3.8mg dose of M207 demonstrated a statistically significant benefit at the pre-specified primary endpoint (2 hours), and the secondary endpoint of pain freedom at 45 min after administration, with an effect that was sustainable for 48 hours post treatment.*** In addition, this dose of M207 also demonstrated statistically significant benefit in reversing patients' most bothersome symptom (photophobia, phonophobia or nausea and vomiting) at 2 hours post treatment.
>
> "We are pleased and honored by the recognition of our propriety ADAM technology in the Pain Management Journal," stated John P. Walker, Zosano's Interim Chief Executive Officer. "***We believe M207 addresses a clinical unmet need for patients struggling to find rapid pain relief for migraine episodes and look forward to making the additional preparations necessary to file for NDA approval in 2019***."

87.     Defendants' statements touting Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) in the July 31, 2017 press release emphasized in the preceding paragraph—including the statements about "the unique

pharmacokinetic profile generated by delivering zolmitriptan using our ADAM technology"—were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

88.     On August 10, 2017, Zosano issued a press release entitled "Zosano Pharma Reports Second Quarter 2017 Financial Results and Operational Update" which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial and Phase 1 pharmacokinetic data, and other highlights and milestones bearing on the development and regulatory approval of M207. In particular, the Company's August 10, 2017 press release disclosed:

> "…. I believe … our lead asset, M207, has demonstrated that it can be a significant addition to the treatment options available to migraine sufferers, if approved by the FDA," commented John P. Walker, Chairman and Chief Executive Officer. "Zosano continues to execute on its operating plan, and is progressing towards initiating our long-term safety study as previously announced. In the second quarter, we received from the U.S. Food and Drug Administration (FDA) confirmation of our previously announced study design and requirements to advance M207 towards an NDA filing. In addition, we participated in the American Headache Society meeting in Boston as a late-breaking oral

presentation. We continue to prioritize increased awareness of M207 in the physician community, and plan additional conference presentations and publications in the second half of 2017."

89.     The Company's August 10, 2017 press release further disclosed under the heading "Recent Business Highlights and Clinical Update:"

- In June 2017, Zosano held its end of Phase 2 meetings with the FDA, where the FDA confirmed the previously announced design of the Long-term Safety Study as sufficient to support an NDA filing for M207, that the recently completed single, positive efficacy study is sufficient for NDA filing for M207, and the FDA concurred that the development strategy, which conforms to relevant regulatory guidelines, appears adequate for registration of M207.

- June 2017, Zosano presented additional data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 59th Annual Scientific Meeting of the American Headache Society in Boston, Massachusetts. The 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on sustained pain freedom at 24 and 48 hours.

- In July, Zosano announced the publication of positive phase 1 data of zolmitriptan delivery in Future Medicine's *Pain Management Journal.*

90.     Also on August 10, 2017, the Company filed its quarterly report on Form 10-Q for the quarterly period ended June 30, 2017 (the "2Q17 10-Q"), which was signed by Defendant Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 2Q17 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial and the status of the development and regulatory approval of M207, disclosing:

*In February 2017, we announced the completion and results of our ZOTRIP pivotal efficacy trial for M207.… The ZOTRIP trial results demonstrated that the 3.8mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours.* While the 1.0mg and 1.9mg doses of M207 demonstrated

statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptoms at two hours.

We have no product sales to date, and we will not have product sales unless and until we receive approval from the United States Food and Drug Administration ("FDA") or equivalent foreign regulatory bodies, to market and sell our product candidate. Accordingly, our success depends not only on the development, but also on our ability to finance the development of the product. We will require substantial additional funding to complete development and seek regulatory approval for these products….

*M207 Clinical Trial*

***We met with the FDA in May 2017 to discuss parameters of our required long term safety study, primarily the dose of M207 we are advancing and the study design. Consistent with FDA feedback, the safety study will seek to enroll subjects who historically had experienced two to eight migraines per month, with the goals of 150 subjects completing at least six months dosing and 50 subjects completing 12 months of dosing. The safety study is planned to be open-label, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. The primary objective of the safety study is to measure adverse events and local tolerability during repeated administration. Other endpoints are electrocardiography, and laboratory parameters, as well as percentage of headaches with pain-free response***.

91.     Also on August 10, 2017, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, during the call, Defendant Walker provided updates regarding the status of M207's development and approval, and the anticipated timing for the filing of a NDA for M207 in light of the Company's positive ZOTRIP and pharmacokinetic trials, stating:

***In June, the FDA confirmed that the previously announced design of our long-term safety study and the recently completed single positive efficacy study are sufficient to support an NDA filing for M207, which conforms to [] relevant regulatory guidelines, and that this should be adequate for registration for M207, which we believe can be positioned in the market as a better triptan and providing for the fast onset of pain freedom and the durability of effect that the patients want for***.

Operationally, we're on schedule to initiate the safety study as planned.…***We continue to make progress this quarter on communicating our clinical data to the physician community***.

In June, Zosano presented additional data from its pivotal Phase 2[/]3 ZOTRIP study evaluating M207 [as an] acute treatment for migraine during the 59th Annual Scientific Meeting of the American Headache Society in Boston. In addition to having met our co-primary end points, the 3.8 mg dose also achieved significance in the secondary end

points of pain freedom at 45 minutes and 1 hour and shows durability of effect on a sustained pain freedom at 24 and 48 hours.

***Subsequent to the quarter and Zosano announced the publication of positive Phase 1 data of zolmitriptan delivery in Future Medicine's Pain Management Journey -- or Journal, I'm sorry. Well, I know that some questioned to press release of Phase 1 results when we already completed our efficacy study, I would simply like to comment that that's a result of the very fast movement that we had around completion of Phase 1 through the completion of the efficacy study,*** which is due to the execution under the leadership of Don Kellerman, and we anticipate that we will equal success in enrolling our safety study and then completing that study and having the appropriate 12 months of safety information before the end of 2018, and therefore able to file our NDA in the second half of 2019.

* * *

[W]e would anticipate that we would have the data [from the 12 month safety study] early in the fourth quarter of 2018 and our anticipation is that we would be filling the NDA around midyear of 2019.

92.     On September 13, 2017, Zosano issued a press release announcing it presented data from its M207 trials at the International Headache Society, which disclosed, similar to its prior statements regarding its clinical trials on M207:

Zosano … presented data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 18th Annual Congress of the International Headache Society in Vancouver, BC.

* * *

As previously reported, the 3.8mg dose of M207 met both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours. In addition, the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours.

Two other poster presentations related to the results of the ZOTRIP study were presented at the meeting.

* * *

M207 is designed to rapidly deliver zolmitriptan during a migraine attack utilizing Zosano's proprietary Adhesive Dermally-Applied Microarray, or ADAM technology. Zosano's ADAM technology consists of titanium microprojections coated with drug, and in the case of M207, our formulation of zolmitriptan. Our ADAM technology delivers zolmitriptan by abrading the stratum corneum and allowing drug to be absorbed into the microcapillary system of the skin.

* * *

***Zosano's novel delivery of zolmitriptan was confirmed by the results from the ZOTRIP study, where 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8%***

*of patients achieving sustained pain freedom from 2-24 hours and 2-48 hours respectively*. In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic effect in those who treated prior to and after 2 hours.

93.    On October 12, 2017, Zosano issued a press release announcing the publication of the Company's positive results from the ZOTRIP trial in the Cephalalgia journal. The Company's press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial and the significance of Cephalalgia publishing those results for promoting acceptance and awareness of M207. In particular, the press release disclosed:

> Zosano … announced today that Cephalalgia had published the Company's positive results from our pivotal, multi-center, double blind, placebo controlled, trial demonstrating efficacy and safety of M207, our formulation of zolmitriptan using our ADAM technology.

> ADAM is Zosano Pharma's proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms. ADAM consists of an array of drug-coated titanium microprojections mounted on an adhesive backing that is pressed on to the skin using a reusable handheld applicator. The microprojections penetrate the stratum corneum and allow drug to be absorbed into the microcapillary system of the blood.

> *Cephalalgia published a paper titled "Randomized, Double-blind, Placebo-controlled, Parallel-group, Multi-center Study of the Safety and Efficacy of ADAM Zolmitriptan for the Acute Treatment of Migraine", which contained the positive results from Zosano's ZOTRIP pivotal study*…. In this study of 365 migraineurs, the 3.8mg dose of M207 demonstrated a statistically significant benefit in both freedom from pain and freedom from a patient's most bothersome symptom (photophobia, phonophobia or nausea and vomiting) at the 2 hour pre-specified primary endpoint. Secondary endpoints demonstrated pain freedom at 45 min after administration, with an effect that was sustainable for 48 hours post treatment. The majority of adverse events were mild or moderate application site reactions. There were no serious adverse events. Zosano announced the results of the ZOTRIP trial in February 2017.

> "We are grateful for the contributions of our investigators, co-authors and advisors on the design, execution, analysis and reporting of the ZOTRIP trial," said Dr. Don Kellerman, Vice President of Clinical Development. "We believe that the time from topline results to peer-reviewed publication in a prestigious journal reflects the design of the study and the unambiguous results*."*

> "*We are pleased to have the results of ZOTRIP, our pivotal study, published in Cephalalgia," stated John P. Walker, Zosano's Chairman and Chief Executive Officer.*

CONSOLIDATED AMENDED CLASS ACTION COMPLAINT – 3:20-cv-07625-EMC
42

*"The recognition of the results from ZOTRIP in such a well-known journal will continue to raise awareness of M207, and its ability to address an unmet need for patients struggling to find rapid and durable pain relief for migraine episodes."*

94.    By no later than November 5, 2017, and throughout the remainder of the Class Period and to the present, Zosano disclosed the following M2017 clinical trial data from its pharmacokinetics and efficacy and safety trials on its website's investor page:[11]





# ADAM Zolmitriptan* (Formerly M207) Clinical Data

## Pharmacokinetics

The pharmacokinetics of zolmitriptan delivery using ADAM were evaluated in a Phase 1, open-label, ascending dose study in healthy volunteers (N=20).[1] For ADAM Zolmitriptan (M207) 3.8 mg, the median time to maximum concentration was 15 minutes (comparable to subcutaneously administered sumatriptan). Absorption was substantially faster than for oral zolmitriptan, with higher exposure in the first two hours. Adverse events were predominantly mild (87%) and of a short (<24 hour) duration. The most common adverse events (≥10%) were paresthesia; headache; throat and jaw tightness, heaviness, ache; hot flushes; and upper respiratory tract infection.





---

[11] Co-Lead Counsel was able to view previous versions of Zosano's website using the Wayback Machine. Through the Wayback Machine, more than twenty years of web history is accessible to the public. *See* https://archive.org/about/ (last accessed Mar. 20, 2021). Since November 5, 2017, the Company's trial data page was revised to refer to ADAM Zolmitriptan (M207) by its brand name, Qtrypta (M207). *See* https://www.zosanopharma.com/investors/trial-data/.

## Clinical Efficacy and Safety

A randomized, double-blind, multi-center, parallel-group clinical trial (N=365) was conducted to evaluate the efficacy and safety of ADAM Zolmitriptan (M207)* for acute migraine (with or without aura) treatment in adults. Patients selected their most bothersome headache-associated symptom (MBS) from among photophobia, phonophobia, and nausea. The primary endpoints of the trial were the proportion of patients who were pain-free or MBS-free two hours following treatment with ADAM Zolmitriptan (M207). The ADAM Zolmitriptan (M207) 3.8 mg dose was significantly superior to placebo for both of the primary endpoints.





Data from the mITT population. LOCF for missing data. Placebo groups pooled. Pain-free defined as a value of 0 on a scale of 0-3

Nearly 32% of patients were pain-free from 2 hours through 24 hours, and 27% had sustained pain freedom for 48 hours.

95.     On November 8, 2017, Zosano issued a press release announcing the initiation of its long term safety study for M207, the final phase of M207's clinical development setting the stage for the filing of a NDA. The Company's press release disclosed:

> Zosano … announced the initiation of a long-term safety study, our M207-ADAM Study, which is designed to assess the safety profile of repeat uses of M207 for up to 12 months.
>
> ***
>
> "We are pleased to have our first patient in M207-ADAM. **This study marks the major component of the final phase of clinical development for M207, prior to filing our NDA**," said John Walker, Chairman and Chief Executive Officer of Zosano. "While the trial's main purpose is to assess safety, we will also be evaluating patient usage patterns and additional data that could be very informative to our marketing plans, if M207 is approved by the FDA. The open label design of this trial will also allow us to provide details of the study periodically throughout 2018, which we intend to share with stakeholders in Zosano."
>
> **ADAM is Zosano Pharma's proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms**. ADAM consists of an array of drug-coated titanium microprojections mounted on an adhesive backing that is pressed on to the skin using a reusable handheld applicator. The microprojections penetrate the stratum corneum and allow drug to be absorbed into the microcapillary system of the blood.

96.     On November 9, 2017, Zosano issued a press release entitled "Zosano Pharma Reports Third Quarter 2017 Financial Results and Operational Update" which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

> "We continue our efforts to educate the clinical community regarding the data from the M207 clinical program," said John Walker, Chairman and Chief Executive Officer of Zosano. "***Phase I data was published in Pain Management in August, with the Phase II/III data published in October by Cephalalgia. Additionally, in September, our clinical team presented new data from our ZOTRIP study regarding duration of effect at 24 and 48 hours post dosing at the International Headache Conference in Vancouver, B.C. The company continues to execute on our path to an NDA***, including the initiation of our long-term safety study on November 7 and the continued scale up of manufacturing to support potential commercialization, pending approval of M207 by the FDA."

97.     The November 9 press release further disclosed under the heading "Recent Business Highlights and Clinical Update" that:

a. "In November 2017, Zosano announced initiation of our long-term safety study evaluating repeat uses of M207 in migraine patients."

b. "In October 2017, Zosano announced that Cephalalgia had published the results from our ZOTRIP Phase 2/3 efficacy trial."

c. "In September 2017, Zosano presented new data from the Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 18th Annual Congress of the International Headache Society in Vancouver, British Columbia. In addition to previously reported data, Zosano reported that the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours."

98.     Also on November 9, 2017, the Company filed its quarterly report on Form 10-Q for the quarterly period ended September 30, 2017 (the "3Q17 10-Q"), which was signed by Defendant Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this

report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 3Q17 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial and the status of the development and regulatory approval of M207. In addition to containing statements regarding the ZOTRIP trial materially similar to those in its 2Q17 10-Q, the 3Q17 10-Q added with respect to the long term safety study of M207:

> In November 2017, we announced the initiation of our long-term safety study for M207 as an acute treatment of migraine ("M207-ADAM"), with the enrollment of the first patient in the study. M207-ADAM is an open label study evaluating the safety of the 3.8mg dose of zolmitriptan in migraine patients who have historically experienced at least two migraines per month. Patients are expected to treat a minimum of two migraines per month, with no maximum treatment limits. The study will evaluate 150 patients for six months, and 50 patients for a year at approximately 30 sites in the U.S. The study is planned to be open-labeled, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. We may elect to enroll more than the required number of patients to ensure a robust data set, and achievement of evaluable patients at each time point. The primary objective of M207-ADAM is to assess safety of M207 during repeated use over six and twelve months. Other endpoints are electrocardiography and laboratory parameters, as well as percentage of headaches with pain-free response.

99.     On the same day it filed the 3Q17 10-Q, the Company held a conference call during which it addressed the development and regulatory approval of M207, including the path forward for obtaining regulatory approval of M207 following the positive results of the ZOTRIP trial. During that Call, Defendant Walker stated:

> From a 35,000 foot level, I want to emphasize that we are singularly focused on doing what needs to be done to file our NDA and ultimately commercialize M207, a product we believe will be an important addition to the treatment of acute migraines. We are delivering on our goals in both a timely and cost-efficient manner.

> We continue to focus on educating the clinical community regarding the data from the M207 clinical program. ***Our Phase I data was published in Pain Management in August and our pivotal efficacy study data was published in October by Cephalagia. Both are important peer-reviewed medical journals***.

Additionally, *in September, our clinical team presented additional new data from our ZOTRIP efficacy study regarding duration of effect at 24 and 48 hours post dosing at the International Headache Society Meeting in Vancouver, British Columbia. There, in addition to previously reported data, Zosano reported that the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours. These efforts are important in building awareness of M207 in the clinical community and we believe that the response has been very positive in understanding how M207 can address the clinical need for faster onset, durability of effect, and the ability to treat morning migraines and other migraines where treatment has been delaye*d.

You are already aware, the results from the ZOTRIP trial demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at two hours, and reached statistical significance of pain freedom at 45 minutes and one hour. Additionally, M207 demonstrated a similar safety profile as other triptans with no serious adverse events reported in the trial.

Importantly, throughout the Company, we are executing on our plans that will lead to our NDA submission in the second half of 2019. Yesterday we announced that our first patient enrolled in the long-term safety study evaluating repeat uses of M207 in migraine patients. *The long-term safety study is the final major study that we need to complete prior to filing our NDA*.

<center>***</center>

As we've indicated, we do believe that Zosano has delivered on several key inflection points this year. One only needs to reflect back that it was in 2017 that we did announce our pivotal efficacy results back in February.… *We had a very fruitful meeting with the Food and Drug Administration and [are] certainly very proud and pleased that they agreed that our efficacy data was sufficient for filing and that our long-term safety protocol was sufficient*.

<center>***</center>

And so, *we are moving forward aggressively in terms of completing what we believe is important and necessary to file our NDA*. And the momentum that we have seen … and the positive response that we've gotten from the clinical community does lead us to believe that we have a very attractive product in M207 and one that will address some needs on the part of the patients and the clinical community that are not fully addressed at this point in time by other available therapies.

100.    Defendants' statements touting Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized in paragraphs 88-99 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic

studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

101.    Further, Defendants' statements touting the FDA's feedback and confirmation regarding the sufficiency of its of its studies for the submission and approval of its NDA referenced and emphasized in paragraphs 88-99 above—including Defendant Walker's statements that "[t]he long-term safety study is the final major study that we need to complete prior to filing our NDA" and "[the FDA] agreed that our efficacy data was sufficient for filing and that our long-term safety protocol was sufficient" (¶ 99) —were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic, Phase 2/3 ZOTRIP, and long term safety trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

**B.    Materially False And/Or Misleading Statements And Omissions Issued In 2018**

102.    On March 12, 2018, Zosano issued a press release entitled "Zosano Pharma Reports Fourth Quarter and Fiscal Year 2017 Financial Results and Operational Update" which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial and status of its long

term safety study, and other highlights and milestones bearing on the development and regulatory

approval of M207, disclosing:

> "***The fourth quarter continued to see strong execution in bringing M207 to market***. We are pleased with the enrollment in our open label, Long-Term Safety Study, and note that we now have 28 sites up and running. We remain confident that we will hit our targets of having 100 subjects on study drug by the end of the first quarter and 250 by the end of the second quarter," commented John Walker, Chairman and Chief Executive Officer.

> "***Our efforts to highlight our efficacy data to the clinical community continues, most notably by the publication of our pivotal data in Cephalalgia in October***," Mr. Walker continued. "The issuance of our new patent on the use of M207 to treat migraine and cluster headaches is also significant as it provides intellectual property protection through 2037."

**Recent Business Highlights and Clinical Update**

- In October 2017, Zosano announced that Cephalalgia had published the results from our ZOTRIP Phase 2/3 efficacy trial.

<div align="center">***</div>

- In November 2017, Zosano announced initiation of our long-term safety study evaluating M207.
- In November 2017, Zosano presented at the 29TH Annual Piper Jaffray Health Conference.
- In December 2017, Zosano received Notice of Allowance from the United States Patent and Trademark Office for our patent application directed to M207. This newly allowed application will issue on March 20, 2018 as U.S. Pat. No. 9,918,932 and will expire in 2037.

103.     Also on March 12, 2018, the Company filed its annual report on Form 10-K with the

SEC for the period ended December 31, 2017 (the "2017 10-K"), which was signed by Defendant

Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this

report does not contain any untrue statement of a material fact or omit to state a material fact necessary

to make the statements made, in light of the circumstances under which such statements were made, not

misleading with respect to the period covered by this report," and attesting to the accuracy of financial

reporting, the disclosure of any material changes to the Company's internal control over financial

reporting, and the disclosure of all fraud. The 2017 10-K, similar to the Company's press release issued

the same day, touted the results of its ZOTRIP trial and the status of the development and regulatory approval of M207, disclosing:

> In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine.

> \*\*\*

> ADAM is our proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms.

> \*\*\*

> Our development efforts are focused on our product candidate, M207. M207 is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology…. The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding exposure to the gastrointestinal, GI, tract. ***Feedback from the United States Food and Drug Administration, or FDA, on M207's regulatory path has confirmed that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine***.

> **ZOTRIP Phase 3 Trial Results**
> The ZOTRIP trial was a multicenter, double-blind, randomized, placebo-controlled trial comparing three doses of M207 (1.0mg, 1.9mg, and 3.8mg) to placebo for the treatment of a single migraine attack. As illustrated in the table below, the ZOTRIP trial results showed that the 3.8mg M207 dose demonstrated statistically significant pain freedom and most bothersome symptom freedom at two hours, the co-primary endpoints of the study.

> \*\*\*

> **M207 Long Term Safety Study**

> In November 2017, we announced the initiation of enrollment in our long-term safety study for M207 as an acute treatment of migraine ("M207-ADAM"). M207-ADAM is an open label study evaluating the safety of the 3.8mg dose of M207 in migraine patients who have historically experienced at least two migraines per month. Patients are expected to treat a minimum of two migraines per month, with no maximum treatment limits. The M207-ADAM study will evaluate 150 patients for six months, and 50 patients for a year at approximately 30 sites in the U.S. The study is open-label, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. We may elect to enroll more than the required number of patients to ensure a robust data set, and achievement of evaluable patients at each time point. The primary objective of M207-ADAM is to assess safety of M207 during repeated use over six and twelve months. Other endpoints are electrocardiography and laboratory parameters, as well as percentage of headaches with pain-free response.

> \*\*\*

*ZOTRIP Phase 2/3 Trial achieved statistical significance on co-primary endpoints with the 3.8mg dose*

On February 13, 2017 the Company announced the results of our ZOTRIP pivotal efficacy trial for M207. Our ZOTRIP trial was a multicenter, double-blind, randomized, placebo-controlled trial comparing three doses of M207 (1.0mg, 1.9mg, and 3.8mg) to placebo for the treatment of a single migraine attack....

\*\*\*

With the multiple doses and multiple endpoints in the trial, a sequential testing procedure was used beginning with the highest dose and the co-primary endpoints. Since statistical significance was not achieved for most bothersome symptom in the 1.9 mg group, p-values for secondary endpoints should be considered nominal p-values.

\*\*\*

M207 was generally well-tolerated with no SAEs reported in the ZOTRIP trial.

104.    The Company's 2017 Form 10-K also disclosed with respect to the regulatory approval of M207 following the receipt of positive results from the Company's Phase 2/3 ZOTRIP trial:

*The long-term safety study for M207 is an important next step in the development of M207. If we cannot raise capital, manufacture supply for the safety study, continue to enroll subjects, complete the safety study in a timely manner, or produce results that satisfy FDA requirements, the regulatory approval process could be delayed and our business could be adversely affected.*

*After receiving positive results from our ZOTRIP Phase 2/3 efficacy trial of M207, the next step in the regulatory approval process is to complete a long-term safety study. We initiated this study in the second half of 2017.* To complete the safety study, we will need to raise additional capital to fund the manufacture of sufficient supply of M207 and to continue to enroll subjects in the study. There are no assurances that such additional capital will be available to us on terms that are favorable to us or our existing stockholders or at all. The study will also need to produce results that satisfy FDA requirements. Any failure or setback in completing any of these required steps could require us to delay, limit, reduce or terminate our development of M207. Also, even though we have discussed our development strategy with the FDA on our M207 program and received feedback from the FDA about the size and the length of the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process and require additional clinical work.

105.    On April 4, 2018, the Company held a conference call during which it addressed the development and regulatory approval of Qtrypta (M207), and the landscape for obtaining regulatory approval of Qtrypta (M207), following the positive results of the ZOTRIP trial, commencement of the

---

CONSOLIDATED AMENDED CLASS ACTION COMPLAINT – 3:20-cv-07625-EMC

long term safety study, and recent capital raise that was necessary to fund the Company's NDA submission for Qtrypta (M207). For instance, Defendant Walker stated:

a. "So first and foremost as most of you know, our pivotal efficacy data was released in February of last year of 2017 and our 3.8 mg dose met both of the co-primary endpoints of pain freedom at two hours with a score of 41.5% versus a placebo of roughly 14%. So that 27% difference is something that we feel is very significant and gives us very real belief that we have a therapeutic that when offered to the market will meet a number of unmet needs at this point."

b. "In addition, freedom for most bothersome symptom scores was also achieved and we had a number of secondary endpoints that we reviewed, including pain relief, which as most of you know came in at 81% at two hours. So again, our pivotal efficacy data was significant in our view in regard to how it performed relative to what's been reported for other compounds."

c. "We had a successful end of Phase 2 meeting with the FDA in May and then presented our pivotal efficacy data at the American Headache Society meeting in June of last year. Our Phase 1 data was published in Pain Management in August and we then presented our efficacy data and a couple of abstracts at the International Headache Conference meeting in September. All of those efforts, including the publication of our pivotal efficacy data in Cephalagia in November are oriented towards educating the clinical community, which we are continuing to do in 2018."

d. "As we looked at 2018, the most important goal that we set for ourselves was to complete a financing that would not only allow us to complete the long-term safety study but to provide capital through NDA filing, which as most of you know is scheduled for the fourth quarter of 2019."

e. "We also intend this year to publish additional clinical data regarding our most bothersome symptom scores."

f. "So the message that I really wanted to try to deliver to our shareholders today is that with the successful completion of our financing round, which does fund us through NDA filing, the focus of this company will continue to be on the execution of all that is required to have a timely and complete NDA filing by the end of next year. We are on track to accomplish that in all of the specific categories that will comprise the NDA filing, and I am very pleased with the operational performance of our company and hope that the ability to continue to execute will eventually translate into technology value in our stock."

106. Defendants' statements touting Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized in the preceding paragraphs (¶¶ 102-105) were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed.

107. Further, Defendants' March 12, 2018 statements touting the FDA's confirmation regarding the sufficiency of its of its studies—including that "[f]eedback from the United States Food and Drug Administration … on M207's regulatory path has confirmed that one positive pivotal efficacy

study [i.e., the ZOTRIP trial], in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine" (¶ 103)—were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

108.    On May 14, 2018, Zosano issued a press release entitled "Zosano Reaches Another Enrollment Milestone in M207-ADAM Long-term Safety Study." The press release, which purported to provide updates on the status of its ongoing long term safety trial for Qtrypta, disclosed that the study was fully enrolled ahead of schedule and the results were consistent with the data reported in the ZOTRIP trial. More specifically, the Company's May 14, 2018 release disclosed:

The M207-ADAM study updates include:

- 250 subjects have qualified and received study drug;
- An additional 60 subjects have signed consents and are in the 2-week run-in evaluation period;
- *Subjects have treated over 1,000 migraines since the Study was initiated;*
- *Treatment has resulted in observed pain freedom at two hours in 42% of migraines and pain relief at two hours in 85% of migraines; and*
- *No serious adverse events have been observed to date*.

"The M207-ADAM study continues to progress at a brisk pace. *Importantly, our observed pain freedom and pain relief score at two hours are consistent with the data reported in our pivotal efficacy study*," said Dr. Donald Kellerman, Zosano's VP, Clinical Development and Medical Affairs. "The 250TH enrolled subject is an important milestone in the study. We believe that at least 150 subjects will complete six months of evaluation in the Study and 50 will complete one year. The Study is on track to have more than 50 subjects complete one year of evaluation by the end of March 2019."

109.    Defendants' statements referenced and emphasized in the preceding paragraph were misleading because they failed to disclose material facts necessary to make the statements not misleading, namely, that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic

studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed.

110.    On May 15, 2018, Zosano issued a press release entitled "Zosano Pharma Reports First Quarter 2018 Financial Results and Operational Update," which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial, updates regarding the Company's ongoing safety study, and other highlights and milestones bearing on the development and regulatory approval of M207. In particular, it disclosed:

a. "'We … passed the 250th mark in subjects enrolled in our long-term safety study, noting that the pain freedom and pain relief scores observed are consistent with the high degree of efficacy we achieved with M207 in our pivotal study', stated John Walker Chairman and CEO."

b. "Also in March 2018, we announced that the 100th patient had been enrolled in our long-term safety study of M207. *To date, we have successfully enrolled 250 patients in the study and, importantly, over 1,000 migraines have been treated with observed pain freedom scores at two hours of 42% and pain relief scores at two hours of 85%*."

c. "In November 2017, the Company announced the initiation of its long-term safety study evaluating M207 and expects to file an NDA for M207 in the fourth quarter of 2019."

111.    Also on May 15, 2018, the Company filed its quarterly report on Form 10-Q for the quarterly period ended March 31, 2018 (the "1Q18 10-Q"), which was signed by Defendant Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 1Q18 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial, the status and initial results of its long term safety study, and the status of the development and regulatory approval of M207 and timeline for filing an NDA for Qtrypta. More specifically, the 1Q18 10-Q disclosed:

a. "In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine."

b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding GI tract."

c. "Feedback from the United States Food and Drug Administration, or FDA, on M207's regulatory path has been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine."

d. "The clinical completion of the [long term safety] study will occur after 50 subjects have completed a year of treatment, which we estimate will occur in March 2019. As of the date of this filing, over 200 subjects have received study drug and we have begun manufacturing of our registration batches."

e. "We believe the completion of [the Company's April 3, 2018] public offering will allow us to continue executing on the timely filing of our NDA for M207, which we expect will occur in the fourth quarter of 2019.

112.    Also on May 15, 2018, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, during the call, Defendant Walker stated:

a. "[W]e have been … keeping with our planned NDA filing[.]"

b. "[Regarding the long term safety study,] I am very pleased to report that … we now have over 250 patients, who are qualified and who have received study drug….. Study patients have now treated over 1000 migraines with no reported serious adverse events and importantly, pain freedom scores as reported by the subjects are at 42% at two hours and pain relief at 85% at two hours post dosing. Both of these observed results compare favorably to our pivotal data as reported in Cephalgia in November 2017 and as presented at both the International Headache Conference and American Headache Society meetings last year and most recently, at the American Academy of Neurology meeting in April."

c. "I've made the comment previously that I believe our data suggest that this [Qtrypta (M207)] is the 'best triptan' and we know that triptans continue to represent the largest segment of the current migraine market. And we believe that with our performance being substantially better than others that have reported to date they will find a very good position from that standpoint."

d. "[W]e certainly believe that the strength of the clinical data [] is how we do believe we can best address the market. [] [W]e believe M207 if approved represents a multiply $100 million per year opportunity in the market for treating migraines. Our therapeutic gain, in other words the difference between the placebo-control group and the active, which is 27.2% for M207 in pain freedom at two hours and of 26% therapeutic gain in freedom for most bothersome symptoms

at two hours are the best currently reported by any program or product, which is use these end points per the new FDA guideline in their clinical studies."

e. "So we certainly believe that we compete very favorably with new mechanisms of vaccine that are being developed. And importantly, we know that we deliver for those drugs that were approved previously via pain relief scores. We know that we deliver pain relief scores that are very attractive, in regard to the comparison with at least the data that is in the labels of other forms of Triptan delivery."

f. "[F]rom our perspective, Zosano continues to execute extremely well in our drive to file an NDA for M207 in the fourth quarter of 2019."

g. "[W]e hope you … recognize the significant upside opportunity that our clinical data suggest [i]s in front of us, in regard to continued awareness in the financial and critical markets as to the strength of the clinical outcomes in M207 can produce."

113.    Defendants' statements touting Zosano's clinical trial results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized in the preceding paragraphs (¶¶ 110-112) were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of

Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed.

114.     Further, Defendants' May 15, 2018 statements touting the FDA's feedback regarding Qtrypta's regulatory pathway and sufficiency of its of its ZOTRIP and long term safety trials—including the statements that "[f]eedback from the United States Food and Drug Administration … on M207's regulatory path has been encouraging" and "[t]he agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine" (¶ 111(c))—were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

115.     On August 9, 2018, Zosano issued a press release entitled "Zosano Reports Second Quarter 2018 Financial Results and Operational Update," which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its ZOTRIP trial, updates regarding the Company's ongoing safety study, and other highlights and milestones bearing on the development and regulatory approval of M207. In particular, the August 9, 2018 press release stated in relevant part:

> "*In the second quarter, enrollment was completed for the M207-ADAM study, a long-term safety study for the acute treatment of migraine. Since study initiation in November 2017, a total of 344 subjects have been enrolled in the study and received M207*…." commented John Walker, Chairman and Chief Executive Officer. "We are pleased with the observed data from the study thus far, which illustrates that the ADAM patch is reported to be well-tolerated by subjects after multiple applications for their migraines. Additionally, there have been no drug related serious adverse events reported to date. Importantly, efficacy based on the secondary measures of observed pain freedom at two hours and pain relief at two hours remain consistent with earlier clinical studies at 42% response rate and 84% response rate, respectively."

"*In the second quarter, we continued to grow our body of evidence supporting the development and potential commercialization of M207.* Analyses from the M207 Phase 2/3 clinical study on pain relief by time and recurrence of migraine in subjects with pain relief at two hours were presented at the American Headache Society (AHS) meeting in June. The data showed M207 demonstrated both early and durable responses in the treatment of migraine," Mr. Walker continued. "During AHS, there was also a poster and oral presentation on key findings for receptor binding kinetics of zolmitriptan and sumatriptan. *These findings showed differences between the two compounds, with zolmitriptan having a longer duration of receptor occupancy, providing a potential mechanistic rationale for the durability of effect seen in the ZOTRIP Study*."

116.    The August 9, 2018 press release also touted the following business highlights and clinical updates:

**Recent Business Highlights and Clinical Update**
- In May 2018, Zosano completed enrollment for M207-ADAM long-term safety study, with 344 subjects enrolled in the study.
- In May 2018, Zosano announced the publication of most bothersome symptom (MBS) data from the ZOTRIP pivotal study in Headache: the Journal of Head and Face Pain. MBS freedom at two hours was observed in 68% of M207 3.8 mg subjects as compared to 43% of placebo subjects (P < .0009).
                                                  ***
- In June 2018, Zosano presented at the 2018 American Headache Society (AHS) meeting additional analyses from the ZOTRIP pivotal study on pain relief and recurrence, demonstrating both early onset and durability of effect.
- In June 2018, the Journal of Pharmaceutics published positive data from a nonclinical study evaluating pharmacokinetics and skin tolerability for ADAM™ technology for the delivery of zolmitriptan.
- In July 2018, the Journal of Pharmaceutical Science published skin tolerability and bioavailability data using ADAM's intracutaneous zolmitriptan delivery. The pharmacokinetic studies showed that the ADAM 1.9-mg zolmitriptan was delivered with high efficiency (85%) and high absolute bioavailability (77%).

117.    Also on August 9, 2018, the Company filed its quarterly report on Form 10-Q for the quarterly period ended June 30, 2018 (the "2Q18 10-Q"), which was signed by Defendant Walter. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and

the disclosure of all fraud. The 2Q18 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial, updates regarding the Company's ongoing safety study, and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

a. "***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM™ technology, as an acute treatment for migraine***."

b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract."

c. "***The United States Food and Drug Administration, or FDA, has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine***."

d. "***In March 2018, we announced that the 100th subject had enrolled and received M207 in the long-term safety study.*** As of June 2018, 344 subjects have qualified and received study drug. Study subjects have treated more than 2,500 migraines since study initiation. We expect clinical completion by March 2019, when at least 50 of these subjects will complete one year in the study and have treated at least two migraines per month. As of the date of this filing, we have begun manufacturing of our registration batches in support of the NDA."

e. "***We believe the completion of [the April 2018] public offering will allow us to continue executing on the timely filing of our NDA for M207, which we expect will occur in the fourth quarter of 2019***."

118.   Also on August 9, 2018, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, in addition to touting milestones, trial data, and updates consistent with what was included in the Company's August 9, 2018 press release and 2Q18 10-Q, Defendant Walker added:

*[W]e continue to be very pleased with the progress we're making in terms of executing on the development of M207.* We remain on track for the milestones that we had elucidated earlier this year in regards to the registration [batches] being on stability within the third quarter to have our six-month portion of the trial completed early in the fourth quarter and to track for completion of the 12-month end point in the first quarter of 2019. *All of that [is] intended to lead to the filing of an NDA within the fourth quarter of 2019 and if all goes well then to [sic] anticipate a market launch by the end of 2020 or the early part of 2021.*

*I'd also like to add that we continue to be very pleased with the commentary in the anecdotal data that we are receiving from investigators as well as patients in regard to the performance of M207 and a tolerability of M207 in the ongoing clinical studies.* So we do feel that this in combination with the strength of the clinical data that we have already presented and published and the continued analysis of additional data from that pivotal study puts us in very good position to have an effective launch and to be able to attract a very decent share of the triptan market that currently focused on treating acute migraines.

119.    On October 23, 2018, Zosano issued a press release entitled "Zosano Treats over 4,000 Migraines and Reaches an Important Goal in M207-ADAM Long-term Safety Study," which disclosed the Company has purportedly had met, and was on track to meet, important milestones necessary for the Company to file an NDA for Qtrypta in the fourth quarter of 2019, consistent with the Company's announced timeline. The press release stated, in relevant part:

*Zosano ... today announced that more than 150 evaluable subjects have completed their six month visit in the M207-ADAM study (the "Study"), a long-term, open-label safety study for the acute treatment of migraine. This marks completion of the first major goal of this study, a defined data set per the protocol in which 150 subjects must treat repeatedly for six months and 50 subjects must treat repeatedly for one year*.

*No unexpected safety signals have been identified during the first six months of the trial and there have been no study drug related serious adverse events.* The total number of investigator reported adverse events, with 4,000 applications to date, is 625 of which 232 are reported as skin site reactions and 120 triptan related adverse events. The remainder of the adverse events (273) include nasal congestion, gastrointestinal disorders, appetite suppression, respiratory tract infections and insomnia, among others. Efficacy parameters, while observational in the context of this open label safety study, continue to remain similar to the data from the pivotal ZOTRIP trial. The rate of pain freedom at two hours following patch application is approximately 43% and most bothersome symptom freedom is approximately 68%, while pain relief at two hours post treatment is reported at 81% of migraine attacks treated.

"With over 4,000 migraine attacks treated to date, we don't foresee any unanticipated safety signals developing during the remainder of the trial," commented Dr. Don

Kellerman, vice president of clinical development of Zosano. "We anticipate our goal of 50 subjects treated for one year will be complete in the first quarter of 2019."

<p align="center">***</p>

***In November 2017, the Company announced the initiation of its long-term safety study evaluating M207 and expects to file a New Drug Application for M207 in the fourth quarter of 2019***.

120.    On November 14, 2018, Zosano issued a press release entitled "Zosano Pharma Reports Third Quarter 2018 Financial Results and Operational Update," which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release again touted highlights and milestones bearing on the development and regulatory approval of M207, stating, in pertinent part:

"The Company has continued to execute upon our stated milestones throughout 2018. We recently completed our registration batches; reached an important milestone in our long-term safety study as 150 patients completed 6 months of therapy; secured a capital equipment lease line and contracted with a leading organization to manufacture M207….," stated John Walker, chairman and chief executive officer.

"[W]e will continue to focus our attention on the execution needed to advance M207. By the end of the first quarter of 2019, we anticipate completing the final data set in our long-term safety study, with 50 subjects completing their 12 month visit, and in the third quarter of 2019, we expect to complete stability testing for our GMP manufacturing lots, leading to the filing of the NDA in the fourth quarter of next year."

121.    Also on November 14, 2018, the Company filed its quarterly report on Form 10-Q for the quarterly period ended September 20, 2018 (the "3Q18 10-Q"), which was signed by Defendant Walter. The 3Q18 10-Q contained a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 3Q18 10-Q, similar to the Company's press release issued the same day, touted the results of its ZOTRIP trial, updates regarding the Company's ongoing safety study, and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

a. "In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM™ technology, as an acute treatment for migraine."

b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract."

c. "*The United States Food and Drug Administration, or FDA, has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine*."

d. "*In October 2018, we announced that, of the 344 subjects enrolled, more than 150 evaluable subjects have completed their six month visit in the M207-ADAM study. This marked the completion of the first major goal of this study,* a defined data set per the protocol in which 150 subjects must treat on average at least two migraines per month for six months and 50 subjects must treat at least two migraines per month for one year. Study subjects have treated more than 4,000 migraines since study initiation. We expect clinical completion by March 2019, when at least 50 of these subjects will complete one year in the study and have treated at least two migraines per month."

122.    Also on November 14, 2018, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, in addition to touting milestones, trial data, and updates consistent with what was included in the Company's November 14, 2018 press release and 3Q18 10-Q, Defendant Walker stated:

a. "*Since our last call, the company has continued to execute against our stated goals in moving M207 toward an NDA filing in the fourth quarter of next year.*"

b. "*Both data sets [from the ZOTRIP trial and long term safety study] will form the basis of our submission to the FDA for approval. Importantly the open label study has had no reported*

*drug-related serious adverse events.* The number, type and severity of adverse events reported is very much within our anticipated ranges with a significant majority of reported site-related events cleared within a short period of time post administration."

c. "*As we have significantly reduced the risk in the NDA filing [for Qtrypta] and potential approval by the FDA, we have concurrently increased the value of this program such that we believe it would be attractive to companies participating in the pain migraine our specialty market areas*."

d. "*Our clinical data speaks for itself in demonstrating subject to the FDA concurrence of efficacy that extends across the full spectrum of an acute migraine attack and that will be safe and well tolerated by the patient who is in need of such relief*."

e. "As most investors that I've had the opportunity to speak with directly have commented, the company has made significant progress in executing against all of our goals for 2018, and *I simply want to make sure that investors know we will continue to keep our eye on the ball and execute in a timely and effective manner, and everything that needs to take place to file our NDA on schedule in the fourth quarter of 2019*."

123.    On December 12, 2018, Zosano issued a press release, entitled "Zosano Receives Conditional FDA Acceptance of Proposed Brand Name Qtrypta™ for M207." The December 12, 2018 press release included the following statement, which it attributed to Defendant Walker:

> "This meaningful step forward [obtaining the FDA's conditional acceptance of the Qtrypta name] aligns with our continued clinical progress as well as preparation for the commercialization of Qtrypta, if approved. The Company has reached a number of milestones in 2018 and we are looking forward to the coming year in which we expect to file an NDA for Qtrypta[,]" [said chairman and CEO Walker.]

124.    Defendants' statements describing and touting Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized in paragraphs 115-123 above were materially false and/or misleading when made and/or

omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

125.    Further, Defendants' statements touting the FDA's feedback confirming that the ZOTRIP trial and the long term safety study would be sufficient for approval of Qtrypta (M207) referenced and emphasized above, particularly in paragraphs 117(c), 121(c), 122(c), and 123, were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

## C.    Materially False And/Or Misleading Statements And Omissions Issued In 2019, Leading Up To Zosano's NDA Filing

126.    On February 21, 2019, Zosano issued a press release entitled "Zosano Announces Completion of the Final Milestone in the Long-Term Safety Study of Qtrypta™ for the Acute Treatment of Migraine Disease", in which it announced positive results of its long-term safety study for

Qtrypta, paving the way for the filing of an NDA by the end of 2019. Zosano's February 21, 2019 press release, began by highlighting the following three key takeaways:

- Long-term one-year dosing reaffirmed well-tolerated safety profile

- Qtrypta showed robust and rapid relief of migraine pain, an effect that was consistent throughout the chronic treatment period

- NDA submission expected in Q4 2019 for the first intracutaneous delivery system

127.    The February 21, 2019 press release provided further detail about the Company's trial results and design and reaffirmed that, given those positive clinical trial results, the Company remained on schedule to submit an NDA by the end of 2019, stating:

> ***The long-term data generated in this trial reinforced the well-tolerated safety profile and strong efficacy results previously reported in the six-month dosing portion of this safety study and in the randomized Phase 2/3 ZOTRIP pivotal study***. Throughout the clinical program, over 5,800 migraine attacks have been treated with Qtrypta to date.

> "***Successfully concluding our Phase 3 program for Qtrypta and observing consistent long-term safety and efficacy results are exciting milestones for Zosano***," said John Walker, chairman, president and chief executive officer of Zosano. "We look forward to continued interactions with the FDA as we prepare to submit a New Drug Application in the fourth quarter of this year for Qtrypta."

> *    *    *

> The Qtrypta long-term safety trial is an open-label study evaluating the safety of the 3.8 mg dose of intracutaneous zolmitriptan in adults with migraine who have historically experienced at least 2 migraine attacks per month. There were no maximum treatment limits. The study evaluated over 150 adults with migraine disease for six months, and more than 50 patients for a year at 31 sites in the U.S.

> Of more than 5,800 migraines treated, investigators reported 832 adverse events, of which 298 were reported as application site reactions and 161 were reported as triptan related adverse events.

> Observational efficacy parameters continued to demonstrate a rate of pain freedom at two hours following patch application of approximately 44% and most bothersome symptom freedom of approximately 68%, while pain relief at two hours was reported at 81% of migraine attacks treated.

128.    On March 14, 2019, Zosano issued a press release entitled "Zosano Pharma Reports Fourth Quarter and Fiscal Year 2018 Financial Results," which was also filed with the SEC as Exhibit

99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted the results of its clinical trials and other highlights and milestones bearing on the development and regulatory approval of M207. In particular, it disclosed:

> "Following the completion of our Phase 3 clinical program for QtryptaTM (M207), we see a clear path to the filing of our NDA in the fourth quarter of this year," commented John Walker, Chairman and CEO. "We are very proud of the manner in which our entire team pulled together to conclude our long-term safety study, and to facilitate the scaling up of our manufacturing capability, completing our registration batches and successfully transferring our proprietary manufacturing processes to our contract manufacturer."

129.    The March 14, 2019 press release also touted the following "[h]ighlights" and "[e]xpected [u]pcoming [m]ilestones" in Qtrypta's development and quest for FDA approval:

### Recent Business Highlights

- ***Achieved the final milestone in the Phase 3 long-term safety study of Qtrypta, with a cohort of patients completing 12 months on study drug***
- Received patent covering the use of Qtrypta as an acute treatment for migraine and cluster headache, providing protection through 2037

* * *

- ***Announced the treatment of nearly 6,000 migraines in our long-term safety study***
- ***Published clinical data in Headache: The Journal of Head and Face Pain demonstrating the potential of Qtrypta as an acute treatment for patients that present with difficult to treat migraines, defined as morning migraine, delayed treatment, severe pain and those accompanied by nausea***
- Completed contracts for the outsourcing of manufacturing to established and FDA experienced contract manufacturers
- ***Published data from the pivotal efficacy study of Qtrypta on Most Bothersome Symptom Relief in Headache: The Journal of Head and Face Pain***
- Completed the registration batches of Qtrypta under GMP guidelines as part of the preparation for the filing of the NDA

### Expected Upcoming Milestones

- ***File NDA for Qtrypta in acute migraine in the fourth quarter of 2019***
- In concert with our anticipated NDA filing, put in place a partnership for the marketing and distribution of Qtrypta

130.    Also on March 14, 2019, the Company held a conference call during which it addressed the development and regulatory approval of M207. For instance, in addition to touting milestones, trial

data, and updates consistent with what was included in the Company's March 14, 2019 press release, Defendant Walker stated:

> With much of the past year being focused on the execution of those tasks need[ed] to move Qtrypta to an NDA, we now welcome 2019 as a year of transition.

> …. 2019 is expected to be a pivotal year with the following plan milestones. **The … filing of our NDA in the fourth quarter for the treatment of acute migraine. We have already started the writing of this submission and as you would expect this remains the key focus for the company[.]** [Another milestone is] an[] agreement to partner Qtrypta for sales, marketing and distribution with the expectation that **such an agreement will provide … the capacity to achieve potential peak sales of greater than 400 million, which we believe is achievable based on the clinical data we have generated** and what we see as its relative performance to both existing therapies and the reported results for new modalities and mechanisms that may enter the market in future years.

> Of course this is predicated on the approval of our NDA by the Food and Drug Administration.

> \*\*\*

> **With the anticipated approval of Qtrypta by the end of 2020, 12 months after NDA filing, we believe we will be the first approved intracutaneous delivery system for a marketed drug in the United States**.

131.    Defendant Walker, in response to an analyst's question regarding Zosano's efforts to begin clinical trials on a clinical cluster headache program that was subject to a separate IND/NDA approval process as Qtrypta, stated "[w]e think [the cluster headache program] plays to our PK profile … [and] to the clinical data we generated in migraine." Additionally, regarding the benefits of Qtrypta, and what distinguishes it from competing therapies, Defendant Walker added:

> **[W]e believe that Qtrypta can be position[ed] based on our clinical data as a potentially best-in class triptan solely on the basis of the clinical data that we have generated across the board in terms of fast onset, durability of effect, peak pain relief, the number of patients that achieve total pain freedom within two hours and importantly as I've said before, the durability of effect**.

> **We also believe the Qtrypta will compete very effectively against injectables, because we had demonstrated in our pivotal efficacy study [Zotrip trial] that the percentage of pharmacologically related side effects such as those I mentioned previously of drowsiness, dizziness, paresthesia are approximately one-third with our delivery of zolmitriptan versus a six milligram injection of sumatriptan…. So we think there's a very strong opportunity** to position this against competitive products as a potential best-in-class triptan … and we see a target market that comprises over 50% of the market in just going after these difficult to treat migraines.

132.    On March 25, 2019, the Company filed its annual report on Form 10-K with the SEC for the period ended December 31, 2018 (the "2018 10-K"), which was signed by Defendant Walker. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 2018 10-K, similar to the Company's March 14, 2019 press release, touted the clinical trial results and the status of the development and regulatory approval of M207, disclosing:

a. "***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207), which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).*** We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients…."

b. "***The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding exposure to the gastrointestinal ("GI") tract***."

c. "***Feedback from the United States Food and Drug Administration [] on Qtrypta™ (M207)'s regulatory path has confirmed that one positive pivotal efficacy study, in addition to the required safety study, is sufficient for submission of a New Drug Application [] seeking approval of Qtrypta™ (M207) for the treatment of migraine, if the results are favorable***."

133.    The 2018 10-K further disclosed ZOTRIP trial results mirroring those reported in its 2016 10-K and 2017 10-K. The 2018 10-K also stated "[t]he long-term safety study for Qtrypta™ (M207) is an important step in the development of Qtrypta™ (M207)", before disclosing the following regarding Qtrypta's clinical results and regulatory approval:

> If the results [of the long term safety study] do not satisfy the FDA's requirements it could require us to delay, limit, reduce or terminate our development of Qtrypta™ (M207). Also, even though we have discussed our development strategy with the FDA on our Qtrypta™ (M207) program and received feedback from the FDA about the size and the length of the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process and require additional clinical work.

134.    On May 14, 2019, Zosano issued a press release announcing its first quarter 2019 financial results and recent business highlights, which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted highlights and milestones bearing on the development and regulatory approval of M207, and reiterating the planned submission of the NDA for Qtrypta in 2019. In particular, it disclosed:

> "***With a number of key catalysts planned in 2019, including submission of a New Drug Application (NDA) for Qtrypta, we are pleased with our recent equity financing to support our continued progress***," said John Walker, chairman and CEO of Zosano. "Qtrypta, which we believe has the potential to be a best-in-class triptan for the acute treatment of migraine, is the first application of our ADAM microneedle technology….."

> ***Recent Business Highlights***
> - Completed public offering of common stock, raising $18.4 million in net proceeds
> - Research coverage initiated by Cantor Fitzgerald and Maxim Group
> - Announced a publication in *Headache,* which highlights the performance of Qtrypta in successfully addressing the important clinical endpoints of pain freedom and freedom from most bothersome symptom (MBS) at 2 hours.

135.    Also on May 14, 2019, the Company filed its quarterly report on Form 10-Q for the quarterly period ended March 30, 2019 (the "1Q19 10-Q"), which was signed by Defendant Walter. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the

statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 1Q19 10-Q, similar to the Company's press release issued the same day, touted the results of its trials and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

> *In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207),* which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. *In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).* We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients ….

> Our development efforts are focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology. …. The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the GI tract. *Feedback from the Food and Drug Administration ("FDA") on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine*.

> We will use contract manufacturers for the production of Qtrypta™ (M207).

136.    Also on May 14, 2019, the Company held a conference call during which it addressed the development and regulatory approval of Qtrypta (M207). For instance, in addition to touting milestones, trial data, and updates consistent with what was included in the Company's May 14, 2019 press release and 1Q19 10-Q, Defendant Walker added:

> [W]e completed our equity offering in early April. *This financing adds additional strength to our balance sheet as we continue commercial scale up of manufacturing for Qtrypta and our ongoing discussions with potential partners for the marketing and commercialization of Qtrypta upon FDA approval*.

> ***

> *We are increasingly convinced that the market opportunity for Qtrypta is substantial and market penetration and maximizing sales for Qtrypta are our foremost objectives*

*in discussions with potential partners.* We will continue to keep you updated on our progress in these discussions and remain hopeful that we will be able to achieve such a partnership by the end of this year.

\*\*\*

In the meantime, and in parallel, we are aggressively moving forward with the NDA preparation and commercial scale up activities. A portion of those efforts have been to proceed with pre-launch marketing and logistical planning.

\*\*\*

As we move through 2019, we will continue to be well represented at both regional and national headache meetings, including an expanded booth presence at the AHS Meeting in Philadelphia, the 2nd week of July, building on the presence we had at the AAN meeting which was held last week.

Since the start of the year, we have had the benefit of two additional papers being published…

137.    Defendant Walker concluded his prepared remarks, and then the call, by assuring investors that there was a clear path for NDA filing and approval, putting the Company on the path to profitability, stating:

> *We believe that the potential of Qtrypta there has not been fully recognized as this program is largely derisked that it can be clearly differentiated in the market pending approval that it is well-positioned to address difficult to treat migraines that represent as much as 50% or greater of presenting migraines.*
>
> As noted in Headache, our efficacy data compares favorably to others who have reported out against the new FDA guidelines for pain freedom and freedom for most bothersome symptoms, so we believe we are well-positioned regarding new modalities. We have manufacturing in place. *We have a clear path to FDA filing and approval and we see an overall market potential greater than $400 million in annual sales.*
>
> *We know that the best way for us to provide value to our shareholders is to ensure the success of this new approach to treating acute migraines* and to further leverage our proprietary ADAM microneedle technology fora convenient, safe and effective delivery of important medicines to patients.
>
> \*\*\*
>
> [W]e anticipate net revenue per dose that would be roughly in the $100 per dose level, which translates to about 72 million in net annual revenue for each 1% of the triptan prescriptions that we would be able to achieve.
>
> *So we feel that in order to get to the guidance, we provided of a 400 million or greater peak sales opportunity for Qtrypta that it only requires us to gain roughly 5% to 6% of the overall prescriptions for triptan.* And based on how we feel that we can differentiate

the product and the relative performance that's been demonstrated in independent clinical studies against these same endpoints feel that that will translate well.

138.    On August 14, 2019 Zosano issued a press release announcing its second quarter 2019 financial results and recent business highlights, which was also filed with the SEC as Exhibit 99.1 to Form 8-K on that same day. The press release, which contained statements it attributed to Defendant Walker, touted highlights and milestones bearing on the development and regulatory approval of M207, and reiterating the planned submission of the NDA for Qtrypta in 2019. In particular, it disclosed:

> "*We have concentrated our efforts on Qtrypta*$^{TM}$ *and are on track for the planned submission of a New Drug Application (NDA) with the FDA in the fourth quarter of this year*," said John Walker, chairman and CEO of Zosano. "*We recently presented Migraine-ACT scores that demonstrated Qtrypta's ability to effectively manage patients' acute migraines over a period of up to a year. Additionally, we completed an important manufacturing qualification milestone, confirming that we have a robust and reliable manufacturing process in preparation for a potential commercial launch*. We are increasingly enthusiastic about offering a new therapy to the millions of migraineurs still searching for a better and consistent treatment for their acute migraine attacks. If approved by the FDA, Qtrypta has the potential to offer faster, more complete and longer lasting clinical benefit to these patients."

**Recent Business Highlights**

<p align="center">***</p>

- Pre-Clinical and Clinical pre-NDA meeting scheduled for September 2019 for Qtrypta

- Completed site qualification batches at a contract manufacturing organization for Qtrypta

- Presented Migraine-ACT Scores for Qtrypta at the American Headache Society (AHS) Annual Scientific Meeting highlighting the effectiveness of Qtrypta in treating migraines

- Featured in a keynote speech entitled, "A Novel Intracutaneous Microneedle Delivery System for the Acute Treatment of Migraine" at the Pharmaceutics & Advanced Delivery Systems Conference in Paris

139.    Also on August 14, 2019, the Company filed its quarterly report on Form 10-Q for the quarterly period ended June 30, 2019 (the "2Q19 10-Q"), which was signed by Defendant Walter. Attached thereto was a SOX certification signed by Defendant Walker certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the

statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 2Q19 10-Q, similar to the Company's press release issued the same day, touted the results of its trials and other highlights and milestones bearing on the development and regulatory approval of M207, disclosing:

> ***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207),*** which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. ***In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).*** We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients ….
>
> Our development efforts are focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology. …. The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the [GI] tract. ***Feedback from the Food and Drug Administration [] on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine***.

140.   On August 14, 2019, the Company also held a conference call during which it addressed the development and regulatory approval of Qtrypta (M207). For instance, in addition to touting milestones, trial data, and updates consistent with what was included in the Company's August 14, 2019 press release and 2Q19 10-Q, Defendant Walker added:

a.   "***For those of you who have followed the Company over the past two years, you're well aware that we have consistently executed and met our milestones in the development of Qtrypta as a promising new offering in the underserved migraine market.*** I use the term underserved, not based on the number of product offerings, but rather on the migraineurs' own reporting of unmet therapeutic needs in regard to their desire for fast onset, high degree of pain relief,

freedom from pain, durability of effect, and the reduction in drug-related side effects. ***It is our strong belief that Qtrypta will offer an answer to these unmet needs if approved by the FDA***."

b. "***The data that we have generated to date in both our pivotal efficacy study and in our recently completed long-term safety study, have demonstrated our clinical benefit in each of these categories.*** Regarding fast onset and degree of pain relief, our Phase 2/3 pivotal efficacy study showed that treatment with Qtrypta at the dose we intend to market resulted in 23% of patients having pain relief in the first 15 minutes, 46% of patients having pain relief at 30 minutes and 81% having pain relief at two hours. Regarding complete freedom from pain, one of the two required FDA endpoints, 41.5% of patients achieved pain-freedom at two hours while 70% of patients were pain-free at 24 hours post treatment."

c. "***By the end of this year, we plan to file an NDA with the Food and Drug Administration to seek approval to bring this new therapy to market.*** Our pre-NDA meeting to review our preclinical and clinical data has been scheduled for mid-September, and we anticipate our pre-NDA meeting covering CMC or manufacturing will follow shortly thereafter, as we have announced the completion of site registration batches at our contract manufacturer and await the results of our 12-month stability study later this month."

d. "***Over the last quarter, we have increased our focus on the market opportunity and positioning of Qtrypta.*** As most of you know, migraine affects 39 million people in the United States…."

e. "***With the combination of our demonstrated efficacy and these migraines, a low level of drug related side effects, and the fact that these difficult-to-treat attacks represent over 50% of the presenting migraines for episodic sufferers, leads us to conclude that this should be our initial target market***."

141.     Regarding the expected time frame for Qtrypta's approval following the NDA submission at the end of 2019, Walker stated during the 2Q19 earnings call:

> [Approximately twelve months after submission of the Qtrypta NDA,] *[w]e would probably receive the results of the FDA's consideration which we certainly believe will be approval. We think we have a highly derisked asset here at the end of 2020.* So, that would be the guideline I think in terms of the timeline, generally, post filing of the NDA.

142.     On November 13, 2019, Zosano announced that it had completed pre-NDA meetings with the FDA for Qtrypta, stating in relevant part:

> Zosano . . . today announced that it has received minutes from pre- New Drug Application ("NDA") meetings with the Food and Drug Administration ("FDA") for the acute treatment of migraine for Qtrypta. *The purpose of the meetings was to confirm the completion of all requisite studies, as well as the proposed clinical, non-clinical, and chemistry, manufacturing, and controls ("CMC") content and format of the company's NDA submission, which the company expects to make in December 2019.*
>
> *"We are encouraged by the pre-NDA minutes received from FDA after our collaborative meetings.* This is an important milestone as we head into the final stages of completion of the NDA," said Hayley Lewis, Senior Vice President, Operations. "These minutes reflect discussions made between Zosano and FDA on the format and content of the NDA to help ensure all elements of submission are met."
>
> The company was granted two separate pre-NDA meetings to discuss the development program. A face to face meeting was held with the FDA in September to discuss the nonclinical and clinical portions of the program. *A second pre-NDA meeting request was granted to discuss CMC, and FDA recently provided its written responses to the company's questions in lieu of holding an in-person meeting.* Based on the feedback from the FDA, the company believes the information included in its planned NDA will be sufficient for the FDA to file the NDA for substantive review.

143.     On November 14, 2019, Zosano announced its third quarter 2019 financial results and provided a corporate update. In a press release, also filed as Exhibit 99.1 to Form 8-K filed the same day, the Company stated, in relevant part:

> "These next twelve months will be transformational for Zosano," said Steven Lo, president and CEO of Zosano. "We are finalizing our New Drug Application for Qtrypta for the acute treatment of migraine, which we expect to file with the FDA by the end of the year. If approved, Qtrypta would be the first transdermal therapy for migraine, and we believe would represent a significant advance in the treatment options available to patients. *Our extensive clinical data demonstrate that Qtrypta provides fast-acting and sustained pain freedom with less of the side effects typically experienced with other*

*therapies in this class.* Given the debilitating and prevalent nature of migraines, we are inspired by the need to better serve these patients."

144.    Also on November 14, 2019, the Company filed its quarterly report on Form 10-Q for the quarterly period ended September 30, 2019 (the "3Q19 10-Q"), which was signed by Defendant Lo. Attached thereto was a SOX certification signed by Defendant Lo certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. The 3Q19 10-Q, similar to the Company's press release issued the same day, touted the results of its trials and other highlights and milestones bearing on the development and regulatory approval of Qtrypta (M207), disclosing:

> *In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207), which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207), and in September 2019, we announced the presentation of data from the long-term safety study. We expect to submit a New Drug Application ("NDA") for Qtrypta™ (M207) in December 2019.* We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients ....
>
> Our development efforts are currently focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology....The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract. *Feedback from the Food and Drug Administration ("FDA") on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine. Furthermore, we have received minutes from pre-NDA meetings with the FDA for the acute treatment of migraine for Qtrypta™ (M207).* The purpose of the meetings was to confirm the completion of all requisite studies, as well as the proposed clinical, non-clinical, and chemistry, manufacturing, and controls ("CMC") content and format of our NDA submission. We were granted two separate pre-NDA meetings to discuss the development program. A face to face meeting was held with the FDA in September to discuss the nonclinical and

clinical portions of the program. A second pre-NDA meeting request was granted to discuss CMC, and the FDA recently provided its written responses to our questions in lieu of holding an in-person meeting. ***Based on the feedback from the FDA, we believe the information included in our planned NDA will be sufficient for the FDA to file the NDA for substantive review***.

<div align="center">***</div>

***In September 2019, final results from the long-term safety study were presented at the 19th Congress of the International Headache Society in Dublin, Ireland.*** In the trial, 257 subjects were treated on average for two or more migraines per month for six months and 127 subjects were treated on average for two or more migraines a month for twelve months. ***Data from safety assessments showed that Qtrypta was well-tolerated throughout the 12 months of repeated use.*** The most common adverse events were redness and swelling at the application site following patch application, of which more than 95% were classified as mild. More than 80% of these site reactions were gone within 48 hours. Patients treated with Qtrypta™ (M207) reported less triptan-like neurological side effects than are typically found with the class, with less than 2% of patients reporting effects such as dizziness and paresthesia.

145. On November 14, 2019, the Company also held a conference call during which it addressed the development and regulatory approval of Qtrypta (M207). For instance, in addition to touting milestones, trial data, and updates consistent with what was included in the Company's November 13-14, 2019 press releases and 3Q19 10-Q, Defendant Lo added:

[One of the] three fundamental reasons why we believe Zosano is uniquely positioned for success and why I am extremely excited to join the company…[is] ***we have a compelling product candidate with Qtrypta and the opportunity to have an FDA-approved product addressing a debilitating disease by the end of next year***.

***Qtrypta is Zosano's product candidate for the acute treatment of migraine. Qtrypta is well positioned with strong clinical data from a robust data set of more than 6,000 migraine attacks treated through our clinical studies. Importantly, its product profile is aligned with what patients are seeking [] a new therapy***. Specifically, Qtrypta has clinically demonstrated: first, a statistical significant impact on pain freedom and freedom from most bothersome symptoms; second, fast onset of action; third, the ability to keep patients free from pain for up to 48 hours; and fourth, it has been shown to be well tolerated.

While we have not conducted any head-to-head studies, Qtrypta's profile compares very favorably to existing triptan-based therapies and other new entrants. Qtrypta has a faster onset of action than other triptans and efficacy measure that is highly important to patients.

Qtrypta also has been shown to have higher rates of pain freedom at 2 hours compared to migraine treatments with other mechanisms of action.

Qtrypta also has been shown to have higher rates of pain freedom at 2 hours compared to migraine treatments with other mechanisms of action. It is important to note that migraine treatments often have side effects that impact the ability of patients to function normally following treatment. Therefore, while patients may experience relief from their migraine headache, they are left with consequences such as dizziness and paresthesia, resulting in a hangover effect that impedes on their ability to carry on with their normal life. With Qtrypta, we have an opportunity to be differentiated on this important patient satisfaction factor as well.

As reported on the migraine ACT scores for Qtrypta, 86% of patients were able to function normally within 2hours of taking the treatment. Based on these impressive data, we are finalizing a new drug application to be submitted to the FDA by the end of this year. ***We have successfully completed a PK-bridging study, which showed a similar PK profile between the product produced at our Fremont facility and the product produced at our contract manufacturer***.

We have also recently completed a required 12-month stability analysis on our registration batches.

146.     During the 3Q19 call, Defendant Lo also addressed the Company's pre-NDA meeting with the FDA and other more recent updates, indicating Zosano was continuing to expect FDA to approve Qtrypta by the end of 2020, following submission of the NDA in late 2019:

In September, we had a pre-NDA meeting with the FDA that went very smoothly. Their comments were primarily administrative in nature, including the format -- including the formatting of data and tables.

***

Also, at the end of October, we submitted a briefing document covering CMC, and we received the FDA's written response this month. ***Their written comments reflect the discussions held between Zosano and the FDA on the format and content of the NDA. Based on this feedback from the FDA, the company believes our NDA will be sufficient for submission***. After the submission of our NDA next month, the FDA has 74 days in which to reply. So we expect to receive an acceptance of our NDA in March of 2020. ***Given this will be the first FDA-approved microneedle system, we are assuming a 12-month review by the FDA. This would mean that in December of 2020, we would expect NDA approval for Qtrypta.***

***We are intent on positioning Qtrypta for success and maximizing the value of this asset. To that end, we are engaged in parallel path to getting this potential new therapy to patients. Based on the robust data package we are submitting to the FDA and our initial market assessment, we are actively preparing to launch Qtrypta ourselves and are conducting commercial readiness activities.*** These include the typical preapproval

commercial work, including evaluating prescriber trends, distribution strategies and the payer reimbursement environment.

147.    Additionally, Hayley Lewis, Zosano's Senior Vice President of Operations, in response to an analyst question about timing for FDA approval following the NDA submission in late 2019, and what could go wrong, reaffirmed the late 2020 timeline previously provided by Defendants Lo and Walker, and provided assurances regarding Qtrypta's prospects for approval, stating:

> We've employed a lot of consultants who have a lot of industry experience who have advised us not only in our CMC development but also our clinical development program. ***And they've certainly vetted our data sets in our pathways, and they've told us that we seem to have checked off all the boxes. And so I believe that a 12-month review is perfectly reasonable to expect.*** And we look forward to getting into label negotiations per those time lines in about a year from now, and that's always a good indicator that you're about to be approved. ***So we're fully expecting to get approval by December of next year.***

148.    Defendants' statements touting Zosano's clinical trial results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized in paragraphs 126-147 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); (v) additional product quality validation data, which Zosano had omitted from its NDA and purportedly planned on submitting following approval, if received, was required to be submitted with the NDA, and

(vi) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

149.    Further, Defendants' statements touting the FDA's feedback confirming that the ZOTRIP trial and the long term safety study would be sufficient for approval of Qtrypta (M207) referenced and emphasized above, particularly in paragraphs 128, 135, 139,141-42, 144, 146-47, were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic, Phase 2/3 ZOTRIP, long term safety, and pharmacokinetic bridging trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

### D.    Materially False And/Or Misleading Statements And Omissions Issued In 2019 And 2020, Following Zosano's NDA Submission.

150.    On December 23, 2019, Zosano announced that it had submitted its NDA for Qtrypta to the FDA, stating in a press release:

> "***Our NDA submission represents a significant milestone for Zosano and a culmination of our efforts to make Qtrypta available to patients who suffer from migraine. In clinical trials, Qtrypta demonstrated robust freedom from pain and most bothersome symptom, rapid and sustained pain relief, and was well tolerated***," said Steven Lo, president and chief executive officer of Zosano. "Qtrypta is the first NDA to be submitted to the FDA for a pharmaceutical microneedle application, and we look forward to working with the FDA during the review process. If successful, the approval would signal the validity of this product as a convenient, non-oral therapy for acute migraine sufferers, in addition to providing important validation of our delivery technology itself. We believe that Qtrypta, if approved, can make an important difference in the lives of patients who require acute treatment options for their migraine."
>
> Based on Zosano's NDA submission on Friday, December 20, 2019, the company expects to receive notification from the FDA confirming whether the submission was accepted for filing for substantive review in March 2020.

*The submission is supported by the results of the ZOTRIP pivotal Phase 2/3 clinical study, in which 41.5% of patients treated with the 3.8 mg dose of Qtrypta achieved pain freedom at 2 hours and 68.3% reported freedom from most bothersome symptom at 2 hours, both of which were co-primary endpoints. Additionally, 80.5% of patients reported pain relief at 2 hours, a secondary endpoint. The results of the study were published in Cephalalgia in October 2017*.

*A post-hoc analysis showing that Qtrypta reduced pain in subjects with difficult to treat migraines was published in Headache: The Journal of Head and Face Pain in February 2019*.

*Additionally, in the Phase 3 safety study, the most frequently reported adverse events were redness and swelling at the application site*. Of these, 95% were reported as mild, and more than 80% resolved within 48 hours. Less than 2% of patients reported triptan-like neurological side effects typically found in the class, such as dizziness and paresthesia.

151.    On March 4, 2020, Zosano announced that the FDA had accepted the NDA for review and that the goal date for the completion of the FDA's review was October 20, 2020. In a press release, the Company further stated:

*The NDA is supported by the clinical results of the ZOTRIP pivotal Phase 2/3 clinical study, which evaluated the efficacy, safety and tolerability of Qtrypta™ compared to placebo.* A total of 41.5% of patients treated with the 3.8 mg dose of Qtrypta™ achieved pain freedom at 2 hours and 68.3% reported freedom from most bothersome symptom also at 2 hours, both of which were co-primary endpoints. Additionally, 80.5% of patients reported pain relief at 2 hours, a secondary endpoint. The results of the study were published in Cephalalgia in October 2017.

*A post-hoc analysis showing that Qtrypta™ reduced pain in subjects with difficult to treat migraine attacks was published in Headache: The Journal of Head and Face Pain in February 2019*.

*Additionally, in the Phase 3 long term safety study, the most frequently reported adverse event was redness at the application site*. Of these adverse events, 95% were reported as mild, and more than 80% resolved within 48 hours. Less than 2% of patients reported triptan-like neurological side effects typically found in the class, such as dizziness and paresthesia.

152.    On March 13, 2020, the Company filed its annual report on Form 10-K for the period ended December 31, 2019 (the "2019 10-K"), which was signed by Defendants Walker and Lo. Attached thereto was a SOX certification signed by Defendant Lo certifying that "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the

statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report," and attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. Regarding clinical results and regulatory approval of Qtrypta (M207), the 2019 10-K was substantially similar to the 2018 10-K and 3Q19 10-Q, disclosing and touting results from the Company's ZOTRIP and long term safety trials and its strategy to develop Qtrypta. The 2019 Form 10-K further disclosed:

> Our development efforts are currently focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our System. Zolmitriptan is one of a class of serotonin receptor agonists known as triptans and is used as an acute treatment for migraine. .... Qtrypta™ (M207) was developed with the intent of providing faster onset of efficacy and sustained freedom from migraine symptoms. Qtrypta™ (M207) is designed for rapid absorption of zolmitriptan into the bloodstream without dependence on the gastrointestinal tract.
>
> **On March 3, 2020, we received notification that the U.S. Food and Drug Administration ("FDA") accepted our New Drug Application ("NDA") for Qtrypta™ (M207) for the acute treatment of migraine for filing and substantive review. The Prescription Drug User Fee Act goal date for the completion of the FDA's review of Qtrypta™ (M207) is set for October 20, 2020.** This date reflects a standard 10-month review for a non-new molecular entity and is consistent with the review timeline for a 505(b)(2) NDA submission.
>
> &ast;&ast;&ast;
>
> Our near-term focus is the development and commercialization, if approved, of our lead product candidate, Qtrypta™ (M207).
>
> ....We believe that Qtrypta™ (M207), if approved by the FDA, will offer the following meaningful therapeutic and practical advantages:
>
> > • **Rapid absorption:** We believe Qtrypta™ (M207) is the only triptan currently formulated to be delivered intracutaneously to have a rapid onset of action. **In a Phase I pharmacokinetic trial, Qtrypta™ (M207) provided rapid and reproducible zolmitriptan delivery. The amount of time it took zolmitriptan to reach the maximum concentration (Tmax) was less than 20 minutes and was similar to subcutaneously administered sumatriptan. In the pivotal Phase 2/3 clinical trial, Qtrypta™ (M207) demonstrated pain relief beginning as early as 15 minutes (becoming statistically significant by 60 minutes)**.

• *Symptom relief: Qtrypta™ (M207), in the pivotal Phase 2/3 clinical trial, demonstrated significant pain freedom, pain relief and freedom from most bothersome symptom ("MBS") at two hours post-treatment, with most patients not requiring additional rescue medications.* Post-hoc analyses of patients with difficult to treat migraine, such as morning migraine, migraine with nausea, migraine with severe pain and patients who delayed treatment, showed clinically significant pain freedom and relief as compared to placebo. *Additionally, the efficacy results from our Long-Term Safety Study ("LTSS") of Qtrypta™ (M207) were similar to those of our pivotal Phase 2/3 clinical trial*.

• *Durability*: In the pivotal Phase 2/3 trial, Qtrypta™ (M207) demonstrated durable impact on pain freedom and pain relief through 24 and 48 hours compared to placebo.

• *Favorable Safety Finding*s: In the LTSS, data from safety assessments showed that Qtrypta™ (M207) was well-tolerated throughout the 12 months of repeated use. The most common adverse events were redness and swelling at the application site of which more than 95% were classified as mild. Moreover, 80% of these site reactions resolved within 48 hours.

153.    On March 26, 2020, the Company held a corporate update conference call. During that call, Defendant Lo walked through the results of the Company's Qtrypta trials and studies supporting its NDA application. Additionally, Defendant Lo stated:

> *This is an exciting time for Zosano as we are in the rare and privileged position of being on the verge of becoming a commercial stage company. Our new drug application for Qtrypta, our product candidate for the acute treatment of migraine, was accepted by the FDA earlier this month. And the PDUFA date for the completion of the FDA's review was set for October 20 of this year*.
>
> *Qtrypta has the potential to be an effective new therapeutic for patients with acute migraine. In our clinical program, where we studied more than 6,000 migraine attacks, Qtrypta consistently demonstrated rapid and sustained headache relief with a favorable safety profile. In brief, we believe Qtrypta has a highly competitive product profile.* Given its potential to penetrate an important segment of the migraine market, we believe it could set us on a significant growth trajectory, resulting in increased stockholder value.
>
> ***
>
> Overall, *we are very pleased with recent market research* as it supports our belief that Qtrypta will be an important option for physicians, patients and payers. Secondly, even with new migraine drugs being approved by the FDA, there is still a role for a drug like Qtrypta for patients and physicians.
>
> ***
>
> *I've been pleased to see the engagement and the dialogue with the FDA….they've been active in the dialogue with us, which is, again, very promising.*

***

…I think we've always been guiding everybody that we expected our PDUFA date to be at the end of the year in December, since it would have been exactly a year after we had submitted. ***So certainly, this was a pleasant surprise for us to have an earlier PDUFA date. So in the process of that pleasant surprise, what we're doing is readjusting all the commercialization efforts that are needed for an earlier PDUFA date. What's great, as I mentioned, is that we had started some of those activities before as well such as the targeting and then also the market research.***

***But from the plan of action, our game plan is, of course, with an earlier PDUFA date, we always want to prepare with the right amount of inventory in preparation for a commercial launch thereafter***.

154.     On August 6, 2020, Zosano issued a press release announcing it entered into a partnership agreement with EVERSANA to support the launch and commercialization of Qtrypta, valued at $250 million. The Company's August 6, 2020 press release stated, in relevant part:

***In March, the U.S. Food and Drug Administration (FDA) accepted a New Drug Application for Qtrypta and granted a Prescription Drug User Fee Act (PDUFA) goal date of October 20, 2020***. If approved, Qtrypta would be the first and only microneedle patch indicated for the acute treatment of migraine.

"***We believe there is tremendous potential for Qtrypta to help patients suffering from the debilitating impact of migraine,*** said Steven Lo, president and CEO of Zosano. ***"We are thrilled to partner with EVERSANA and look forward to leveraging EVERSANA's established sales force, distribution networks, patient services hub and market access capabilities to support the launch and commercialization of our innovative therapeutic candidate for the acute treatment of migraine if approved by the FDA***. This collaboration enables us to access a comprehensive commercial organization without the significant expense and time that would have been required to build our own infrastructure. We and EVERSANA have been working closely to ensure our commercialization strategies are aligned to provide appropriate resources to enable patients to access Qtrypta if approved."

***

Under the terms of the agreement, the parties will cooperate to conduct activities over the term of the agreement pursuant to an anticipated $250 million commercialization budget for Qtrypta. Zosano maintains ownership of the Qtrypta New Drug Application as well as all legal, regulatory, and manufacturing responsibilities for the product. … ***The term of the agreement is five years following the date of FDA approval***.

155.     Defendants' statements regarding the submission of the NDA for approval of Qtrypta (M207), touting Zosano's clinical trial design and results and the timeline, prospects and landscape for

regulatory approval of Qtrypta (M207) referenced and emphasized in paragraphs 150-154 above were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results submitted with its NDA reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies submitted with its NDA included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); (v) additional product quality validation data, which Zosano had omitted from its NDA and purportedly planned on submitting following approval, if received, was required to be submitted with the NDA, and (vi) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose.

156.    Further, Defendants' statements touting the FDA's feedback confirming that the ZOTRIP trial and the long term safety study would be sufficient for approval of Qtrypta (M207) and following the submission of the NDA referenced and emphasized in paragraphs 152-154 above were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic, Phase 2/3 ZOTRIP, long term safety, and pharmacokinetic bridging trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission.

**THE TRUTH EMERGES/LOSS CAUSATION**

157.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiffs and the Class.

158.    During the Class Period, Plaintiffs and the Class purchased Zosano's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed on September 30 and October 21, 2020, causing investors' losses.

159.    On September 30, 2020, after the market closed, Zosano disclosed receipt of a DRL from the FDA regarding its NDA for Qtrypta and stated that approval was not likely due to certain concerns identified by the FDA. Specifically, the Company's press release stated, in relevant part:

> The DRL described two concerns with respect to the clinical pharmacology section of the NDA. First, the FDA raised questions regarding unexpected high plasma concentrations of zolmitriptan observed in five study subjects from two pharmacokinetic studies and how the data from these subjects affect the overall clinical pharmacology section of the application. Second, the FDA raised questions regarding differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's clinical trials.

> Although a DRL reflects preliminary comments that are subject to change, and does not reflect the FDA's final decision on the NDA, approval of Qtrypta by the Prescription Drug User Fee Act goal date of October 20, 2020 is not expected given the letter.

160.    On this news, the Company's share price fell $0.92 per share, or 56.79%, to close at $0.70 per share on October 1, 2020, on unusually heavy trading volume.

161.    The truth continued to be revealed on October 21, 2020, when Zosano disclosed receipt of the FDA's CRL, disclosing the FDA's formal rejection of the Qtrypta NDA, providing additional detail on the deficiencies requiring resubmission of the NDA, and addressing the path forward for Qtrypta's approval in light of the deficiencies identified in the CRL. According to Zosano:

> The CRL cited inconsistent zolmitriptan exposure levels observed across clinical pharmacology studies, which had been previously identified in the FDA's discipline

review letter in September. Specifically, the CRL noted differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's trials and inadequate pharmacokinetic bridging between the lots that made interpretation of some safety data unclear. The CRL referenced unexpected high plasma concentrations of zolmitriptan observed in five study subjects enrolled in the company's pharmacokinetic studies. The FDA recommended that the company conduct a repeat bioequivalence study between three of the lots used during development. The NDA included data on a total of 774 subjects across 5 trials who were administered or dosed with Qtrypta.

The CRL noted that additional product quality validation data, which were planned to be submitted following approval, if received, were required to be submitted with the application. In addition, the CRL mentioned that due to U.S. Government and/or Agency-wide restrictions on travel, inspections of Zosano's contract manufacturing facilities were not able to be conducted but would be required before the application may be approved.

162.     As a result of the previously identified deficiencies, but as Zosano first revealed on October 21, 2020, the FDA recommended that Zosano conduct a repeat bioequivalence study between three of the lots used during development, which would further delay the approval of Qtrypta (M207).

163.     On this news, the Company's share price fell $0.171 per share, or 27.8%, to close at $0.444 per share on October 21, 2020, on unusually heavy trading volume.

## ADDITIONAL SCIENTER ALLEGATIONS

164.     As set forth above, each of the Defendants made the misstatements and/or omissions with actual knowledge of their falsity or, at a minimum, recklessly disregarded the facts described in "Substantive Allegations" section above for the following reasons:

a.   The FDA's CRL was based on trial data submitted by Defendants relating to their studies of Qtrypta. Thus, Defendants had access to, and were well aware of, the underlying data which gave rise to the FDA's rejection of their NDA. Defendants were responsible for all clinical development activities relating to Qtrypta and thus knew of, or recklessly disregarded: (i) differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's trials, (ii) inadequate pharmacokinetic bridging between the lots that made interpretation of some safety data unclear, and (iii) unexpected high plasma concentrations

of zolmitriptan observed in five study subjects enrolled in the company's pharmacokinetic studies;

b. Defendants knew that additional product quality validation data that was required to be submitted with NDA was not submitted and was only "planned to be submitted following approval";

c. Each of the Individual Defendants, on behalf of Zosano, made specific statements about the Company's Qtrypta (M207) trials, and the regulatory approval of Qtrypta (M207), which implies they had done their due diligence to evaluate the accuracy of their statements and, at the time of making such statements, would be aware of, or recklessly disregarded, the underlying facts that gave rise to the FDA's rejection of the Qtrypta NDA and required the Company to undertake an additional PK study, delaying Qtrypta's approval; and

d. The Company was hemorrhaging money and could not survive without FDA approval of Qtrypta, or raising funds to cover costs of clinical trials leading up to the submission of the NDA.

165.    In addition to the above allegations, which on their own create a strong inference of scienter, the Individual Defendants' scienter is also established because the alleged misstatements and omissions at issue here concerned Zosano's core operations. Indeed, one of the central allegations is that Qtrypta was essential to the Company's survival. In addition, each annual report on Form 10-K and quarterly report on form 10-Q filed by Qtrypta during the Class Period, which was signed by the Individual Defendants and included certifications by the Individual Defendants as to the accuracy of the reports' contents, and stated that Qtrypta was the focus of the Company's development efforts.

166.    Defendants also had motive and opportunity to engage in fraud. As the Company's most senior executives who were involved in the Company's day-to-day affairs, the Individual Defendants had opportunity to commit fraud.

167.    Defendants were also motivated to issue misstatements regarding the Company's potential for obtaining FDA approval of Qtrypta for financial reasons. The Company has incurred significant operating losses since its inception, and it was critically low on cash throughout the Class Period. Between 2017 and 2020, the Company posted combined net losses totaling $135.5 million, with a loss of $29.1 million in 2017, $35.4 million in 2018, $37.6 million in 2019, and $33.4 million in 2020. In order to stem the flow of losses, boost cash on hand, and provide funding the company's operations through the Qtrypta NDA, including funding for the long term safety study necessary for the submission of Qtrypta's NDA, the Company had to regularly raise funds through selling the Company's common shares and other securities in secondary offerings, private placements, and the Company's at-the-market offering ("ATM") program. The Company conducted at least one offering in each year of the Class Period, raising a total of over $100 million through such offerings.

168.    A portion of those funds were raised through the Company's ATM programs that Zosano established in 2019 and 2020. Zosano's 2019 and 2020 ATM programs resulted in net proceeds totaling approximately $16.2 million, of which approximately $13.5 million was raised in the first three quarters of 2020. Because shares in an ATM are sold at prevailing market prices, Defendants were also motivated to issue false and misleading statements regarding the Company's potential for obtaining FDA approval of Qtrypta in order to keep Zosano's stock at artificially inflated levels throughout the Class Period.

169.    Defendants were also motivated to issue false and misleading statements regarding the development of Qtrypta and its potential for obtaining FDA approval because in March 2017, April 2018, April 2019, February 2020, and August/September 2020, the Company announced and completed offerings of its common shares or other securities (units and warrants) in underwritten offerings in order to raise funds.

170.    Therefore, Defendants were motivated to issue materially false and misleading statements so Zosano could raise cash at inflated levels to infuse much needed funds into the Company.

171.    As alleged herein, Defendants acted with scienter because Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Zosano, their control over, and/or receipt and/or modification of Zosano's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Zosano, participated in the fraudulent scheme alleged herein.

## CORPORATE SCIENTER ALLEGATIONS

172.    The Company is liable for the acts of the Individual Defendants and its other employees and agents under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment and/or agency.

173.    The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under the corporate scienter doctrine, *respondeat superior*, and agency principles.

174.    Aside from the scienter of the Individual Defendants, the facts alleged herein raise a strong inference of corporate scienter as to Zosano as an entity. Corporate scienter may be alleged independent of individual defendants where a statement is made or approved by a corporate official sufficiently knowledgeable about the company to know the statement was false or misleading. Here, the

statements alleged were made to the investing public regarding the Company's operations, internal controls, finances and business practices—all important topics that would necessarily require approval by appropriate corporate officers.

## **PLAINTIFFS' CLASS ACTION ALLEGATIONS**

175.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Zosano securities during the Class Period, February 13, 2017 and October 20, 2020 (both dates inclusive), and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

176.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Zosano's common shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of shares of Zosano common stock were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Zosano or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

177.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

178.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

179. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Zosano; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

180. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

### APPLICABILITY OF PRESUMPTION OF RELIANCE

181. The market for Zosano's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Zosano's securities traded at artificially inflated prices during the Class Period. On February 17, 2017, the Company's share price closed at a Class Period high of $62.40 per share. Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Zosano's securities and market information relating to Zosano, and have been damaged thereby.

182.     During the Class Period, the artificial inflation of Zosano's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Zosano's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Zosano and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

183.     At all relevant times, the market for Zosano's securities was an efficient market for the following reasons, among others:

(a)     Zosano shares met the requirements for listing, and were listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Zosano filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Zosano regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Zosano was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

184.   As a result of the foregoing, the market for Zosano's securities promptly digested current information regarding Zosano from all publicly available sources and reflected such information in Zosano's share price. Under these circumstances, all purchasers of Zosano's securities during the Class Period suffered similar injury through their purchase of Zosano's securities at artificially inflated prices and a presumption of reliance applies.

185.   A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

186.   The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those

forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Zosano who knew that the statement was false when made.

## COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

187.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

188.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; and (ii) cause Plaintiffs and other members of the Class to purchase Zosano's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

189.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Zosano's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder. Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

190.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Zosano's financial well-being and prospects, as specified herein.

191.    These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Zosano's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Zosano and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

192.    Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

193.    Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material

misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Zosano's financial wellbeing and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, these defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

194.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Zosano's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trade, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by these defendants during the Class Period, Plaintiffs and the other members of the Class acquired Zosano's securities during the Class Period at artificially high prices and were damaged thereby.

195.    At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that Zosano was experiencing, which were not disclosed by Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Zosano securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

196.     By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

197.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)**

198.     Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

199.     The Individual Defendants acted as controlling persons of Zosano within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiffs contend are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

200.     In particular, each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, are presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

201.    As set forth above, Defendants each violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

A.    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

B.    Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.    Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and,

D.    Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: March 30, 2021                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*

Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
mjsteven@pomlaw.com
egottlieb@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lsolish@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**KEHOE LAW FIRM, P.C.**
Michael K. Yarnoff
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiffs*

1

2

3   **APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or**

4   **Omission(s) Pursuant to Court's Standing Order**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 1. | 67 | Speaker(s): Zosano; Alataris  Date: February 13, 2017  Occasion: Press Release | ***Zosano . . . announces that its lead product candidate, M207, achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours in the recently completed ZOTRIP trial.*** The ZOTRIP pivotal efficacy study was a multicenter, double-blind, randomized, placebo-controlled, dose-ranging trial comparing three doses (1.0mg, 1.9mg and 3.8mg) of M207, a novel transdermal therapeutic, to placebo for a single migraine attack. A total of 589 subjects were enrolled at 36 sites across the US. ***The 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any Serious Adverse Events (SAEs).***  The 3.8mg dose of M207 achieved statistical significance for both co-primary endpoints at two hours[.]  * * *  Furthermore, secondary endpoints measuring pain freedom at additional time points for the 3.8mg dose of M207 showed M207 superior to placebo with a nominal p-value less than 0.05[.] | Defendants' statements touting and describing Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized herein were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan | • The FDA's CRL was based on trial data submitted by Defendants relating to their studies of Qtrypta. Thus, Defendants had access to, and were well aware of, the underlying data which gave rise to the FDA's rejection of their NDA.  • Defendants were responsible for all clinical development activities relating to Qtrypta and thus knew of (i) differences in zolmitriptan exposures observed between subjects receiving different lots of Qtrypta in the company's trials, (ii) inadequate pharmacokinetic bridging between the lots that made interpretation of some safety data unclear, and (iii) unexpected high |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | ***M207 was well-tolerated with no SAEs***[.]<br>• Overall, 13 subjects (3.9%) reported pain at the application site; application site pain was reported as mild in all but 3 subjects;<br>• The most frequently reported adverse event was redness at the application site (18.3% of subjects). All cases of redness resolved;<br>• Additionally, 5 (1.5%) patients across M207-treated groups reported dizziness vs 0% on placebo.<br>* * *<br>Overall, higher pain freedom rates were achieved on all doses after 60 minutes over placebo. While the 1.0mg and 1.9mg doses of M207 produced p-values less than 0.05 in pain freedom at two hours, they did not produce a p-value below 0.05 for the co-primary endpoint of freedom from most bothersome symptom at two hours.<br><br>***"ZOTRIP was designed to be a dose-ranging study, as well as a registration study. We are very pleased by the results for the 3.8mg dose,*** | exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); and (v) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed.<br><br>Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose. | plasma concentrations of zolmitriptan observed in five study subjects enrolled in the company's pharmacokinetic studies.<br>• Defendants knew that additional product quality validation data that was required to be submitted with NDA was not submitted and was only "planned to be submitted following approval".<br>• The Company was hemorrhaging money and could not survive without FDA approval of Qtrypta, or raising funds to cover costs of clinical trials leading up to the submission of the NDA.<br>• Each of the Individual Defendants, on behalf of Zosano, made specific statements about the Company's Qtrypta |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *and look forward to continuing the development of M207 towards filing an NDA and working to bring this novel therapy to patients suffering from the incapacitating effects of migraine*s," said Konstantinos Alataris PhD, President and Chief Executive Officer of Zosano. | | (M207) trials, and the regulatory approval of Qtrypta (M207), which implies they had done their due diligence to evaluate the accuracy of their statements and, at the time of making such statements, would be aware of, or recklessly disregarded, the underlying facts that gave rise to the FDA's rejection of the Qtrypta NDA and required the Company to undertake an additional PK study, delaying Qtrypta's approval.<br>• The alleged misstatements and omissions at issue here concerned Zosano's core operations. Indeed, one of the central allegations is that Qtrypta was essential to the Company's survival. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | | | • Defendants had motive and opportunity to commit fraud. Defendants were motivated to issue materially false and misleading statements so Zosano could raise cash at inflated levels to infuse much needed funds into the Company. |
| 2. | 69 | Speaker(s): Zosano; Alataris Date: March 1, 2017 Occasion: Press Release | "***The past year was an important period of progress for the Company as we initiated and in the fourth quarter completed ZOTRIP, our pivotal efficacy trial in migraine,***" commented Konstantinos Alataris, PhD, President and Chief Executive Officer of Zosano Pharma. "***Subsequent to the fiscal year end, we announced positive results from the ZOTRIP trial, which not only advances our lead migraine program towards FDA approval but also further validates the effectiveness of our technology platform.*** If approved, M207 could be an important new therapeutic option for migraine patients" ***The ZOTRIP trial was designed to be a registration-enabling, pivotal efficacy trial of M207 as an acute treatment for migraine.*** | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | * * *<br>• In January 2017, and in line with previously provided guidance, the Company announced the treatment of the last patient in ZOTRIP.<br>• In February 2017, *the Company announced statistically significant results from the Phase 2/3 ZOTRIP trial, which demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8mg dose achieved statistical significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour, and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any Serious Adverse Events (SAEs).*<br>• *The FDA has indicated that a single, positive, pivotal efficacy study, in addition to a safety study of M207, will be sufficient to file for approval under a* | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *505(b)(2) pathway.* The Company plans to initiate the safety study in the second half of 2017. | | |
| 3. | 71 | Speaker(s): Zosano; Alataris<br>Date: March 1, 2017<br>Occasion: 2016 10-K | Our development efforts are focused on our product candidate, M207…. *In February 2017, we announced the completion and results of the ZOTRIP trial, in which M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours.*<br><br>*We received encouraging data on key secondary endpoints, such as pain freedom at one hour (p<0.01), while also demonstrating a mild safety profile, with no Serious Adverse Events ("SAEs") reported in the trial.*<br><br>*We received feedback from the United States Food and Drug Administration ("FDA") on M207's regulatory path prior to initiating the ZOTRIP trial. The agency has indicated that, under Section 505(b)(2) of the Food, Drug and Cosmetic act, one positive pivotal efficacy trial, in addition to the required safety trial, would be sufficient to file a New Drug Application ("NDA") for M207 as an acute treatment of migraine.*<br><br>* * * | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | _ZOTRIP Phase 2/3 Trial achieved statistical significance on co-primary endpoints with the 3.8mg dose_<br>* * *<br>**As illustrated in the tables and figure below, the ZOTRIP trial results demonstrated that the 3.8 mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours. The 3.8mg dose also achieved statistical significance in the secondary endpoints of pain freedom at 45 minutes and 60 minutes and showed durability of effect on pain freedom at 24 and 48 hours. Additionally, M207 was not associated with any SAEs. While the 1.0mg and 1.9mg doses of M207 demonstrated statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptom at two hours.** Statistical significance is an indicator of the likelihood of an observed effect being due to the study drug rather than due to chance. The "p" value is the probability of an event occurring by chance alone. When the p value is less than 5% (0.05) the results are considered to be statistically significant. | | |
| 4. | 72 | Speaker(s): Zosano; Alataris | Regarding next steps for the development and approval of M207, the 2016 10-K disclosed: "Our next step in the development of M207 | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: March 1, 2017 <u>Occasion</u>: 2016 10-K | includes initiating the required long-term safety study, which will commence after a meeting with the FDA to review the pivotal trial data and existing development plans." <br><br> The 2016 10-K further disclosed: <br> ***The long-term safety study for M207 is an important next step in the development of M207….*** <br><br> After receiving positive results from our ZOTRIP Phase 2/3 efficacy trial of M207, the next step in the regulatory approval process is to prepare, initiate, and complete a long-term safety study. We plan to initiate this study in the second half of 2017. To conduct this safety study, we will need to raise additional capital to fund the manufacture sufficient supply of M207, launch the study, and enroll subjects in the study. There are no assurances that such additional capital will be available to us on terms that are favorable to us or our existing stockholders or at all. The study will also need to produce results that satisfy FDA requirements. ***Any failure or setback in completing any of these required steps could require us to delay, limit, reduce or terminate our development of M207.*** Also, ***even though we have discussed our development strategy with the FDA on our M207 program*** | | |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's
Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *and received feedback from the FDA about the size and the length of the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process.* | | |
| 5. | 74 | Speaker(s): Zosano; Walker<br><br>Date: May 9, 2017<br><br>Occasion: Press Release | "The first quarter saw our lead product candidate meet both co-primary endpoints in ZOTRIP, our pivotal efficacy study of M207 as an acute treatment for migraine. In addition, the company completed a follow-on offering that resulted in $29.3 million in gross proceeds earmarked for advancing M207 towards FDA approval. These two important accomplishments are a result of the commitment and capabilities of Zosano's management team and gives me great confidence in our ability to continue to meet the strategic milestones established by the company."<br><br>"The pivotal study results importantly validate our technology platform, and, if approved by the FDA, point to M207's positioning as an acute treatment for migraine sufferers that is differentiated from what is currently available. I look forward to working with the team at Zosano and to bringing this exciting new drug to market," commented John P. Walker, Interim Chief Executive Officer.<br>* * * | See reasons provided above in connection with statement 1.<br><br>Further, Defendants' statements touting the FDA's confirmation regarding the sufficiency of its of its studies were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | **Pivotal Study Results / Status** <br><br> In February, the Company announced statistically significant results from the ZOTRIP trial, which demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8mg dose achieved a p value of <0.05 in the secondary endpoints of pain freedom at 45 minutes and 1 hour, and showed durability of effect on pain freedom to 24 and 48 hours. These results demonstrated that M207 not only provided fast onset but also a durability of effect, up to 2 days and hence freedom from recurrence of migraine. Additionally, M207 demonstrated a similar safety profile as other triptans and no Serious Adverse Events (SAEs) were reported in the trial. <br><br> The FDA has indicated that a single, positive, pivotal efficacy study, in addition to a safety study of M207, will be sufficient to file for approval under a 505(b)(2) pathway. The Company plans to initiate the safety study in the second half of 2017. | | |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 6. | 75 | Speaker(s): Zosano; Walker  Date: May 9, 2017  Occasion: 1Q17 10-Q | In February 2017, we announced the completion and results of our ZOTRIP pivotal efficacy trial for M207…. The ZOTRIP trial results demonstrated that the 3.8mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours. While the 1.0mg and 1.9mg doses of M207 demonstrated statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptoms at two hours.  We have no product sales to date, and we will not have product sales unless and until we receive approval from the United States Food and Drug Administration ("FDA") or equivalent foreign regulatory bodies, to market and sell our product candidate. Accordingly, our success depends not only on the development, but also on our ability to finance the development of the product. We will require substantial additional funding to complete development and seek regulatory approval for these products….  *M207 Clinical Trial*  ***We are planning to meet with the FDA to confirm the dose and design of the study in order to start the safety study later this year.*** We | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | will require additional financing to complete this safety study. ***Consistent with FDA feedback, the safety study is designed to include a total of 250 subjects, who historically had experienced two to eight migraines per month, with the goals of 150 subjects completing at least six months dosing and 50 subjects completing 12 months of dosing. The safety study is planned to be an open-label study with investigator visits at months one, two, three, six, nine and twelve to record adverse events. The primary objective of the safety study is to measure adverse events and local tolerability during repeated administration. Other endpoints are electrocardiography, and laboratory parameters, as well as percentage of headaches with pain-free response.*** | | |
| 7. | 76 (a)-(e) | Speaker(s): Zosano; Walker Date: May 9, 2017 Occasion: 1Q17 Earnings Call | a. "In February, we announced the results of our ZOTRIP, pivotal efficacy trial of M207 as a treatment for acute migraine. The study met the co-primary end points to establish fast and durable pain relief for migraine sufferers." b. "I believe that the pivotal study results validate our technology platform and if approved by the FDA that M207 may provide acute migraine sufferers a non-oral treatment option." | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | c. "I'd like now begin with a short recap on the results of our pivotal study and the status of the M207 program. In February, we announced statistically significant results from the ZOTRIP trial, which demonstrated that the 3.8 mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at 2 hours. The 3.8 mg dose achieved a p value of less than 0.05 in the secondary endpoints of pain freedom at 45 minutes and 1 hour, and showed durability of effect on pain freedom to 24 and 48 hours." <br><br> d. "These [ZOTRIP trial] results demonstrated that M207, not only provided fast onset, but also a durability of effect, up to 2 days and hence freedom from recurrence of migraine. Additionally, M207 demonstrated a similar safety profile as other triptans and no Serious Adverse Events or SAEs were reported in the trial" <br><br> e. "In a Phase 1 trial, M207 demonstrated markedly faster absorption kinetics compared to oral zolmitriptan. These data were presented at the 2016 Annual | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Meeting of the American Headache Society and our posted on our website." | | |
| 8. | 77 | Speaker(s): Zosano; Walker  Date: May 9, 2017  Occasion: 1Q17 Earnings Call | The path forward for Zosano is clear. The FDA has indicated that a single, positive, pivotal efficacy study in addition to a safety study as M207 will be sufficient to file for approval under our 505(b)(2) pathway. We have worked hard and now we plan to initiate the safety study in the second half of this year. This will be an open label safety study which means we will be able to update you regularly on what we are seeing. Importantly, we do not expect any safety surprises based on our record today, but the better part of valor is to be cautiously optimistic. | See reasons provided above in connection with statements 1 and 5. | See reasons provided above in connection with statement 1. |
| 9. | 79 | Speaker(s): Zosano; Walker  Date: June 12, 2017  Occasion: Press Release | Zosano … presented additional data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 59TH Annual Scientific Meeting of the American Headache Society in Boston, MA…. ***As previously reported, the 3.8mg dose of M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours***. In addition, the 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours. ***The data presented at AHS*** | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *demonstrated that these results were attained with no SAEs and a favorable tolerability profile.*<br><br>\* \* \*<br><br>"*The novel delivery of zolmitriptan via our ADAM technology, our M207 product candidate, results in more rapid plasma levels compared to oral zolmitriptan, which may impact receptor binding or CNS penetration and suggests the rationale for demonstrated efficacy at the pre-specified endpoints,*" said Don Kellerman, Zosano's Vice President, Clinical Development and Medical Affairs. "M207 produced statistically significant results versus placebo for our co-primary endpoints, and a nominal p value of less than 0.05 for pain freedom at all time points from 45 minutes to 48 hours post dosing. This rapid onset and sustained freedom from pain positions Zosano's M207, if approved by the FDA, as a potential important new approach to treating migraines."<br><br>*Zosano's novel delivery of zolmitriptan was confirmed by the results from the ZOTRIP study,* where 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8% of patients achieving sustained pain freedom from 2-24 | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | hours and 2-48 hours respectively. In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic effect in those who treated prior to and after 2 hours. Additionally, 44% of patients who awoke with their migraine headache were pain-free at 2 hours. Patients in this trial were instructed not to treat until their headache reached moderate to severe intensity and the mean time from headache onset to treatment was almost 5 hours.<br><br><div align="center">* * *</div><br>With the multiple doses and multiple endpoints in the trial, a sequential testing procedure was used beginning with the highest dose and the co-primary endpoints. | | |
| 10. | 81 | Speaker(s): Zosano; Walker<br><br>Date: June 26, 2017<br><br>Occasion: Press Release | The press release began with three bullet points highlighting three key takeaways from the meetings:<br><br>• ***Confirmation of previously announced design of Long-term Safety Study***<br><br>• ***Recently completed ZOTRIP study acknowledged sufficient for NDA filing*** | See reasons provided above in connection with statement 1.<br><br>Further, Defendants' statements touting the FDA's confirmation regarding the sufficiency of its of its studies were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | • CMC [Chemistry, Manufacturing and Controls] development strategy confirmed adequate for registration | approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic or Phase 2/3 ZOTRIP trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission. | |
| 11. | 82 | Speaker(s): Zosano; Walker<br><br>Date: June 26, 2017<br><br>Occasion: Press Release | [. . . .] Zosano . . . today announced receipt of final minutes from recent End of Phase 2 meetings with the U.S. Food and Drug Administration (FDA). ***The focus of this meeting was to confirm three key elements to the continued development of Zosano's lead program, M207 as an acute treatment for migraine***:<br><br>• ***Confirmation of a single, positive Efficacy Study Sufficient for NDA filing*** — ***Zosano received confirmation that a single efficacy study, our recently completed ZOTRIP trial, is sufficient to support an NDA filing for M207***. Final determination of whether sufficient efficacy has been achieved remains subject to an NDA submission and formal | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | FDA review of the data from the ZOTRIP trial.<br><br>• ***Design of Long-term Safety Study — FDA confirmed the previously announced design of the Long-term Safety Study as sufficient to support an NDA filing for M207.*** The trial will evaluate the safety of repeat dosing of M207 in migraine patients, evaluating 150 patients to six months and 50 patients to a year. It is anticipated that patients will use M207 a minimum of twice per month. The primary emphasis will be on confirming skin tolerability during a year of dosing.<br><br>• ***Chemistry, Manufacturing and Controls — In a separate, concurrent communication, Zosano presented its proposed CMC development plan to the FDA. The FDA concurred that the development strategy, which conforms to relevant regulatory guidelines, appears adequate for registration of M207. CMC approval remains*** subject to NDA submission and FDA formal review and successful site inspections. | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | "We are pleased with the collaborative end-of-Phase 2 meetings with FDA that enabled us to receive detailed guidance regarding the further development of M207 and advancing towards an NDA filing," said Don Kellerman, Zosano's Vice President, Clinical Development and Medical Affairs. "This meeting represents the completion of another important milestone for M207, and we look forward to initiating our Long-term Safety Study in the third quarter of 2017, as previously announced." | | |
| 12. | 83 | Speaker(s): Zosano; Walker\n\nDate: June 26, 2017\n\nOccasion: Press Release | *As previously reported, the 3.8mg dose of M207 achieved both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours. In addition, the 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on pain freedom at 24 and 48 hours*. 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8% of patients achieving sustained pain freedom from 2-24 hours and 2-48 hours, respectively. *In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic gain in those who treated prior to and after 2 hours.* | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Additionally, 44% of patients who awoke with their migraine headache were pain free at 2 hours. Patients in this trial were instructed not to treat until their headache reached moderate to severe intensity, and the mean time from headache onset to treatment was almost 5 hours. M207 was well-tolerated with no SAEs. Overall, 13 subjects (3.9%) reported pain at the application site; application site pain was reported as mild in all but 3 subjects. The most frequently reported adverse event was redness at the application site (18.3% of subjects). All cases of redness resolved. Additionally, 5 (1.5%) patients across M207-treated groups reported dizziness vs 0% on placebo. | | |
| 13. | 86 | Speaker(s): Zosano; Walker  Date: July 31, 2017  Occasion: Press Release | Zosano … announced today that Future Medicine's Pain Management Journal had published the Company's positive results from a Phase 1, single center, open label, ascending-dose trial demonstrating the rapid and reproducible delivery of M207, our formulation of zolmitriptan using our ADAM technology.  * * *  ***The pharmacokinetics of zolmitriptan delivery using this technology was evaluated in 20 healthy volunteers in a phase 1 trial and median $T_{max}$ (20 min) of M207 was shown to be similar*** | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *to subcutaneous sumatriptan. Relative to oral zolmitriptan, absorption was substantially faster, with higher exposure in the first 2 hours when using M207.* Most adverse events were consistent with those seen in previous triptan trials and no serious adverse events were observed. Application site reactions evaluated 30 minutes after application were generally mild and resolved within 24 hours. *This study also demonstrated the feasibility of loading up to 3.8mg of zolmitriptan on the single array while maintaining the pharmacokinetic advantage described.*<br><br>"*These published results clearly demonstrate the unique pharmacokinetic profile generated by delivering zolmitriptan using our ADAM technology,*" stated Donald Kellerman, Zosano's Vice President of Clinical Development and Medical Affairs. "*Confirmation that this pharmacokinetic profile could translate to clinical efficacy was demonstrated in the positive ZOTRIP pivotal trial results we reported this past February.*"<br><br>On February 13th, 2017, *the Company announced positive results from the ZOTRIP pivotal efficacy study…. In this study the 3.8mg dose of M207 demonstrated a statistically* | | |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *significant benefit at the pre-specified primary endpoint (2 hours), and the secondary endpoint of pain freedom at 45 min after administration, with an effect that was sustainable for 48 hours post treatment.* In addition, this dose of M207 also demonstrated statistically significant benefit in reversing patients' most bothersome symptom (photophobia, phonophobia or nausea and vomiting) at 2 hours post treatment. "We are pleased and honored by the recognition of our propriety ADAM technology in the Pain Management Journal," stated John P. Walker, Zosano's Interim Chief Executive Officer. "*We believe M207 addresses a clinical unmet need for patients struggling to find rapid pain relief for migraine episodes and look forward to making the additional preparations necessary to file for NDA approval in 2019.*" | | |
| 14. | 88 | Speaker(s): Zosano; Walker Date: August 10, 2017 | ".... I believe … our lead asset, M207, has demonstrated that it can be a significant addition to the treatment options available to migraine sufferers, if approved by the FDA," commented John P. Walker, Chairman and Chief Executive Officer. "Zosano continues to execute on its operating plan, and is progressing towards initiating our long-term safety study as | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Occasion: Press Release | previously announced. In the second quarter, we received from the U.S. Food and Drug Administration (FDA) confirmation of our previously announced study design and requirements to advance M207 towards an NDA filing. In addition, we participated in the American Headache Society meeting in Boston as a late-breaking oral presentation. We continue to prioritize increased awareness of M207 in the physician community, and plan additional conference presentations and publications in the second half of 2017." | | |
| 15. | 89 | Speaker(s): Zosano; Walker <br><br> Date: August 10, 2017 <br><br> Occasion: Press Release | • In June 2017, Zosano held its end of Phase 2 meetings with the FDA, where the FDA confirmed the previously announced design of the Long-term Safety Study as sufficient to support an NDA filing for M207, that the recently completed single, positive efficacy study is sufficient for NDA filing for M207, and the FDA concurred that the development strategy, which conforms to relevant regulatory guidelines, appears adequate for registration of M207. <br><br> • June 2017, Zosano presented additional data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | the 59th Annual Scientific Meeting of the American Headache Society in Boston, Massachusetts. The 3.8mg dose achieved significance in the secondary endpoints of pain freedom at 45 minutes and 1 hour and showed durability of effect on sustained pain freedom at 24 and 48 hours.<br><br>• In July, Zosano announced the publication of positive phase 1 data of zolmitriptan delivery in *Future Medicine's Pain Management Journal.* | | |
| 16. | 90 | Speaker(s): Zosano; Walker<br><br>Date: August 10, 2017<br><br>Occasion: 2Q17 10-Q | ***In February 2017, we announced the completion and results of our ZOTRIP pivotal efficacy trial for M207…. The ZOTRIP trial results demonstrated that the 3.8mg M207 dose achieved statistically significant pain freedom and most bothersome symptom freedom at two hours.*** While the 1.0mg and 1.9mg doses of M207 demonstrated statistical significance in pain freedom at two hours, they did not achieve statistical significance in freedom from most bothersome symptoms at two hours.<br><br>We have no product sales to date, and we will not have product sales unless and until we receive approval from the United States Food and Drug Administration ("FDA") or equivalent foreign regulatory bodies, to market and sell our product | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | candidate. Accordingly, our success depends not only on the development, but also on our ability to finance the development of the product. We will require substantial additional funding to complete development and seek regulatory approval for these products….<br><br>*M207 Clinical Trial*<br><br>**We met with the FDA in May 2017 to discuss parameters of our required long term safety study, primarily the dose of M207 we are advancing and the study design. Consistent with FDA feedback, the safety study will seek to enroll subjects who historically had experienced two to eight migraines per month, with the goals of 150 subjects completing at least six months dosing and 50 subjects completing 12 months of dosing. The safety study is planned to be open-label, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. The primary objective of the safety study is to measure adverse events and local tolerability during repeated administration. Other endpoints are electrocardiography, and laboratory parameters, as well as percentage of headaches with pain-free response.** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 17. | 91 | Speaker(s): Zosano; Walker Date: August 10, 2017 Occasion: 2Q17 Earnings Call | *In June, the FDA confirmed that the previously announced design of our long-term safety study and the recently completed single positive efficacy study are sufficient to support an NDA filing for M207, which conforms to [] relevant regulatory guidelines, and that this should be adequate for registration for M207, which we believe can be positioned in the market as a better triptan and providing for the fast onset of pain freedom and the durability of effect that the patients want for*. <br><br> Operationally, we're on schedule to initiate the safety study as planned….*We continue to make progress this quarter on communicating our clinical data to the physician community*. <br><br> In June, Zosano presented additional data from its pivotal Phase 2[/]3 ZOTRIP study evaluating M207 [as an] acute treatment for migraine during the 59th Annual Scientific Meeting of the American Headache Society in Boston. In addition to having met our co-primary end points, the 3.8 mg dose also achieved significance in the secondary end points of pain freedom at 45 minutes and 1 hour and shows durability of effect on a sustained pain freedom at 24 and 48 hours. | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | ***Subsequent to the quarter and Zosano announced the publication of positive Phase 1 data of zolmitriptan delivery in Future Medicine's Pain Management Journey -- or Journal, I'm sorry. Well, I know that some questioned to press release of Phase 1 results when we already completed our efficacy study, I would simply like to comment that that's a result of the very fast movement that we had around completion of Phase 1 through the completion of the efficacy study,*** which is due to the execution under the leadership of Don Kellerman, and we anticipate that we will equal success in enrolling our safety study and then completing that study and having the appropriate 12 months of safety information before the end of 2018, and therefore able to file our NDA in the second half of 2019.<br><br>* * *<br><br>[W]e would anticipate that we would have the data [from the 12 month safety study] early in the fourth quarter of 2018 and our anticipation is that we would be filling the NDA around midyear of 2019. | | |
| 18. | 92 | Speaker(s): Zosano; Walker | Zosano … presented data from its pivotal Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 18th Annual Congress of the International Headache Society in Vancouver, BC. | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Date: September 13, 2017 Occasion: Press Release | * * * As previously reported, the 3.8mg dose of M207 met both co-primary endpoints of pain freedom and most bothersome symptom freedom at 2 hours. In addition, the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours. Two other poster presentations related to the results of the ZOTRIP study were presented at the meeting. * * * M207 is designed to rapidly deliver zolmitriptan during a migraine attack utilizing Zosano's proprietary Adhesive Dermally-Applied Microarray, or ADAM technology. Zosano's ADAM technology consists of titanium microprojections coated with drug, and in the case of M207, our formulation of zolmitriptan. Our ADAM technology delivers zolmitriptan by abrading the stratum corneum and allowing drug to be absorbed into the microcapillary system of the skin. * * * ***Zosano's novel delivery of zolmitriptan was confirmed by the results from the ZOTRIP study, where 41.5% of the patients treated with the 3.8mg dose of M207 achieved pain freedom*** | | |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *at 2 hours, and the effect also appeared to be durable, with 31.7% and 26.8% of patients achieving sustained pain freedom from 2-24 hours and 2-48 hours respectively*. In post-hoc analyses, M207 also demonstrated efficacy in traditionally difficult to treat established migraine headaches, as evidenced by a nearly identical therapeutic effect in those who treated prior to and after 2 hours. | | |
| 19. | 93 | Speaker(s): Zosano; Walker  Date: October 12, 2017  Occasion: Press Release | Zosano … announced today that Cephalalgia had published the Company's positive results from our pivotal, multi-center, double blind, placebo controlled, trial demonstrating efficacy and safety of M207, our formulation of zolmitriptan using our ADAM technology.  ADAM is Zosano Pharma's proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms. ADAM consists of an array of drug-coated titanium microprojections mounted on an adhesive backing that is pressed on to the skin using a reusable handheld applicator. The microprojections penetrate the stratum corneum and allow drug to be absorbed into the microcapillary system of the blood. | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | ***Cephalalgia published a paper titled "Randomized, Double-blind, Placebo-controlled, Parallel-group, Multi-center Study of the Safety and Efficacy of ADAM Zolmitriptan for the Acute Treatment of Migraine", which contained the positive results from Zosano's ZOTRIP pivotal study....*** In this study of 365 migraineurs, the 3.8mg dose of M207 demonstrated a statistically significant benefit in both freedom from pain and freedom from a patient's most bothersome symptom (photophobia, phonophobia or nausea and vomiting) at the 2 hour pre-specified primary endpoint. Secondary endpoints demonstrated pain freedom at 45 min after administration, with an effect that was sustainable for 48 hours post treatment. The majority of adverse events were mild or moderate application site reactions. There were no serious adverse events. Zosano announced the results of the ZOTRIP trial in February 2017.<br><br>"We are grateful for the contributions of our investigators, co-authors and advisors on the design, execution, analysis and reporting of the ZOTRIP trial," said Dr. Don Kellerman, Vice President of Clinical Development. "We believe that the time from topline results to peer-reviewed publication in a prestigious journal | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | reflects the design of the study and the unambiguous results." | | |
| | | | "*We are pleased to have the results of ZOTRIP, our pivotal study, published in Cephalalgia,*" *stated John P. Walker, Zosano's Chairman and Chief Executive Officer.* "*The recognition of the results from ZOTRIP in such a well-known journal will continue to raise awareness of M207, and its ability to address an unmet need for patients struggling to find rapid and durable pain relief for migraine episodes.*" | | |
| 20. | 94 | Speaker(s): Zosano; Walker Date: By Nov. 5, 2017 and throughout the remainder of the Class Period Occasion: N/A - Zosano website |  | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 21. | 95 | Speaker(s): Zosano; Walker<br><br>Date: November 8, 2017<br><br>Occasion: Press Release | Zosano … announced the initiation of a long-term safety study, our M207-ADAM Study, which is designed to assess the safety profile of repeat uses of M207 for up to 12 months.<br><br>*** <br><br>"We are pleased to have our first patient in M207-ADAM. ***This study marks the major component of the final phase of clinical development for M207, prior to filing our NDA***," said John Walker, Chairman and Chief Executive Officer of Zosano. "While the trial's main purpose is to assess safety, we will also be evaluating patient usage patterns and additional data that could be very informative to our marketing plans, if M207 is approved by the FDA. The open label design of this trial will also allow us to provide details of the study periodically throughout 2018, which we intend to share with stakeholders in Zosano."<br><br>***ADAM is Zosano Pharma's proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms***. ADAM consists of an array of drug-coated titanium microprojections mounted on an adhesive backing that is pressed on to the skin using a reusable handheld applicator. The | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | microprojections penetrate the stratum corneum and allow drug to be absorbed into the microcapillary system of the blood. | | |
| 22. | 96 | Speaker(s): Zosano; Walker <br><br> Date: November 9, 2017 <br><br> Occasion: Press Release | "We continue our efforts to educate the clinical community regarding the data from the M207 clinical program," said John Walker, Chairman and Chief Executive Officer of Zosano. "***Phase I data was published in Pain Management in August, with the Phase II/III data published in October by Cephalalgia. Additionally, in September, our clinical team presented new data from our ZOTRIP study regarding duration of effect at 24 and 48 hours post dosing at the International Headache Conference in Vancouver, B.C. The company continues to execute on our path to an NDA***, including the initiation of our long-term safety study on November 7 and the continued scale up of manufacturing to support potential commercialization, pending approval of M207 by the FDA." | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |
| 23. | 97 | Speaker(s): Zosano; Walker <br><br> Date: November 9, 2017 | a. "In November 2017, Zosano announced initiation of our long-term safety study evaluating repeat uses of M207 in migraine patients." <br> b. "In October 2017, Zosano announced that Cephalalgia had published the | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Occasion: Press Release | results from our ZOTRIP Phase 2/3 efficacy trial." <br> c. "In September 2017, Zosano presented new data from the Phase 2/3 ZOTRIP study evaluating M207 as an acute treatment for migraine during the 18th Annual Congress of the International Headache Society in Vancouver, British Columbia. In addition to previously reported data, Zosano reported that the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours." | | |
| 24. | 98 | Speaker(s): Zosano; Walker <br> Date: November 9, 2017 <br> Occasion: 3Q17 10-Q | In November 2017, we announced the initiation of our long-term safety study for M207 as an acute treatment of migraine ("M207-ADAM"), with the enrollment of the first patient in the study. M207-ADAM is an open label study evaluating the safety of the 3.8mg dose of zolmitriptan in migraine patients who have historically experienced at least two migraines per month. Patients are expected to treat a minimum of two migraines per month, with no maximum treatment limits. The study will evaluate 150 patients for six months, and 50 patients for a year at approximately 30 sites in the U.S. The study is planned to be open-labeled, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. We may elect to enroll more than the required | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | number of patients to ensure a robust data set, and achievement of evaluable patients at each time point. The primary objective of M207-ADAM is to assess safety of M207 during repeated use over six and twelve months. Other endpoints are electrocardiography and laboratory parameters, as well as percentage of headaches with pain-free response. | | |
| 25. | 99 | Speaker(s): Zosano; Walker Date: November 9, 2017 Occasion: 3Q17 Earnings Call | From a 35,000 foot level, I want to emphasize that we are singularly focused on doing what needs to be done to file our NDA and ultimately commercialize M207, a product we believe will be an important addition to the treatment of acute migraines. We are delivering on our goals in both a timely and cost-efficient manner.<br><br>We continue to focus on educating the clinical community regarding the data from the M207 clinical program. ***Our Phase I data was published in Pain Management in August and our pivotal efficacy study data was published in October by Cephalagia. Both are important peer-reviewed medical journals***.<br><br>Additionally, ***in September, our clinical team presented additional new data from our ZOTRIP efficacy study regarding duration of effect at 24 and 48 hours post dosing at the International Headache Society Meeting in*** | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

---

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CA C ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *Vancouver, British Columbia. There, in addition to previously reported data, Zosano reported that the 3.8mg dose showed durability of effect on pain freedom to 24 and 48 hours. These efforts are important in building awareness of M207 in the clinical community and we believe that the response has been very positive in understanding how M207 can address the clinical need for faster onset, durability of effect, and the ability to treat morning migraines and other migraines where treatment has been delaye*d.<br><br>You are already aware, the results from the ZOTRIP trial demonstrated that the 3.8mg dose of M207 met both co-primary endpoints, achieving pain freedom and most bothersome symptom freedom at two hours, and reached statistical significance of pain freedom at 45 minutes and one hour. Additionally, M207 demonstrated a similar safety profile as other triptans with no serious adverse events reported in the trial.<br><br>Importantly, throughout the Company, we are executing on our plans that will lead to our NDA submission in the second half of 2019. Yesterday we announced that our first patient enrolled in the long-term safety study evaluating repeat uses | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | of M207 in migraine patients. ***The long-term safety study is the final major study that we need to complete prior to filing our NDA.*** <br> *** <br> As we've indicated, we do believe that Zosano has delivered on several key inflection points this year. One only needs to reflect back that it was in 2017 that we did announce our pivotal efficacy results back in February.… ***We had a very fruitful meeting with the Food and Drug Administration and [are] certainly very proud and pleased that they agreed that our efficacy data was sufficient for filing and that our long-term safety protocol was sufficient***. <br> *** <br> And so, ***we are moving forward aggressively in terms of completing what we believe is important and necessary to file our NDA***. And the momentum that we have seen … and the positive response that we've gotten from the clinical community does lead us to believe that we have a very attractive product in M207 and one that will address some needs on the part of the patients and the clinical community that are not fully addressed at this point in time by other available therapies. | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 26. | 102 | Speaker(s): Zosano; Walker<br>Date: March 12, 2018<br>Occasion: Press Release | "***The fourth quarter continued to see strong execution in bringing M207 to market***. We are pleased with the enrollment in our open label, Long-Term Safety Study, and note that we now have 28 sites up and running. We remain confident that we will hit our targets of having 100 subjects on study drug by the end of the first quarter and 250 by the end of the second quarter," commented John Walker, Chairman and Chief Executive Officer.<br><br>"***Our efforts to highlight our efficacy data to the clinical community continues, most notably by the publication of our pivotal data in Cephalalgia in October***," Mr. Walker continued. "The issuance of our new patent on the use of M207 to treat migraine and cluster headaches is also significant as it provides intellectual property protection through 2037."<br><br>**Recent Business Highlights and Clinical Update**<br>• In October 2017, Zosano announced that Cephalalgia had published the results from our ZOTRIP Phase 2/3 efficacy trial.<br>\*\*\* | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | • In November 2017, Zosano announced initiation of our long-term safety study evaluating M207.<br>• In November 2017, Zosano presented at the 29TH Annual Piper Jaffray Health Conference.<br>• In December 2017, Zosano received Notice of Allowance from the United States Patent and Trademark Office for our patent application directed to M207. This newly allowed application will issue on March 20, 2018 as U.S. Pat. No. 9,918,932 and will expire in 2037. | | |
| 27. | 103 | Speaker(s): Zosano; Walker<br><br>Date: March 12, 2018<br><br>Occasion: 2017 10-K | In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine.<br><br>\*\*\*<br><br>ADAM is our proprietary, investigational technology platform designed to offer rapid drug absorption into the bloodstream, which can result in an improved pharmacokinetic profile compared to original dosage forms.<br><br>\*\*\*<br><br>Our development efforts are focused on our product candidate, M207. M207 is our | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | proprietary formulation of zolmitriptan delivered utilizing our ADAM technology.… The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding exposure to the gastrointestinal, GI, tract. ***Feedback from the United States Food and Drug Administration, or FDA, on M207's regulatory path has confirmed that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine.***<br><br>**ZOTRIP Phase 3 Trial Results**<br>The ZOTRIP trial was a multicenter, double-blind, randomized, placebo-controlled trial comparing three doses of M207 (1.0mg, 1.9mg, and 3.8mg) to placebo for the treatment of a single migraine attack. As illustrated in the table below, the ZOTRIP trial results showed that the 3.8mg M207 dose demonstrated statistically significant pain freedom and most bothersome symptom freedom at two hours, the co-primary endpoints of the study.<br>\*\*\*<br><br>**M207 Long Term Safety Study** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | In November 2017, we announced the initiation of enrollment in our long-term safety study for M207 as an acute treatment of migraine ("M207-ADAM"). M207-ADAM is an open label study evaluating the safety of the 3.8mg dose of M207 in migraine patients who have historically experienced at least two migraines per month. Patients are expected to treat a minimum of two migraines per month, with no maximum treatment limits. The M207-ADAM study will evaluate 150 patients for six months, and 50 patients for a year at approximately 30 sites in the U.S. The study is open-label, with investigator visits at months one, two, three, six, nine and twelve to record adverse events. We may elect to enroll more than the required number of patients to ensure a robust data set, and achievement of evaluable patients at each time point. The primary objective of M207-ADAM is to assess safety of M207 during repeated use over six and twelve months. Other endpoints are electrocardiography and laboratory parameters, as well as percentage of headaches with pain-free response.<br><br>***<br>***ZOTRIP Phase 2/3 Trial achieved statistical significance on co-primary endpoints with the 3.8mg dose*** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | On February 13, 2017 the Company announced the results of our ZOTRIP pivotal efficacy trial for M207. Our ZOTRIP trial was a multicenter, double-blind, randomized, placebo-controlled trial comparing three doses of M207 (1.0mg, 1.9mg, and 3.8mg) to placebo for the treatment of a single migraine attack…. <br> *** <br> With the multiple doses and multiple endpoints in the trial, a sequential testing procedure was used beginning with the highest dose and the co-primary endpoints. Since statistical significance was not achieved for most bothersome symptom in the 1.9 mg group, p-values for secondary endpoints should be considered nominal p-values. <br> *** <br> M207 was generally well-tolerated with no SAEs reported in the ZOTRIP trial. | | |
| 28. | 104 | Speaker(s): Zosano; Walker <br> Date: March 12, 2018 <br> Occasion: 2017 10-K | ***The long-term safety study for M207 is an important next step in the development of M207. If we cannot raise capital, manufacture supply for the safety study, continue to enroll subjects, complete the safety study in a timely manner, or produce results that satisfy FDA requirements, the regulatory approval process could be delayed and our business could be adversely affected.*** | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | ***After receiving positive results from our ZOTRIP Phase 2/3 efficacy trial of M207, the next step in the regulatory approval process is to complete a long-term safety study. We initiated this study in the second half of 2017.*** To complete the safety study, we will need to raise additional capital to fund the manufacture of sufficient supply of M207 and to continue to enroll subjects in the study. There are no assurances that such additional capital will be available to us on terms that are favorable to us or our existing stockholders or at all. The study will also need to produce results that satisfy FDA requirements. Any failure or setback in completing any of these required steps could require us to delay, limit, reduce or terminate our development of M207. Also, even though we have discussed our development strategy with the FDA on our M207 program and received feedback from the FDA about the size and the length of the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process and require additional clinical work. | | |
| 29. | 105 | Speaker(s): Zosano; Walker | a.  "So first and foremost as most of you know, our pivotal efficacy data was released in February of last year of 2017 and our 3.8 mg dose met both of the co- | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Date: April 4, 2018<br><br>Occasion: Conference Call | primary endpoints of pain freedom at two hours with a score of 41.5% versus a placebo of roughly 14%. So that 27% difference is something that we feel is very significant and gives us very real belief that we have a therapeutic that when offered to the market will meet a number of unmet needs at this point."<br><br>b. "In addition, freedom for most bothersome symptom scores was also achieved and we had a number of secondary endpoints that we reviewed, including pain relief, which as most of you know came in at 81% at two hours. So again, our pivotal efficacy data was significant in our view in regard to how it performed relative to what's been reported for other compounds."<br><br>c. "We had a successful end of Phase 2 meeting with the FDA in May and then presented our pivotal efficacy data at the American Headache Society meeting in June of last year. Our Phase 1 data was published in Pain Management in August and we then presented our efficacy data and a couple of abstracts at the International Headache Conference meeting in September. All of those efforts, including the publication of our pivotal efficacy data in Cephalalgia in November | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | are oriented towards educating the clinical community, which we are continuing to do in 2018." <br><br> d.  "As we looked at 2018, the most important goal that we set for ourselves was to complete a financing that would not only allow us to complete the long-term safety study but to provide capital through NDA filing, which as most of you know is scheduled for the fourth quarter of 2019." <br><br> e.  "We also intend this year to publish additional clinical data regarding our most bothersome symptom scores." <br><br> f.  "So the message that I really wanted to try to deliver to our shareholders today is that with the successful completion of our financing round, which does fund us through NDA filing, the focus of this company will continue to be on the execution of all that is required to have a timely and complete NDA filing by the end of next year. We are on track to accomplish that in all of the specific categories that will comprise the NDA filing, and I am very pleased with the operational performance of our company and hope that the ability to continue to execute will eventually translate into technology value in our stock." | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | | | |
| 30. | 108 | Speaker(s): Zosano; Walker  Date: May 14, 2018  Occasion: Press Release | The M207-ADAM study updates include:  • 250 subjects have qualified and received study drug;  • An additional 60 subjects have signed consents and are in the 2-week run-in evaluation period;  • *Subjects have treated over 1,000 migraines since the Study was initiated;*  • *Treatment has resulted in observed pain freedom at two hours in 42% of migraines and pain relief at two hours in 85% of migraines; and*  • *No serious adverse events have been observed to date.*  "The M207-ADAM study continues to progress at a brisk pace. *Importantly, our observed pain freedom and pain relief score at two hours are consistent with the data reported in our pivotal efficacy study,*" said Dr. Donald Kellerman, Zosano's VP, Clinical Development and Medical Affairs. "The 250TH enrolled subject is an important milestone in the study. We believe that at least 150 subjects will complete six months of evaluation in the Study and 50 will complete one | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | year. The Study is on track to have more than 50 subjects complete one year of evaluation by the end of March 2019." | | |
| 31. | 110 | Speaker(s): Zosano; Walker<br><br>Date: May 15, 2018<br><br>Occasion: Press Release | a. "'We … passed the 250th mark in subjects enrolled in our long-term safety study, noting that the pain freedom and pain relief scores observed are consistent with the high degree of efficacy we achieved with M207 in our pivotal study', stated John Walker Chairman and CEO."<br>b. "Also in March 2018, we announced that the 100th patient had been enrolled in our long-term safety study of M207. ***To date, we have successfully enrolled 250 patients in the study and, importantly, over 1,000 migraines have been treated with observed pain freedom scores at two hours of 42% and pain relief scores at two hours of 85%.***"<br>c. "In November 2017, the Company announced the initiation of its long-term safety study evaluating M207 and expects to file an NDA for M207 in the fourth quarter of 2019." | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |
| 32. | 111 | Speaker(s): Zosano; Walker | a. "In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: May 15, 2018<br><br><u>Occasion</u>: 1Q18 10-Q | M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine."<br>b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding GI tract."<br>c. "Feedback from the United States Food and Drug Administration, or FDA, on M207's regulatory path has been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine."<br>d. "The clinical completion of the [long term safety] study will occur after 50 subjects have completed a year of treatment, which we estimate will occur in March 2019. As of the date of this filing, over 200 subjects have received study drug and we have begun manufacturing of our registration batches."<br>e. "We believe the completion of [the Company's April 3, 2018] public offering will allow us to continue executing on the timely filing of our NDA for M207, which | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | we expect will occur in the fourth quarter of 2019. | | |
| 33. | 112 | Speaker(s): Zosano; Walker  Date: May 15, 2018  Occasion: 1Q18 Conference Call | a. "[W]e have been … keeping with our planned NDA filing[.]"  b. "[Regarding the long term safety study,] I am very pleased to report that … we now have over 250 patients, who are qualified and who have received study drug….. Study patients have now treated over 1000 migraines with no reported serious adverse events and importantly, pain freedom scores as reported by the subjects are at 42% at two hours and pain relief at 85% at two hours post dosing. Both of these observed results compare favorably to our pivotal data as reported in Cephalagia in November 2017 and as presented at both the International Headache Conference and American Headache Society meetings last year and most recently, at the American Academy of Neurology meeting in April."  c. "I've made the comment previously that I believe our data suggest that this [Qtrypta (M207)] is the 'best triptan' and we know that triptans continue to represent the largest segment of the current migraine market. And we believe that with our performance being substantially better | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | than others that have reported to date they will find a very good position from that standpoint." <br> d. "[W]e certainly believe that the strength of the clinical data [] is how we do believe we can best address the market. [] [W]e believe M207 if approved represents a multiply $100 million per year opportunity in the market for treating migraines. Our therapeutic gain, in other words the difference between the placebo-control group and the active, which is 27.2% for M207 in pain freedom at two hours and of 26% therapeutic gain in freedom for most bothersome symptoms at two hours are the best currently reported by any program or product, which is use these end points per the new FDA guideline in their clinical studies." <br> e. "So we certainly believe that we compete very favorably with new mechanisms of vaccine that are being developed. And importantly, we know that we deliver for those drugs that were approved previously via pain relief scores. We know that we deliver pain relief scores that are very attractive, in regard to the comparison with at least the data that is in the labels of other forms of Triptan delivery." | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | f.  "[F]rom our perspective, Zosano continues to execute extremely well in our drive to file an NDA for M207 in the fourth quarter of 2019." <br><br> g.  "[W]e hope you … recognize the significant upside opportunity that our clinical data suggest [i]s in front of us, in regard to continued awareness in the financial and critical markets as to the strength of the clinical outcomes in M207 can produce." | | |
| 34. | 115 | Speaker(s): Zosano; Walker <br><br> Date: August 9, 2018 <br><br> Occasion: Press Release | *"In the second quarter, enrollment was completed for the M207-ADAM study, a long-term safety study for the acute treatment of migraine. Since study initiation in November 2017, a total of 344 subjects have been enrolled in the study and received M207….*" commented John Walker, Chairman and Chief Executive Officer. "We are pleased with the observed data from the study thus far, which illustrates that the ADAM patch is reported to be well-tolerated by subjects after multiple applications for their migraines. Additionally, there have been no drug related serious adverse events reported to date. Importantly, efficacy based on the secondary measures of observed pain freedom at two hours and pain relief at two hours remain consistent with earlier clinical | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | studies at 42% response rate and 84% response rate, respectively." <br><br> "***In the second quarter, we continued to grow our body of evidence supporting the development and potential commercialization of M207.*** Analyses from the M207 Phase 2/3 clinical study on pain relief by time and recurrence of migraine in subjects with pain relief at two hours were presented at the American Headache Society (AHS) meeting in June. The data showed M207 demonstrated both early and durable responses in the treatment of migraine," Mr. Walker continued. "During AHS, there was also a poster and oral presentation on key findings for receptor binding kinetics of zolmitriptan and sumatriptan. ***These findings showed differences between the two compounds, with zolmitriptan having a longer duration of receptor occupancy, providing a potential mechanistic rationale for the durability of effect seen in the ZOTRIP Study***." | | |
| 35. | 116 | Speaker(s): Zosano; Walker <br><br> Date: August 9, 2018 | **Recent Business Highlights and Clinical Update** <br> • In May 2018, Zosano completed enrollment for M207-ADAM long-term safety study, with 344 subjects enrolled in the study. | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Occasion: Press Release | • In May 2018, Zosano announced the publication of most bothersome symptom (MBS) data from the ZOTRIP pivotal study in Headache: the Journal of Head and Face Pain. MBS freedom at two hours was observed in 68% of M207 3.8 mg subjects as compared to 43% of placebo subjects (P < .0009). <br> *** <br> • In June 2018, Zosano presented at the 2018 American Headache Society (AHS) meeting additional analyses from the ZOTRIP pivotal study on pain relief and recurrence, demonstrating both early onset and durability of effect. <br> • In June 2018, the Journal of Pharmaceutics published positive data from a nonclinical study evaluating pharmacokinetics and skin tolerability for ADAM™ technology for the delivery of zolmitriptan. <br> • In July 2018, the Journal of Pharmaceutical Science published skin tolerability and bioavailability data using ADAM's intracutaneous zolmitriptan delivery. The | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | pharmacokinetic studies showed that the ADAM 1.9-mg zolmitriptan was delivered with high efficiency (85%) and high absolute bioavailability (77%). | | |
| 36. | 117 | Speaker(s): Zosano; Walker<br><br>Date: August 9. 2018<br><br>Occasion: 2Q18 10-Q | a. "*In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM™ technology, as an acute treatment for migraine*."<br>b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract."<br>c. "*The United States Food and Drug Administration, or FDA, has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine*."<br>d. "*In March 2018, we announced that the 100th subject had enrolled and received M207 in the long-term safety study.* As of June 2018, 344 subjects have qualified and received study drug. Study subjects have treated more than 2,500 migraines since | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | study initiation. We expect clinical completion by March 2019, when at least 50 of these subjects will complete one year in the study and have treated at least two migraines per month. As of the date of this filing, we have begun manufacturing of our registration batches in support of the NDA." <br> e. "***We believe the completion of [the April 2018] public offering will allow us to continue executing on the timely filing of our NDA for M207, which we expect will occur in the fourth quarter of 2019***." | | |
| 37. | 118 | <u>Speaker(s)</u>: Zosano; Walker <br> <u>Date</u>: August 9, 2018 <br> <u>Occasion</u>: 2Q18 Conference Call | ***[W]e continue to be very pleased with the progress we're making in terms of executing on the development of M207.*** We remain on track for the milestones that we had elucidated earlier this year in regards to the registration [batches] being on stability within the third quarter to have our six-month portion of the trial completed early in the fourth quarter and to track for completion of the 12-month end point in the first quarter of 2019. ***All of that [is] intended to lead to the filing of an NDA within the fourth quarter of 2019 and if all goes well then to [sic] anticipate a market launch by the end of 2020 or the early part of 2021.*** | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *I'd also like to add that we continue to be very pleased with the commentary in the anecdotal data that we are receiving from investigators as well as patients in regard to the performance of M207 and a tolerability of M207 in the ongoing clinical studies.* So we do feel that this in combination with the strength of the clinical data that we have already presented and published and the continued analysis of additional data from that pivotal study puts us in very good position to have an effective launch and to be able to attract a very decent share of the triptan market that currently focused on treating acute migraines. | | |
| 38. | 119 | Speaker(s): Zosano; Walker Date: October 23, 2018 Occasion: Press Release | *Zosano … today announced that more than 150 evaluable subjects have completed their six month visit in the M207-ADAM study (the "Study"), a long-term, open-label safety study for the acute treatment of migraine. This marks completion of the first major goal of this study, a defined data set per the protocol in which 150 subjects must treat repeatedly for six months and 50 subjects must treat repeatedly for one year.* *No unexpected safety signals have been identified during the first six months of the trial and there have been no study drug related* | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's
Standing Order

| Stmt # | CA C ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | ***serious adverse events.*** The total number of investigator reported adverse events, with 4,000 applications to date, is 625 of which 232 are reported as skin site reactions and 120 triptan related adverse events. The remainder of the adverse events (273) include nasal congestion, gastrointestinal disorders, appetite suppression, respiratory tract infections and insomnia, among others. Efficacy parameters, while observational in the context of this open label safety study, continue to remain similar to the data from the pivotal ZOTRIP trial. The rate of pain freedom at two hours following patch application is approximately 43% and most bothersome symptom freedom is approximately 68%, while pain relief at two hours post treatment is reported at 81% of migraine attacks treated.<br><br>"With over 4,000 migraine attacks treated to date, we don't foresee any unanticipated safety signals developing during the remainder of the trial," commented Dr. Don Kellerman, vice president of clinical development of Zosano. "We anticipate our goal of 50 subjects treated for one year will be complete in the first quarter of 2019."<br><br>\*\*\*<br>***In November 2017, the Company announced the initiation of its long-term safety study*** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CA C ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *evaluating M207 and expects to file a New Drug Application for M207 in the fourth quarter of 2019*. | | |
| 39. | 120 | Speaker(s): Zosano; Walker <br> Date: November 14, 2018 <br> Occasion: Press Release | "The Company has continued to execute upon our stated milestones throughout 2018. We recently completed our registration batches; reached an important milestone in our long-term safety study as 150 patients completed 6 months of therapy; secured a capital equipment lease line and contracted with a leading organization to manufacture M207….," stated John Walker, chairman and chief executive officer. <br><br> "[W]e will continue to focus our attention on the execution needed to advance M207. By the end of the first quarter of 2019, we anticipate completing the final data set in our long-term safety study, with 50 subjects completing their 12 month visit, and in the third quarter of 2019, we expect to complete stability testing for our GMP manufacturing lots, leading to the filing of the NDA in the fourth quarter of next year." | See reasons provided above in connection with statement 1. | See reasons provided above in connection with statement 1. |
| 40. | 121 | Speaker(s): Zosano; Walker | a.  "In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated M207, which is our proprietary formulation of zolmitriptan delivered via our ADAM™ | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: November 14, 2018 <u>Occasion</u>: 3Q18 10-Q | technology, as an acute treatment for migraine." <br> b. "The objective of M207 is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract." <br> c. "***The United States Food and Drug Administration, or FDA, has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of M207 for the treatment of migraine***." <br> d. "***In October 2018, we announced that, of the 344 subjects enrolled, more than 150 evaluable subjects have completed their six month visit in the M207-ADAM study. This marked the completion of the first major goal of this study,*** a defined data set per the protocol in which 150 subjects must treat on average at least two migraines per month for six months and 50 subjects must treat at least two migraines per month for one year. Study subjects have treated more than 4,000 migraines since study initiation. We expect clinical completion by March 2019, when at least 50 of these subjects will complete one year in the study and have treated at least two migraines per month." | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 41. | 122 | Speaker(s): Zosano; Walker<br><br>Date: November 14, 2018<br><br>Occasion: 3Q18 Conference Call | a. ***Since our last call, the company has continued to execute against our stated goals in moving M207 toward an NDA filing in the fourth quarter of next year.***"<br>b. "***Both data sets [from the ZOTRIP trial and long term safety study] will form the basis of our submission to the FDA for approval. Importantly the open label study has had no reported drug-related serious adverse events.*** The number, type and severity of adverse events reported is very much within our anticipated ranges with a significant majority of reported site-related events cleared within a short period of time post administration."<br>c. "***As we have significantly reduced the risk in the NDA filing [for Qtrypta] and potential approval by the FDA, we have concurrently increased the value of this program such that we believe it would be attractive to companies participating in the pain migraine our specialty market areas***."<br>d. "***Our clinical data speaks for itself in demonstrating subject to the FDA concurrence of efficacy that extends across the full spectrum of an acute migraine attack and that will be safe and*** | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *well tolerated by the patient who is in need of such relief.*" <br><br> e. "As most investors that I've had the opportunity to speak with directly have commented, the company has made significant progress in executing against all of our goals for 2018, and *I simply want to make sure that investors know we will continue to keep our eye on the ball and execute in a timely and effective manner, and everything that needs to take place to file our NDA on schedule in the fourth quarter of 2019.*" | | |
| 42. | 123 | Speaker(s): Zosano; Walker <br><br> Date: December 12, 2018 <br><br> Occasion: Press Release | "This meaningful step forward [obtaining the FDA's conditional acceptance of the Qtrypta name] aligns with our continued clinical progress as well as preparation for the commercialization of Qtrypta, if approved. The Company has reached a number of milestones in 2018 and we are looking forward to the coming year in which we expect to file an NDA for Qtrypta[,]" [said chairman and CEO Walker.] | See reasons provided above in connection with statements 1 and 10. | See reasons provided above in connection with statement 1. |
| 43. | 126 | Speaker(s): Zosano; Walker <br><br> Date: February 21, 2019 | Zosano's February 21, 2019 press release, began by highlighting the following three key takeaways: <br> • Long-term one-year dosing reaffirmed well-tolerated safety profile | Defendants' statements touting Zosano's clinical trial results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized herein were | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Occasion: Press Release | • Qtrypta showed robust and rapid relief of migraine pain, an effect that was consistent throughout the chronic treatment period<br><br>• NDA submission expected in Q4 2019 for the first intracutaneous delivery system | materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies to be submitted with its NDA, which included its Phase 1 trial completed in 2016, included patients exhibiting unexpected high plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | | as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); (v) additional product quality validation data, which Zosano had omitted from its NDA and purportedly planned on submitting following approval, if received, was required to be submitted with the NDA, and (vi) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose. | |
| 44. | 127 | Speaker(s): Zosano; Walker | ***The long-term data generated in this trial reinforced the well-tolerated safety profile and strong efficacy results previously reported in the six-month dosing portion of this safety study and in the randomized Phase 2/3 ZOTRIP*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: February 21, 2019 <br><br> <u>Occasion</u>: Press Release | *pivotal study.* Throughout the clinical program, over 5,800 migraine attacks have been treated with Qtrypta to date. <br><br> "***Successfully concluding our Phase 3 program for Qtrypta and observing consistent long-term safety and efficacy results are exciting milestones for Zosano***," said John Walker, chairman, president and chief executive officer of Zosano. "We look forward to continued interactions with the FDA as we prepare to submit a New Drug Application in the fourth quarter of this year for Qtrypta." <br><br> * * * <br><br> The Qtrypta long-term safety trial is an open-label study evaluating the safety of the 3.8 mg dose of intracutaneous zolmitriptan in adults with migraine who have historically experienced at least 2 migraine attacks per month. There were no maximum treatment limits. The study evaluated over 150 adults with migraine disease for six months, and more than 50 patients for a year at 31 sites in the U.S. <br><br> Of more than 5,800 migraines treated, investigators reported 832 adverse events, of which 298 were reported as application site reactions and 161 were reported as triptan related adverse events. | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Observational efficacy parameters continued to demonstrate a rate of pain freedom at two hours following patch application of approximately 44% and most bothersome symptom freedom of approximately 68%, while pain relief at two hours was reported at 81% of migraine attacks treated. | | |
| 45. | 128 | Speaker(s): Zosano; Walker Date: March 14, 2019 Occasion: Press Release | "Following the completion of our Phase 3 clinical program for QtryptaTM (M207), we see a clear path to the filing of our NDA in the fourth quarter of this year," commented John Walker, Chairman and CEO. "We are very proud of the manner in which our entire team pulled together to conclude our long-term safety study, and to facilitate the scaling up of our manufacturing capability, completing our registration batches and successfully transferring our proprietary manufacturing processes to our contract manufacturer." | See reasons provided above in connection with statement 43. Further, Defendants' statements touting the FDA's feedback confirming that the ZOTRIP trial and the long term safety study would be sufficient for approval of Qtrypta (M207) referenced and emphasized herein were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic, Phase 2/3 | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | | ZOTRIP, long term safety, and pharmacokinetic bridging trials, given that the studies had been specifically approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission. | |
| 46. | 129 | Speaker(s): Zosano; Walker<br><br>Date: March 14, 2019<br><br>Occasion: Press Release | ***Recent Business Highlights***<br>• ***Achieved the final milestone in the Phase 3 long-term safety study of Qtrypta, with a cohort of patients completing 12 months on study drug***<br>• Received patent covering the use of Qtrypta as an acute treatment for migraine and cluster headache, providing protection through 2037<br>    \* \* \*<br>• ***Announced the treatment of nearly 6,000 migraines in our long-term safety study***<br>• ***Published clinical data in Headache: The Journal of Head and Face*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *Pain demonstrating the potential of Qtrypta as an acute treatment for patients that present with difficult to treat migraines, defined as morning migraine, delayed treatment, severe pain and those accompanied by nausea*<br>• Completed contracts for the outsourcing of manufacturing to established and FDA experienced contract manufacturers<br>• *Published data from the pivotal efficacy study of Qtrypta on Most Bothersome Symptom Relief in Headache: The Journal of Head and Face Pain*<br>• Completed the registration batches of Qtrypta under GMP guidelines as part of the preparation for the filing of the NDA<br>*Expected Upcoming Milestones*<br>• *File NDA for Qtrypta in acute migraine in the fourth quarter of 2019*<br>• In concert with our anticipated NDA filing, put in place a | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | partnership for the marketing and distribution of Qtrypta | | |
| 47. | 130 | Speaker(s): Zosano; Walker Date: March 14, 2019 Occasion: Conference Call | With much of the past year being focused on the execution of those tasks need[ed] to move Qtrypta to an NDA, we now welcome 2019 as a year of transition.<br><br>…. 2019 is expected to be a pivotal year with the following plan milestones. ***The … filing of our NDA in the fourth quarter for the treatment of acute migraine. We have already started the writing of this submission and as you would expect this remains the key focus for the company[.]*** [Another milestone is] an[] agreement to partner Qtrypta for sales, marketing and distribution with the expectation that ***such an agreement will provide … the capacity to achieve potential peak sales of greater than 400 million, which we believe is achievable based on the clinical data we have generated*** and what we see as its relative performance to both existing therapies and the reported results for new modalities and mechanisms that may enter the market in future years.<br><br>Of course this is predicated on the approval of our NDA by the Food and Drug Administration. **\*\*\*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *With the anticipated approval of Qtrypta by the end of 2020, 12 months after NDA filing, we believe we will be the first approved intracutaneous delivery system for a marketed drug in the United States.* | | |
| 48. | 131 | Speaker(s): Zosano; Walker  Date: March 14, 2019  Occasion: Conference Call | Defendant Walker, in response to an analyst's question regarding Zosano's efforts to begin clinical trials on a clinical cluster headache program that was subject to a separate IND/NDA approval process as Qtrypta, stated "[w]e think [the cluster headache program] plays to our PK profile … [and] to the clinical data we generated in migraine."  Additionally, regarding the benefits of Qtrypta, and what distinguishes it from competing therapies, Defendant Walker added:  *"[W]e believe that Qtrypta can be position[ed] based on our clinical data as a potentially best-in class triptan solely on the basis of the clinical data that we have generated across the board in terms of fast onset, durability of effect, peak pain relief, the number of patients that achieve total pain freedom within two hours and importantly as I've said before, the durability of effect.* | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *We also believe the Qtrypta will compete very effectively against injectables, because we had demonstrated in our pivotal efficacy study [Zotrip trial] that the percentage of pharmacologically related side effects such as those I mentioned previously of drowsiness, dizziness, paresthesia are approximately one-third with our delivery of zolmitriptan versus a six milligram injection of sumatriptan…. So we think there's a very strong opportunity* to position this against competitive products as a potential best-in-class triptan … and we see a target market that comprises over 50% of the market in just going after these difficult to treat migraines." | | |
| 49. | 132 | Speaker(s): Zosano; Walker<br><br>Date: March 25, 2019<br><br>Occasion: 2018 10-K | a.  "*In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207), which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).* We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | provides an increased benefit to patients…." <br> b. "***The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding exposure to the gastrointestinal ("GI") tract***." <br> c. "***Feedback from the United States Food and Drug Administration [] on Qtrypta™ (M207)'s regulatory path has confirmed that one positive pivotal efficacy study, in addition to the required safety study, is sufficient for submission of a New Drug Application [] seeking approval of Qtrypta™ (M207) for the treatment of migraine, if the results are favorable***." | | |
| 50. | 133 | Speaker(s): Zosano; Walker <br> Date: March 25, 2019 <br> Occasion: 2018 10-K | The 2018 10-K further disclosed ZOTRIP trial results mirroring those reported in its 2016 10-K and 2017 10-K. It also stated "[t]he long-term safety study for Qtrypta™ (M207) is an important step in the development of Qtrypta™ (M207)", before disclosing the following regarding Qtrypta's clinical results and regulatory approval: <br><br> If the results [of the long term safety study] do not satisfy the FDA's requirements it could | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | require us to delay, limit, reduce or terminate our development of Qtrypta™ (M207). Also, even though we have discussed our development strategy with the FDA on our Qtrypta™ (M207) program and received feedback from the FDA about the size and the length of the safety study, the FDA may decide to expand on the requirements that have already been provided to us, which would further delay the regulatory approval process and require additional clinical work. | | |
| 51. | 134 | Speaker(s): Zosano; Walker Date: May 14, 2019 Occasion: Press Release | "***With a number of key catalysts planned in 2019, including submission of a New Drug Application (NDA) for Qtrypta, we are pleased with our recent equity financing to support our continued progress***," said John Walker, chairman and CEO of Zosano. "Qtrypta, which we believe has the potential to be a best-in-class triptan for the acute treatment of migraine, is the first application of our ADAM microneedle technology….." ***Recent Business Highlights*** • Completed public offering of common stock, raising $18.4 million in net proceeds | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | • Research coverage initiated by Cantor Fitzgerald and Maxim Group<br>• Announced a publication in *Headache,* which highlights the performance of Qtrypta in successfully addressing the important clinical endpoints of pain freedom and freedom from most bothersome symptom (MBS) at 2 hours. | | |
| 52. | 135 | Speaker(s): Zosano; Walker<br>Date: May 14, 2019<br>Occasion: 1Q19 10-Q | ***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207),*** which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. ***In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).*** We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients ….<br><br>Our development efforts are focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | of zolmitriptan delivered utilizing our ADAM technology. …. The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the GI tract. ***Feedback from the Food and Drug Administration ("FDA") on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine.***<br><br>We will use contract manufacturers for the production of Qtrypta™ (M207). | | |
| 53. | 136 | Speaker(s): Zosano; Walker<br><br>Date: May 14, 2019<br><br>Occasion: 1Q19 Conference Call | [W]e completed our equity offering in early April. ***This financing adds additional strength to our balance sheet as we continue commercial scale up of manufacturing for Qtrypta and our ongoing discussions with potential partners for the marketing and commercialization of Qtrypta upon FDA approval.***<br>***<br>We are increasingly convinced that the market opportunity for Qtrypta is substantial and market penetration and maximizing sales for Qtrypta are our foremost objectives in*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *discussions with potential partners.* We will continue to keep you updated on our progress in these discussions and remain hopeful that we will be able to achieve such a partnership by the end of this year.<br>***<br>In the meantime, and in parallel, we are aggressively moving forward with the NDA preparation and commercial scale up activities. A portion of those efforts have been to proceed with pre-launch marketing and logistical planning.<br>***<br>As we move through 2019, we will continue to be well represented at both regional and national headache meetings, including an expanded booth presence at the AHS Meeting in Philadelphia, the 2nd week of July, building on the presence we had at the AAN meeting which was held last week.<br><br>Since the start of the year, we have had the benefit of two additional papers being published… | | |
| 54. | 137 | Speaker(s): Zosano; Walker | ***We believe that the potential of Qtrypta there has not been fully recognized as this program is largely derisked that it can be clearly differentiated in the market pending approval*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: May 14, 2019<br><br><u>Occasion</u>: 1Q19 Conference Call | *that it is well-positioned to address difficult to treat migraines that represent as much as 50% or greater of presenting migraines.* As noted in Headache, our efficacy data compares favorably to others who have reported out against the new FDA guidelines for pain freedom and freedom for most bothersome symptoms, so we believe we are well-positioned regarding new modalities. We have manufacturing in place. *We have a clear path to FDA filing and approval and we see an overall market potential greater than $400 million in annual sales.*<br><br>*We know that the best way for us to provide value to our shareholders is to ensure the success of this new approach to treating acute migraines* and to further leverage our proprietary ADAM microneedle technology for a convenient, safe and effective delivery of important medicines to patients.<br><div align="center">***</div>[W]e anticipate net revenue per dose that would be roughly in the $100 per dose level, which translates to about 72 million in net annual revenue for each 1% of the triptan prescriptions that we would be able to achieve. | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *So we feel that in order to get to the guidance, we provided of a 400 million or greater peak sales opportunity for Qtrypta that it only requires us to gain roughly 5% to 6% of the overall prescriptions for triptan.* And based on how we feel that we can differentiate the product and the relative performance that's been demonstrated in independent clinical studies against these same endpoints feel that that will translate well. | | |
| 55. | 138 | Speaker(s): Zosano; Walker Date: August 14, 2019 Occasion: Press Release | "*We have concentrated our efforts on Qtrypta™ and are on track for the planned submission of a New Drug Application (NDA) with the FDA in the fourth quarter of this year*," said John Walker, chairman and CEO of Zosano. "*We recently presented Migraine-ACT scores that demonstrated Qtrypta's ability to effectively manage patients' acute migraines over a period of up to a year. Additionally, we completed an important manufacturing qualification milestone, confirming that we have a robust and reliable manufacturing process in preparation for a potential commercial launch.* We are increasingly enthusiastic about offering a new therapy to the millions of migraineurs still searching for a better and consistent treatment for their acute migraine attacks. If approved by the FDA, Qtrypta has the potential to offer faster, more | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | complete and longer lasting clinical benefit to these patients." **Recent Business Highlights** *** <br>• Pre-Clinical and Clinical pre-NDA meeting scheduled for September 2019 for Qtrypta <br>• Completed site qualification batches at a contract manufacturing organization for Qtrypta <br>• Presented Migraine-ACT Scores for Qtrypta at the American Headache Society (AHS) Annual Scientific Meeting highlighting the effectiveness of Qtrypta in treating migraines <br>• Featured in a keynote speech entitled, "A Novel Intracutaneous Microneedle Delivery System for the Acute Treatment of Migraine" at the Pharmaceutics & Advanced Delivery Systems Conference in Paris | | |
| 56. | 139 | Speaker(s): Zosano; Walker | ***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207),*** which is our proprietary | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | <u>Date</u>: August 14, 2019 <u>Occasion</u>: 2Q19 10-Q | formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. ***In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207).*** We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients …. <br><br> Our development efforts are focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology. …. The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the [GI] tract. ***Feedback from the Food and Drug Administration [] on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine.*** | | |
| 57. | 140 | <u>Speaker(s)</u>: Zosano; Walker | a.  "***For those of you who have followed the Company over the past two years, you're well aware that we have consistently*** | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Date: August 14, 2019<br><br>Occasion: 2Q19 Conference Call | *executed and met our milestones in the development of Qtrypta as a promising new offering in the underserved migraine market.* I use the term underserved, not based on the number of product offerings, but rather on the migraineurs' own reporting of unmet therapeutic needs in regard to their desire for fast onset, high degree of pain relief, freedom from pain, durability of effect, and the reduction in drug-related side effects. *It is our strong belief that Qtrypta will offer an answer to these unmet needs if approved by the FDA.*"<br><br>b. "*The data that we have generated to date in both our pivotal efficacy study and in our recently completed long-term safety study, have demonstrated our clinical benefit in each of these categories.* Regarding fast onset and degree of pain relief, our Phase 2/3 pivotal efficacy study showed that treatment with Qtrypta at the dose we intend to market resulted in 23% of patients having pain relief in the first 15 minutes, 46% of patients having pain relief at 30 minutes and 81% having pain relief at two hours. Regarding complete freedom from pain, one of the two required FDA endpoints, 41.5% of patients achieved | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | pain-freedom at two hours while 70% of patients were pain-free at 24 hours post treatment." <br><br> c. "***By the end of this year, we plan to file an NDA with the Food and Drug Administration to seek approval to bring this new therapy to market.*** Our pre-NDA meeting to review our preclinical and clinical data has been scheduled for mid-September, and we anticipate our pre-NDA meeting covering CMC or manufacturing will follow shortly thereafter, as we have announced the completion of site registration batches at our contract manufacturer and await the results of our 12-month stability study later this month." <br><br> d. "***Over the last quarter, we have increased our focus on the market opportunity and positioning of Qtrypta.*** As most of you know, migraine affects 39 million people in the United States…." <br><br> e. "***With the combination of our demonstrated efficacy and these migraines, a low level of drug related side effects, and the fact that these difficult-to-treat attacks represent over 50% of the presenting migraines for episodic*** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *sufferers, leads us to conclude that this should be our initial target market.*" | | |
| 58. | 141 | Speaker(s): Zosano; Walker Date: August 14, 2019 Occasion: 2Q19 Conference Call | "[Approximately twelve months after submission of the Qtrypta NDA,] *[w]e would probably receive the results of the FDA's consideration which we certainly believe will be approval. We think we have a highly derisked asset here at the end of 2020.* So, that would be the guideline I think in terms of the timeline, generally, post filing of the NDA." | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |
| 59. | 142 | Speaker(s): Zosano Date: November 13, 2019 Occasion: Press Release | Zosano . . . today announced that it has received minutes from pre- New Drug Application ("NDA") meetings with the Food and Drug Administration ("FDA") for the acute treatment of migraine for Qtrypta. ***The purpose of the meetings was to confirm the completion of all requisite studies, as well as the proposed clinical, non-clinical, and chemistry, manufacturing, and controls ("CMC") content and format of the company's NDA submission, which the company expects to make in December 2019.***<br><br>***"We are encouraged by the pre-NDA minutes received from FDA after our collaborative meetings.*** This is an important milestone as we | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | head into the final stages of completion of the NDA," said Hayley Lewis, Senior Vice President, Operations. "These minutes reflect discussions made between Zosano and FDA on the format and content of the NDA to help ensure all elements of submission are met." <br><br> The company was granted two separate pre-NDA meetings to discuss the development program. A face to face meeting was held with the FDA in September to discuss the nonclinical and clinical portions of the program. ***A second pre-NDA meeting request was granted to discuss CMC, and FDA recently provided its written responses to the company's questions in lieu of holding an in-person meeting.*** Based on the feedback from the FDA, the company believes the information included in its planned NDA will be sufficient for the FDA to file the NDA for substantive review. | | |
| 60. | 143 | Speaker(s): Zosano; Lo <br><br> Date: November 14, 2019 <br><br> Occasion: Press Release | "These next twelve months will be transformational for Zosano," said Steven Lo, president and CEO of Zosano. "We are finalizing our New Drug Application for Qtrypta for the acute treatment of migraine, which we expect to file with the FDA by the end of the year. If approved, Qtrypta would be the first transdermal therapy for migraine, and we believe would represent a significant advance in the treatment | See reasons provided above in connection with statement 43. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | options available to patients. ***Our extensive clinical data demonstrate that Qtrypta provides fast-acting and sustained pain freedom with less of the side effects typically experienced with other therapies in this class.*** Given the debilitating and prevalent nature of migraines, we are inspired by the need to better serve these patients." | | |
| 61. | 144 | Speaker(s): Zosano; Lo Date: November 14, 2019 Occasion: 3Q19 10-Q | ***In February 2017, we announced positive results from our ZOTRIP pivotal efficacy trial, or ZOTRIP trial, that evaluated Qtrypta™ (M207), which is our proprietary formulation of zolmitriptan delivered via our ADAM technology, as an acute treatment for migraine. In February 2019, we announced the completion of the final milestone in our long-term safety study for Qtrypta™ (M207), and in September 2019, we announced the presentation of data from the long-term safety study. We expect to submit a New Drug Application ("NDA") for Qtrypta™ (M207) in December 2019.*** We are focused on developing products where rapid administration of established molecules with known safety and efficacy profiles provides an increased benefit to patients …. <br><br> Our development efforts are currently focused on our product candidate, Qtrypta™ (M207). | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our ADAM technology….The objective of Qtrypta™ (M207) is to provide faster onset of efficacy and sustained freedom from migraine symptoms by delivering rapid absorption while avoiding the gastrointestinal tract. ***Feedback from the Food and Drug Administration ("FDA") on Qtrypta™ (M207)'s regulatory path has also been encouraging. The agency has indicated that one positive pivotal efficacy study, in addition to the required safety study, would be sufficient for approval of Qtrypta™ (M207) for the treatment of migraine. Furthermore, we have received minutes from pre-NDA meetings with the FDA for the acute treatment of migraine for Qtrypta™ (M207).*** The purpose of the meetings was to confirm the completion of all requisite studies, as well as the proposed clinical, non-clinical, and chemistry, manufacturing, and controls ("CMC") content and format of our NDA submission. We were granted two separate pre-NDA meetings to discuss the development program. A face to face meeting was held with the FDA in September to discuss the nonclinical and clinical portions of the program. A second pre-NDA meeting request was granted to discuss CMC, and the FDA recently provided its written | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CA C ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | responses to our questions in lieu of holding an in-person meeting. ***Based on the feedback from the FDA, we believe the information included in our planned NDA will be sufficient for the FDA to file the NDA for substantive review***.<br>***<br>***In September 2019, final results from the long-term safety study were presented at the 19th Congress of the International Headache Society in Dublin, Ireland.*** In the trial, 257 subjects were treated on average for two or more migraines per month for six months and 127 subjects were treated on average for two or more migraines a month for twelve months. ***Data from safety assessments showed that Qtrypta was well-tolerated throughout the 12 months of repeated use.*** The most common adverse events were redness and swelling at the application site following patch application, of which more than 95% were classified as mild. More than 80% of these site reactions were gone within 48 hours. Patients treated with Qtrypta™ (M207) reported less triptan-like neurological side effects than are typically found with the class, with less than 2% of patients reporting effects such as dizziness and paresthesia. | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| 62. | 145 | Speaker(s): Zosano; Lo Date: November 14, 2019 Occasion: 3Q19 Conference Call | [One of the] three fundamental reasons why we believe Zosano is uniquely positioned for success and why I am extremely excited to join the company…[is] *we have a compelling product candidate with Qtrypta and the opportunity to have an FDA-approved product addressing a debilitating disease by the end of next year*. <br><br> *Qtrypta is Zosano's product candidate for the acute treatment of migraine. Qtrypta is well positioned with strong clinical data from a robust data set of more than 6,000 migraine attacks treated through our clinical studies. Importantly, its product profile is aligned with what patients are seeking [] a new therapy*. Specifically, Qtrypta has clinically demonstrated: first, a statistical significant impact on pain freedom and freedom from most bothersome symptoms; second, fast onset of action; third, the ability to keep patients free from pain for up to 48 hours; and fourth, it has been shown to be well tolerated. <br><br> While we have not conducted any head-to-head studies, Qtrypta's profile compares very favorably to existing triptan-based therapies and other new entrants. Qtrypta has a faster onset of | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | action than other triptans and efficacy measure that is highly important to patients.<br><br>Qtrypta also has been shown to have higher rates of pain freedom at 2 hours compared to migraine treatments with other mechanisms of action.<br><br>Qtrypta also has been shown to have higher rates of pain freedom at 2 hours compared to migraine treatments with other mechanisms of action. It is important to note that migraine treatments often have side effects that impact the ability of patients to function normally following treatment. Therefore, while patients may experience relief from their migraine headache, they are left with consequences such as dizziness and paresthesia, resulting in a hangover effect that impedes on their ability to carry on with their normal life. With Qtrypta, we have an opportunity to be differentiated on this important patient satisfaction factor as well.<br><br>As reported on the migraine ACT scores for Qtrypta, 86% of patients were able to function normally within 2hours of taking the treatment. Based on these impressive data, we are finalizing a new drug application to be submitted to the FDA by the end of this year. ***We have successfully completed a PK-bridging study,*** | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *which showed a similar PK profile between the product produced at our Fremont facility and the product produced at our contract manufacturer.*<br><br>We have also recently completed a required 12-month stability analysis on our registration batches. | | |
| 63. | 146 | Speaker(s): Zosano; Lo<br><br>Date: November 14, 2019<br><br>Occasion: 3Q19 Conference Call | In September, we had a pre-NDA meeting with the FDA that went very smoothly. Their comments were primarily administrative in nature, including the format -- including the formatting of data and tables.<br>***<br>Also, at the end of October, we submitted a briefing document covering CMC, and we received the FDA's written response this month. *Their written comments reflect the discussions held between Zosano and the FDA on the format and content of the NDA. Based on this feedback from the FDA, the company believes our NDA will be sufficient for submission.* After the submission of our NDA next month, the FDA has 74 days in which to reply. So we expect to receive an acceptance of our NDA in March of 2020. *Given this will be the first FDA-approved microneedle system, we are assuming a 12-month review by the FDA. This would mean* | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *that in December of 2020, we would expect NDA approval for Qtrypta.*<br><br>*We are intent on positioning Qtrypta for success and maximizing the value of this asset. To that end, we are engaged in parallel path to getting this potential new therapy to patients. Based on the robust data package we are submitting to the FDA and our initial market assessment, we are actively preparing to launch Qtrypta ourselves and are conducting commercial readiness activities.* These include the typical preapproval commercial work, including evaluating prescriber trends, distribution strategies and the payer reimbursement environment. | | |
| 64. | 147 | Speaker(s): Zosano; Hayley Lewis<br><br>Date: November 14, 2019<br><br>Occasion: 3Q19 Conference Call | We've employed a lot of consultants who have a lot of industry experience who have advised us not only in our CMC development but also our clinical development program. *And they've certainly vetted our data sets in our pathways, and they've told us that we seem to have checked off all the boxes. And so I believe that a 12-month review is perfectly reasonable to expect.* And we look forward to getting into label negotiations per those time lines in about a year from now, and that's always a good indicator that you're about to be approved. *So we're fully* | See reasons provided above in connection with statements 43 and 45. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *expecting to get approval by December of next year.* | | |
| 65. | 150 | Speaker(s): Zosano; Lo Date: December 23, 2019 Occasion: Press Release | "*Our NDA submission represents a significant milestone for Zosano and a culmination of our efforts to make Qtrypta available to patients who suffer from migraine. In clinical trials, Qtrypta demonstrated robust freedom from pain and most bothersome symptom, rapid and sustained pain relief, and was well tolerated,*" said Steven Lo, president and chief executive officer of Zosano. "Qtrypta is the first NDA to be submitted to the FDA for a pharmaceutical microneedle application, and we look forward to working with the FDA during the review process. If successful, the approval would signal the validity of this product as a convenient, non-oral therapy for acute migraine sufferers, in addition to providing important validation of our delivery technology itself. We believe that Qtrypta, if approved, can make an important difference in the lives of patients who require acute treatment options for their migraine." <br><br> Based on Zosano's NDA submission on Friday, December 20, 2019, the company expects to receive notification from the FDA confirming whether the submission was accepted for filing for substantive review in March 2020. | Defendants' statements regarding the submission of the NDA for approval of Qtrypta (M207), touting Zosano's clinical trial design and results and the timeline, prospects and landscape for regulatory approval of Qtrypta (M207) referenced and emphasized herein were materially false and/or misleading when made and/or omitted to state material facts necessary to make the statements not misleading, because they failed to disclose to investors that: (i) the Company's clinical results submitted with its NDA reflected differences in zolmitriptan exposures observed between subjects receiving different lots; (ii) the Company's pharmacokinetic studies submitted with its NDA included patients exhibiting unexpected high | |

APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *The submission is supported by the results of the ZOTRIP pivotal Phase 2/3 clinical study, in which 41.5% of patients treated with the 3.8 mg dose of Qtrypta achieved pain freedom at 2 hours and 68.3% reported freedom from most bothersome symptom at 2 hours, both of which were co-primary endpoints. Additionally, 80.5% of patients reported pain relief at 2 hours, a secondary endpoint. The results of the study were published in Cephalalgia in October 2017.*<br><br>*A post-hoc analysis showing that Qtrypta reduced pain in subjects with difficult to treat migraines was published in Headache: The Journal of Head and Face Pain in February 2019.*<br><br>*Additionally, in the Phase 3 safety study, the most frequently reported adverse events were redness and swelling at the application site.* Of these, 95% were reported as mild, and more than 80% resolved within 48 hours. Less than 2% of patients reported triptan-like neurological side effects typically found in the class, such as dizziness and paresthesia. | plasma concentrations of zolmitriptan; (iii) the differences in zolmitriptan exposures observed between subjects receiving different lots and certain pharmacokinetic study subjects' unexpected high plasma concentrations made interpretation of safety data of Qtrypta (M207) unclear; (iv) as a result of the foregoing issues and the impact they had on the interpretation of safety data of Qtrypta (M207), the FDA was likely to require further studies to support regulatory approval of Qtrypta (M207); (v) additional product quality validation data, which Zosano had omitted from its NDA and purportedly planned on submitting following approval, if received, was required to be submitted with the NDA, and (vi) as a result, regulatory approval of Qtrypta (M207) was at risk and likely to be delayed. Investors | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | | accordingly remained ignorant of material risks regarding the approvability of Qtrypta (M207) that Defendants were duty bound to disclose. | |
| 66. | 151 | Speaker(s): Zosano; Lo<br><br>Date: March 4, 2020<br><br>Occasion: Press Release | ***The NDA is supported by the clinical results of the ZOTRIP pivotal Phase 2/3 clinical study, which evaluated the efficacy, safety and tolerability of Qtrypta™ compared to placebo.*** A total of 41.5% of patients treated with the 3.8 mg dose of Qtrypta™ achieved pain freedom at 2 hours and 68.3% reported freedom from most bothersome symptom also at 2 hours, both of which were co-primary endpoints. Additionally, 80.5% of patients reported pain relief at 2 hours, a secondary endpoint. The results of the study were published in Cephalalgia in October 2017.<br><br>***A post-hoc analysis showing that Qtrypta™ reduced pain in subjects with difficult to treat migraine attacks was published in Headache: The Journal of Head and Face Pain in February 2019***.<br><br>***Additionally, in the Phase 3 long term safety study, the most frequently reported adverse event was redness at the application site***. Of these adverse events, 95% were reported as mild, and more than 80% resolved within 48 hours. | See reasons provided above in connection with statement 65. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Less than 2% of patients reported triptan-like neurological side effects typically found in the class, such as dizziness and paresthesia. | | |
| 67. | 152 | Speaker(s): Zosano; Lo; Walker <br><br> Date: March 13, 2020 <br><br> Occasion: 2019 10-K | Our development efforts are currently focused on our product candidate, Qtrypta™ (M207). Qtrypta™ (M207) is our proprietary formulation of zolmitriptan delivered utilizing our System. Zolmitriptan is one of a class of serotonin receptor agonists known as triptans and is used as an acute treatment for migraine. …. Qtrypta™ (M207) was developed with the intent of providing faster onset of efficacy and sustained freedom from migraine symptoms. Qtrypta™ (M207) is designed for rapid absorption of zolmitriptan into the bloodstream without dependence on the gastrointestinal tract. **On March 3, 2020, we received notification that the U.S. Food and Drug Administration ("FDA") accepted our New Drug Application ("NDA") for Qtrypta™ (M207) for the acute treatment of migraine for filing and substantive review. The Prescription Drug User Fee Act goal date for the completion of the FDA's review of Qtrypta™ (M207) is set for October 20, 2020.** This date reflects a standard 10-month review for a non-new molecular entity and is consistent with the review timeline for a 505(b)(2) NDA submission. <br><br> *** | See reasons provided above in connection with statement 65. <br><br> Further, Defendants' statements touting the FDA's feedback confirming that the ZOTRIP trial and the long term safety study would be sufficient for approval of Qtrypta (M207) and following the submission of the NDA referenced and emphasized herein were materially misleading because they created the misimpression that there was, and would be, no impediments or delays in obtaining FDA approval based on issues with such studies, including data from the completed Phase 1 pharmacokinetic, Phase 2/3 ZOTRIP, long term safety, and pharmacokinetic bridging trials, given that the studies had been specifically | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | Our near-term focus is the development and commercialization, if approved, of our lead product candidate, Qtrypta™ (M207). <br><br>….We believe that Qtrypta™ (M207), if approved by the FDA, will offer the following meaningful therapeutic and practical advantages: <br>• ***Rapid absorption:*** We believe Qtrypta™ (M207) is the only triptan currently formulated to be delivered intracutaneously to have a rapid onset of action. ***In a Phase I pharmacokinetic trial, Qtrypta™ (M207) provided rapid and reproducible zolmitriptan delivery. The amount of time it took zolmitriptan to reach the maximum concentration (Tmax) was less than 20 minutes and was similar to subcutaneously administered sumatriptan. In the pivotal Phase 2/3 clinical trial, Qtrypta™ (M207) demonstrated pain relief beginning as early as 15 minutes (becoming statistically significant by 60 minutes)***. <br><br>• ***Symptom relief:*** Qtrypta™ (M207), in the pivotal Phase 2/3 clinical trial, demonstrated significant pain freedom, pain relief and freedom from most bothersome symptom ("MBS") at two hours post-treatment, with most patients not requiring additional rescue medications.*** Post-hoc analyses of patients with | approved or agreed to by the FDA, the very agency that would be reviewing them in connection with the Company's NDA submission. | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | difficult to treat migraine, such as morning migraine, migraine with nausea, migraine with severe pain and patients who delayed treatment, showed clinically significant pain freedom and relief as compared to placebo. ***Additionally, the efficacy results from our Long-Term Safety Study ("LTSS") of Qtrypta™ (M207) were similar to those of our pivotal Phase 2/3 clinical trial***.<br><br>• ***Durability***: In the pivotal Phase 2/3 trial, Qtrypta™ (M207) demonstrated durable impact on pain freedom and pain relief through 24 and 48 hours compared to placebo.<br><br>• ***Favorable Safety Finding***s: In the LTSS, data from safety assessments showed that Qtrypta™ (M207) was well-tolerated throughout the 12 months of repeated use. The most common adverse events were redness and swelling at the application site of which more than 95% were classified as mild. Moreover, 80% of these site reactions resolved within 48 hours. | | |
| 68. | 153 | Speaker(s): Zosano; Lo Date: March 26, 2020 | ***This is an exciting time for Zosano as we are in the rare and privileged position of being on the verge of becoming a commercial stage company. Our new drug application for Qtrypta, our product candidate for the acute treatment of migraine, was accepted by the*** | See reasons provided above in connection with statements 65 and 67. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | Occasion: Conference Call | *FDA earlier this month. And the PDUFA date for the completion of the FDA's review was set for October 20 of this year.*<br><br>*Qtrypta has the potential to be an effective new therapeutic for patients with acute migraine. In our clinical program, where we studied more than 6,000 migraine attacks, Qtrypta consistently demonstrated rapid and sustained headache relief with a favorable safety profile. In brief, we believe Qtrypta has a highly competitive product profile.* Given its potential to penetrate an important segment of the migraine market, we believe it could set us on a significant growth trajectory, resulting in increased stockholder value.<br>***<br>Overall, *we are very pleased with recent market research* as it supports our belief that Qtrypta will be an important option for physicians, patients and payers. Secondly, even with new migraine drugs being approved by the FDA, there is still a role for a drug like Qtrypta for patients and physicians.<br>***<br>*I've been pleased to see the engagement and the dialogue with the FDA….they've been active in the dialogue with us, which is, again, very promising.* | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | *** <br> …I think we've always been guiding everybody that we expected our PDUFA date to be at the end of the year in December, since it would have been exactly a year after we had submitted. ***So certainly, this was a pleasant surprise for us to have an earlier PDUFA date. So in the process of that pleasant surprise, what we're doing is readjusting all the commercialization efforts that are needed for an earlier PDUFA date. What's great, as I mentioned, is that we had started some of those activities before as well such as the targeting and then also the market research.*** <br><br> ***But from the plan of action, our game plan is, of course, with an earlier PDUFA date, we always want to prepare with the right amount of inventory in preparation for a commercial launch thereafter.*** | | |
| 69. | 154 | Speaker(s): Zosano; Lo <br> Date: August 6, 2020 <br> Occasion: Press Release | ***In March, the U.S. Food and Drug Administration (FDA) accepted a New Drug Application for Qtrypta and granted a Prescription Drug User Fee Act (PDUFA) goal date of October 20, 2020.*** If approved, Qtrypta would be the first and only microneedle patch indicated for the acute treatment of migraine. | See reasons provided above in connection with statements 65 and 67. | See reasons provided above in connection with statement 1. |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | "*We believe there is tremendous potential for Qtrypta to help patients suffering from the debilitating impact of migraine,*" said Steven Lo, president and CEO of Zosano. "*We are thrilled to partner with EVERSANA and look forward to leveraging EVERSANA's established sales force, distribution networks, patient services hub and market access capabilities to support the launch and commercialization of our innovative therapeutic candidate for the acute treatment of migraine if approved by the FDA*. This collaboration enables us to access a comprehensive commercial organization without the significant expense and time that would have been required to build our own infrastructure. We and EVERSANA have been working closely to ensure our commercialization strategies are aligned to provide appropriate resources to enable patients to access Qtrypta if approved." *** Under the terms of the agreement, the parties will cooperate to conduct activities over the term of the agreement pursuant to an anticipated $250 million commercialization budget for Qtrypta. Zosano maintains ownership of the Qtrypta New Drug Application as well as all legal, regulatory, and manufacturing responsibilities for the | | |

**APPENDIX – Chart Summarizing Allegedly Fraudulent/Misleading Statement(s) Or Omission(s) Pursuant to Court's Standing Order**

| Stmt # | CAC ¶ | Speaker, Date, Occasion | False/Misleading Statement or Omission | Reason Why False/Misleading When Made | Facts Giving Rise to Strong Inference of Scienter |
|---|---|---|---|---|---|
| | | | product. … ***The term of the agreement is five years following the date of FDA approval***. | | |