**GLANCY PRONGAY & MURRAY LLP**
ROBERT V. PRONGAY (#270796)
LEANNE H. SOLISH (#280297)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>Defendants. | Case No. 3:20-cv-07625-EMC<br><br>(Consolidated with Case No. 3:20-cv-07850)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND REQUEST TO INCORPORATE BY REFERENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: July 22, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Dept.: Courtroom 5, 17th Floor<br><br>Date Filed: October 29, 2020<br><br>Amended Complaint Filed: March 30, 2021<br><br>Trial Date: TBD |

## **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND REQUEST TO INCORPORATE BY REFERENCE**

Pursuant to Federal Rule of Civil Procedure 10(c) and Federal Rule of Evidence 201, Co-Lead Plaintiffs Tuk Doss and Hosam Alqurashi ("Plaintiffs") hereby respectfully request that the Court, in its consideration of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint ("CAC") filed concurrently herewith, incorporate by reference and take judicial notice of the following materials,[1] which are cited in Plaintiffs' Opposition to Defendants' Motion to Dismiss the CAC ("Plaintiffs' Opposition") and/or CAC and are attached as exhibits to the Declaration of Leanne H. Solish in Support of Plaintiffs' Opposition ("Solish Declation") filed concurrently herewith:

- Exhibit 1: Zosano's Annual Report for the fiscal year ending December 31, 2017, filed on Form 10-K with the SEC on March 12, 2018;

- Exhibit 2: Zosano's Annual Report for the fiscal year ending December 31, 2018, filed on Form 10-K with the SEC on March 25, 2019;

- Exhibit 3: Zosano's Annual Report for the fiscal year ending December 31, 2019, filed on Form 10-K with the SEC on March 13, 2020;

- Exhibit 4: Zosano's Annual Report for the fiscal year ending December 31, 2020, filed on Form 10-K with the SEC on March 11, 2021;

- Exhibit 5: Transcript of Q2 2018 earnings call held by Zosano on August 9, 2018;

- Exhibit 6: Transcript of Q4 2017 operational update call held by Zosano on April 4, 2018;

- Exhibit 7: Transcript of Q1 2017 earnings call held by Zosano on May 9, 2017; and

- Exhibit 8: Label for prescription ZOMIG, filed with the FDA and available on the FDA's Drugs@FDA database of approved drugs.

In ruling on a motion to dismiss, courts "must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in

---

[1] Plaintiffs do not oppose Defendant's Request for Judicial Notice (ECF No. 73) to the extent that it requests the Court to incorporate by reference or take notice that the referenced documents made the referenced statements on the referenced dates. The Court may not, however, "consider these documents for the truth of the matters asserted therein." *In re Bare Escentuals Inc. Sec. Litig.*, 745 F. Supp. 2d 1052, 1067 (N.D. Cal. 2010).

1

particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

Judicial notice of each of the categories of documents described below is appropriate because they are matters of public record that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Additionally, the securities filings with the SEC and the earnings call transcripts are also properly subject to incorporation by reference. *U.S. v. Ritchie,* 342 F.3d 903, 908 (9th Cir. 2003) (on a motion to dismiss, the court may consider a document that is "incorporated by reference" therein, as long as "the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.").

**Zosano's Securities Filings:** It is well-established that in securities cases, district courts may take judicial notice of a company's filings with the SEC. *In re Silicon Graphics Inc. Sec. Litig.*, 970 F Supp. 746, 758 (N.D. Cal. 1997); *Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006). The Ninth Circuit recently reaffirmed this notion, stating that an SEC filing "generally qualifies as a source whose accuracy cannot reasonably be questioned." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quotations omitted).

Accordingly, Plaintiffs request the Court take judicial notice of Exhibits 1-4 to the Solish Declaration. These documents were filed with the SEC and are publicly available on the SEC's EDGAR website, and are therefore properly subject to judicial notice. *See Dreiling*, 458 F.3d at 946 (holding that courts "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings"). Alternatively, Plaintiffs also reference the content of Exhibits 1-4, throughout their CAC,[2] and thus, these exhibits are also properly subject to incorporation by reference.

**Zosano's Conference Call Transcripts:** Transcripts of a company's conference calls with investors are also regularly judicially noticed in consideration of motions to dismiss. *See e.g.*, *Bare Escentuals*, 745 F. Supp. 2d at 1067 ("The court is permitted to take judicial notice of …

---

[2] *See e.g.*, CAC ¶¶103-04 (Ex. 1, 2017 10-K); CAC ¶¶132-33 (Ex. 2, 2018 10-K); CAC ¶152 (Ex. 3, 2019 10-K); CAC ¶¶21, 59, 66 (Ex. 4, 2020 10-K).

2

PLTFS' REQUEST FOR JUDICIAL NOTICE AND TO INCORPORATE BY REFERENCE
Case No. 3:20-cv-07625-EMC

conference call transcripts cited in the complaint."); *Colyer v. Acelrx Pharms., Inc.*, 2015 WL 7566809, at *3 (N.D. Cal. Nov. 25, 2015); *In re Gilead Scis. Sec. Litig.*, 2005 WL 181885, at *4 (N.D. Cal. Jan. 26, 2005) (taking judicial notice of conference call not expressly mentioned in complaint because "statements made in the conference call directly relate to the claim of fraud on the market and the transcript reflects information available to the market at the time[,]" noting that "the Court may take judicial notice of documents on which allegations in the [complaint] necessarily rely, even if not expressly referenced in the [complaint], provided the authenticity of those documents is not in dispute.").

Accordingly, Plaintiffs request the Court take judicial notice of Exhibits 5-7 to the Solish Declaration. Plaintiffs cite to and/or rely upon these conference calls in the CAC and their authenticity is not in dispute. Exhibit 5 (Q2 2018 earnings call) is referred to and quoted from at ¶118 in the CAC, Exhibit 6 (Q4 2017 operational update call) is referred to and quoted from at ¶105 in the CAC, and Exhibit 7 (Q1 2017 earnings call) is referred to and quoted from at ¶76 in the CAC.

**FDA Document:** Judicial notice may be taken of Exhibit 8 to the Solish Declaration, the label, including patient information and instructions for use, for prescription ZOMIG (an FDA-approved formulation of zolmitriptan), which is available on the FDA's Drugs@FDA database of approved drugs. Because Exhibit 8 is a publicly available document of unquestioned authenticity that demonstrates the information available to the market during the Class Period, Plaintiffs request the Court take judicial notice of this document. *See In re Nuvelo, Inc. Sec. Litig.*, 668 F. Supp. 2d 1217, 1220 (N.D. Cal. 2009) (taking judicial notice of FDA publications and FDA PowerPoint presentation "to establish 'whether and when certain information was provided to the market'" in ruling on motion to dismiss); *Colyer*, 2015 WL 7566809, at *3 (taking judicial notice of FDA document providing guidance on approval process for combination products).

For the foregoing reasons, Plaintiffs respectfully request the Court take judicial notice of and/or incorporate by reference Exhibits 1-8 to the Solish Declaration and consider them in conjunction with Plaintiffs' Opposition to Defendants' Motion to Dismiss the CAC.

Dated: June 14, 2021

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Leanne H. Solish*

Robert V. Prongay
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lsolish@glancylaw.com
rprongay@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
mjsteven@pomlaw.com
egottlieb@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co-Lead Counsel for Plaintiffs*

**KEHOE LAW FIRM, P.C.**
Michael K. Yarnoff
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102

4

PLTFS' REQUEST FOR JUDICIAL NOTICE AND TO INCORPORATE BY REFERENCE
Case No. 3:20-cv-07625-EMC

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiffs*

PLTFS' REQUEST FOR JUDICIAL NOTICE AND TO INCORPORATE BY REFERENCE
Case No. 3:20-cv-07625-EMC

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 14, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021, at Los Angeles, California.


                                                  *s/ Leanne H. Solish*
                                                  Leanne H. Solish