# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,

Defendants.

Case No. 3:20-cv-07625-EMC

(Consolidated with Case No. 3:20-cv-07850)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND REQUEST TO INCORPORATE BY REFERENCE**

Date:   July 22, 2021
Time:   1:30 p.m.
Judge:  Hon. Edward M. Chen
Dept.:  Courtroom 5, 17th Floor

Date Filed: October 29, 2020
Amended Complaint Filed: March 30, 2021
Trial Date: TBD

# [PROPOSED] ORDER

The Court, having read and considered the papers in connection with Plaintiffs' Request for Judicial Notice and Request to Incorporate by Reference in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Plaintiffs' Request for Judicial Notice and Request to Incorporate by Reference is **GRANTED.**

**IT IS SO ORDERED.**

DATED:  _____, 2021            _____

Hon. Edward M. Chen
United States District Court Judge

[PROPOSED] ORDER GRANTING PLTFS' RJN AND REQ. TO INCORPORATE BY REFERENCE
Case No. 3:20-cv-07625-EMC