| | |
|---|---|
| Robert V. Prongay (SBN 270796)<br>    rprongay@glancylaw.com<br>Leanne H. Solish (SBN 280297)<br>    lsolish@glancylaw.com<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>*Co-Lead Counsel for Co-Lead Plaintiffs*<br><br>[Additional Counsel on Signature Page] | KEKER, VAN NEST & PETERS LLP<br>LAURIE CARR MIMS - # 241584<br>lmims@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>TAYLOR REEVES - # 319729<br>treeves@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>*Counsel for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARR, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>            Defendants. | Case No. 3:20-cv-07625-EMC<br><br>(Consolidated with Case No. 3:20-cv-07850)<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ROB BECERRA, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ZOSANO PHARMA CORPORATION, STEVEN LO, JOHN P. WALKER, and KONSTANTINOS ALATARIS,<br><br>            Defendants. | Case No. 3:20-cv-07850-CRB |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:20-cv-07625-EMC

1    WHEREAS, on February 4, 2021, the Court granted a Stipulation and Order Consolidating Related Actions, Appointing Lead Plaintiffs, and Approving Lead Counsel in *Carr v. Zosano Pharma Corp. et al.*, No. 3:20-cv-07625-EMC ("the *Carr* action"), and *Becerra v. Zosano Pharma Corp. et al.*, No. 3:20-cv-07850-CRB ("the *Becerra* action");

WHEREAS, on March 30, 2021, Co-Lead Plaintiffs Tuk Doss and Hosam Alqurashi ("Plaintiffs") filed a Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("CAC") against Defendants Zosano Pharma Corporation, Steven Lo, John P. Walker, and Kostantinos Alataris ("Defendants") alleging violations of Section 10(b) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5 promulgated thereunder, and Section 20(a) of the 1934 Act (Dkt. No. 68);

WHEREAS, on September 1, 2021, the Court issued an order granting Defendants' Motion to dismiss the CAC as to all counts (Dkt. No. 91, the "Dismissal Order");

WHEREAS, the Court granted Plaintiffs leave to file an amended complaint no later than October 1, 2021;

WHEREAS, Plaintiffs have determined that they will not file a further amended complaint and will not seek appellate review of the Dismissal Order;

Now, therefore, it is hereby stipulated by and between Plaintiffs on the one hand, and Defendants on the other hand, through their undersigned counsel, as follows:

1. The *Carr* and *Becerra* actions are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each of the Parties, and his or its attorneys of record, stipulate not to contest that the other Parties and their attorneys of record complied with the requirements of Federal Rules of Civil Procedure 11 and all other applicable rules and laws at all times in this action.

3. Each of the Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

4. Plaintiffs hereby waive all rights to appeal in the *Carr* action and the *Becerra* action, including, but not limited to, all rights to appeal from the Dismissal Order.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 8, 2021 | GLANCY PRONGAY & MURRAY LLP |

By: <u>  /s/ Leanne H. Solish  </u>
     Robert V. Prongay
     Leanne H. Solish
     1925 Century Park East, Suite 2100
     Los Angeles, California 90067
     Telephone: (310) 201-9150
     Facsimile: (310) 201-9160
     Email: rprongay@glancylaw.com
            lsolish@glancylaw.com

POMERANTZ LLP
Jeremy A. Lieberman (*pro hac vice*)
J. Alexander Hood II (*pro hac vice*)
Murielle J. Steven Walsh (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
mjsteven@pomlaw.com
egottlieb@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiffs*

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:20-cv-07625-EMC      2

DATED: October 8, 2021					KEKER, VAN NEST & PETERS LLP

By: _/s/ Cody S. Harris_
LAURIE CARR MIMS - # 241584
lmims@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Counsel for Defendants*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

DATED: October 8, 2021			_/s/ Leanne H. Solish_
Leanne H. Solish

In the event Plaintiff's counsel is contacted by any putative class members, they are to inform those members of the dismissal.

DATED: October 8, 2021

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA